**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 21-cr-00286-BAH |
| ) | |
| **GRADY DOUGLAS OWENS,** ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO DELAY TRANSFER OF DEFENDANT**

Defendant Grady Douglas Owens, by and through undersigned counsel, and with the kind consent of AUSA Jennifer M. Rozzoni, moves this Honorable Court to delay transfer of Mr. Owens from the Middle District of Florida to the District of Columbia until resolution of his Motion for Review and Revocation of Detention pursuant to 18 U.S.C. § 3145(b). Mr. Owens expressly waives any Speedy Trial Act claims from the date of his arraignment on April 16, 2021 until resolution of this Motion.

Respectfully submitted,

_____/ s /_____
Pat Munroe Woodward, Jr., Esq.
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD 21401
Phone: 202-246-4679
Fax: 410-216-9812
patmwoodwardjr@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of April 2021, I electronically filed the foregoing pleading and proposed Order with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

                                                      /s/
                                    Pat Munroe Woodward, Jr., Esq.
                                    Counsel for Mr. Owens