April 20, 2021

The Honorable Beryl A. Howell
Chief Judge
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Grady Douglas Owens, 21-cr-00286-BAH

Dear Chief Judge Howell:

My name is Joy Towell. I am the Worship Pastor at Community Bible Church Bulverde in Spring Branch Texas. I am also a close friend/adopted family member of the Owens family. I am writing on behalf of Grady Douglas Owens who I consider my nephew. I am hoping for a brief opportunity to provide you with some insight to the character and nature of Grady, and give you a greater picture of the person and young man that he truly is. Thank you for your time and consideration regarding his upcoming case.

I have known Grady since he was in middle school. I have literally watched him grow up before my eyes from a short, stocky, middle school kid to the young man that you are looking at today. Grady has always been very creative and a natural musician. I can remember sitting outside his bedroom door on the floor with his mother listening to him create a song on the piano (no one ever gave him formal lessons; no one showed him how the notes created chords; he just very naturally heard music and created it). I can remember the Christmas that he got his first guitar, and I sat on the couch with him and showed him a few chords to get him started…and within a week he was already playing songs and creating his own. I have had the privilege of leading missions groups of young teenagers from our church multiple times. One of the most memorable moments and one of the proudest discipleship moments for myself was leading worship alongside Grady in Guatemala. I witnessed God work through him and sing through him and play through him, and before he even realized it, he was leading people to Jesus. He has always been a natural born helper. He would let his younger brother sleep in his bed at night because Jack, his younger brother, didn't like to be alone. He would pick up the guitar and play for his sister, Ashlynn, when she was a baby and having a bad day - there are pictures of him sitting on the couch with her lying next to him listening to him play to her. I have watched him go out of his way to help friends in need. He is always encouraging them to be better and to stay away from crowds or groups that might not be doing the right thing.

Over the past year with Covid-19, Grady was able to spend a good amount of time at home with his family. I can remember on many occasions where his parents asked what his plans were and his response was, "I just want to be with my family today." I watched him grow so much that year in his faith, his relationship with God, and he became even closer to his family in such a sweet way. He diligently continued online classes at Full Sail University and kept a positive attitude about his future. I wrote him a letter at Christmas and told him how proud I was of him for his persistence and perseverance during a year when so many people just stopped trying and gave up. He is not afraid to work hard and he is not afraid of hard things.

Grady is someone I trust completely with my own 3 year old daughter, Finley. She adores him and loves when he plays tag or hide and seek. Finley has grown up without her birth father in her life, and Grady is a role model for her of what a man should look like, how a man should treat people and love and care for them. He is purposefully present for his family and friends. Grady will do great things for the Kingdom of God one day; God has a unique and powerful purpose for his life that I believe he will be stepping into in the very near future. Our whole family loves Grady so much; we have not stopped praying for him. I am encouraged by the things he says to his parents when they speak to him on the phone - he is not bitter or enraged by his current situation. Instead, he is embracing it and allowing God to speak to him in a new and more personal way. I am so proud of him and I hope you are able to see some of these characteristics in him when you see him in person.

Thank you for taking some time from your day to read this and consider the things I have written. I appreciate the opportunity to share this character reference with you today.

Sincerely,

Joy Towell
Worship Pastor MyCBCB