The Honorable Beryl A. Howell
Chief Judge
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Grady Douglas Owens, 21-cr-00286-BAH

Dear Chief Judge Howell:

My Name is Shannon Michelle Owens, I'm 44 years old and I'm the wife of Jason Owens, he's the love my life and we will celebrate 23 year of marriage in June. Together we share the joy of raising 5 miracle children Grady (21), Max (19), ▓▓▓ (17), ▓▓▓(13), ▓▓▓ (4) 2 of our children are biological and came into this world against all odds and we share 3 who've been born in our hearts through adoption. I'm also a musician. I have lead worship in the church for the past 24 years. I have a passion for entertaining house guests and for loving people. We reside in the small town of Blanco, Tx.

I'm writing this letter on behalf of my son Grady Douglas Owens. I pray you see and recognize the young man presented to you and can see his true character. He is an incredibly kind young man with a high moral character. He has never been in trouble with the law and respects it and has never even receive a traffic violation. He loves his family deeply, he is a loyal friend, incredible brother, and he lives his life filled with integrity. I know one day he will become an incredible husband and father and only contribute good on this earth. He has a passion for God, Music and loving people of every background regardless of race, religion or political stance. He truly is a kind soul and would never intentionally hurt anyone.

Grady is one of my biological children. His birth was a miraculous one. He was not expected to make it into this world with life and against all odds God blessed us with him and allowed him to live. As soon as he was able to talk he began to ask for brothers and sisters. We knew we wanted a large family but I was told I would never be able to birth another child from my womb again so we began the process of adoption to grow our family. Adoption comes with incredible challenges and often times children come into families incredibly broken and abused. Our family has definitely shared the challenges of loving and helping to bring healing to hurting adopted children. Two of our adopted children (Max and ▓▓▓) came to us with incredible scars from their past. Grady has always shown incredible compassion to his siblings over the years and has a loving relationship with each of them. He has always been someone they can go to when they're hurting, make them laugh when they need to laugh, listen when they need to talk or just give them encouragement through their struggles. He has loved them all unconditionally even though they are not of his blood or even his race. His siblings share different mixed races from caucasian/asian to African American/hispanic/ caucasian. They all miss him terribly and await the day when we can all be together as a family again.

Grady is a loyal friend and lover of humanity. He makes it his mission to help those in need. His junior year in high school Grady came to me and asked if one of his friends could live with us for a period of time. That friend was from a broken home and was homeless. During that time Grady loved him in his hurt state and helped with food, clothing, shelter and showing him the love Christ and helping him with his faith. Grady was his encourager and friend through that difficult time. I can't even list the many times in his life he's extended a hand, lent a couch or invited a friend for dinner who needed it.

He has always had a passion for travel and experiencing the world and enjoying Gods creation. He was blessed to go on a Mission trip to Guatemala when he was in high school. He had to raise his own money to pay his own way to be able to go to a different country and serve others by building shelters, praying and bringing music to people. His compassion and love for humanity has only grown from that experience.

Grady has served in our church since he was a teenager. He is a gifted musician who plays every instrument, sings, loves sound engineering and has always used his talents to serve his community and church. Through his teen years he volunteered and worked Summer camps, and Vacation Bible school events. Between his junior and senior year He spent his summer volunteering at Camp Glorieta in Glorieta, NM to serve and work a youth camp. Anyone who takes the time to talk with him can see his true character quickly. He's an easy person to love and his tenderness and loyalty are amazingly beautiful.

He is a young man who thinks of others before himself. He has always been concerned with others well being and comforts before his own. Throughout his life the parents of his friends have always reported back to me about how kind and loving he is. I Trust that you are a Just & Fair Judge and will consider these true and honest accounts of his character when making your decision to release Grady.

Chief Judge Howell - May the Lord Bless you and protect you. May the Lord smile on you and be gracious to you. May the Lord show you his favor and give you peace. Numbers 6:24-26

Sincerely,

Shannon Owens

Phyllis Burton<br>
██████████████<br>
Humble, TX 77346<br>
pkburton4u@yahoo.com

April 21, 2021

The Honorable Beryl A. Howell
Chief Judge
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Grady Douglas Owens, 21-cr-00286

Dear Chief Judge Howell:

My name is Phyllis Burton, and reside in Humble, Texas. I'm writing to you on behalf of Grady Owens who is my grandson. I feel it is important that you have a little insight into the person that he genuinely is and for who he has been for his twenty-one years of life.

Being his grandmother, I have known him all his life. Grady has never been in any kind of trouble with the law, with his peers at school, or in his community. Grady, along with his family at large, is a law abiding citizen, patriotic american, and God fearing individual. He has attended and participated in church worship services his entire life. He has been actively involved in the worship team at his church and has recently been a help to our church worship team. He enjoys spending time with his family and friends both at the same time which has always impressed me. He has been raised in a godly home by parents who exhibit hospitality to everyone who enters in. Because of that, a lot of Grady's friends frequently enjoy hanging out at his home with his family.

To his character, Grady has never exhibited hostility to anyone. He's never been in a fight or been disrespectful to anyone. Grady is the one who seeks out the less fortunate and tries to encourage him. When he was an only child, he welcomed his adopted brother and sister from Russia. Not long after that, his youngest brother ███ was born. His siblings all look up to him because he is kind and tenderhearted and of course fun to be around. There is no maliciousness in his 6'2" frame. To this day, when he walks into our home, he seeks us out for a hug and when he leaves, the hug is even longer because with him in college, we're uncertain of when we'll see him again.

On that note, I do hope we'll see him again soon. His family desperately misses him. His siblings need him. He's not a threat to anyone, and we believe God has a greater purpose for him.

Sincerely yours,

Phyllis Burton

The Honorable Beryl A. Howell

Chief Judge

United States District Court

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Dear Chief Judge Howell,

My name is Dr. Michael Burton. I am a Senior Pastor of a church in Houston, with over 40 years of ministry experience. I have had the privilege of observing thousands of people during my 40 years of ministry. I am also a Veteran serving in the Army before my Ministry calling. I am writing this character reference for Grady Douglas Owens, who is 21 years old. I have had the opportunity to watch Grady develop into one of the most incredible young men I have ever met. He is a truly kind and humble person. I would like to speak about three areas I have observed him.

First, his spiritual walk, some people talk about spirituality, very few people live out their spirituality. Grady has followed in the model of his family, where loving God is the most important thing. The Bible teaches us to love the Lord our God with all our heart, soul, and mind, within our strength, and to love our neighbor as ourselves. I have observed Grady practicing this his whole life. Examples, I have seen him work in and with numerous youth groups in worship, taking mission trips, and help in the areas of the poor. He has always been kind to all people. He has the support of loving parents and family. If you asked Grady, who was his greatest role model he would say Jesus Christ and his family.

The second area I would like to speak about is his moral character. I have never known Grady to do anything that would violate the principles of scripture. As far as I know, he has never participated in any group with negative impact on our society. He willfully speaks out against any group that harms another group of people. He believes that all people are important and valuable in God's eyes. Grady believes in a moral law giver who is bigger than mankind, and that is God Himself. The only group socially that he participates in, is his circle of friends and family. The idea of a big night on the town is going out to eat, a movie or bowling, and then gathering back at his home in Blanco Texas to play music. Music is his passion, and he hopes to use that gift in the area of contemporary Christian music. He is about to finish his degree at Fullsail University in Orlando, Florida. Grady's crowd is a music crowd that believes in God.

The third area I would like to speak to is his physical and public demeanor. I have never heard nor seen any aggressive behavior expressed by Grady whatsoever. When he tried out for the High School Football team, the coach told him he just was not aggressive enough for the sport, even though Grady was 6 ft 2. He was told to try baseball or basketball, something less aggressive. The reason I mention that is because there is no aggressive nature that I have ever observed, he is a peacemaker and a

non-confrontational individual. I have seen him be an encourager to the downtrodden and friend to the less fortunate.

I have seen Grady allowing friends into his social circle that would normally be outcast from other circles, just so that they could be treated kindly. That is the type of individual Grady Owens is. He is the type of person that most fathers would be proud for him to date or fall in love with their daughters. He is hardworking, he is spiritually steady, and he has a great moral compass. I could write page after page about the good qualities of Grady.

I pray that mercy will follow him in this difficult time, and that one day does not define this young man's lifetime of good and kindness. I feel the character of this young man is extraordinary. Our country needs young men with these unselfish character traits. It is a privilege to know him as his Grandfather and Life Pastor.

Sincerely,

Dr. Michael Burton Th.D.

April 22, 2021

The Honorable Beryl A. Howell
Chief Judge
United States District Court
333Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Grady Douglas Owens, 21-cr-00286-BAH

Dear Chief Judge Howell:

We are the paternal grandparents of Grady and are writing this letter to support him during this unbelievable ordeal.

Of course, we have known Grady during his entire lifetime and his family has even lived with us at times over the years. What we know is that Grady is passionate about his faith in God, his family, his country and his music. He was about to complete his music studies at Full Sail University in Winter Park Florida when this tragic event unfolded.

Grady does not have an aggressive bone in his body and it is inconceivable that he has committed an act of aggression against any person. He was never very good or interested in sports activities and his coaches attributed this to his non-aggressive nature.

Grady was raised up in a Christian home that has made God and the Church the centerpiece of their daily lives. He was a part of his church's music ministry for some time before he left home to pursue his education in music. His mother Shannon has been an integral part of the music ministry at their church and his father, our son Jason, has been involved in sound and lighting for the worship services.

We think it unusual for kids in college these days to be passionate about what is taking place in their country. They think that it doesn't affect them. That is not Grady! That is the reason that he and his dad were present in Washington D.C. on January 6, 2021, along with thousands of others of us to peacefully protest the direction we see our country headed. Before departing for D.C., and while there, our son repeated that they were going in order to pray for our country on the capitol steps.

It is our hope that you will take into account all of the support that Grady is receiving from those that care about him.

Jim and Nancy Owens
College Station, Texas

April 21, 2021

The Honorable Beryl A. Howell
Chief Judge
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Grady Douglas Owens, 21-cr-00286-BAH

Dear Chief Judge Howell:

I am writing this letter to you on behalf of my nephew, Grady Douglas Owens in hopes that you will see the Grady I know & love. I have known and been a part of Grady's life since the day he was born. He was the first to make me an aunt. I have enjoyed watching him grow over the years into a young man.

Since Grady was a little boy, he has always had a kind and sweet disposition. I was reflecting on him growing up & thinking about all the cousins in our family. He is close to my older two kids who are 25 & 26 years old, #3 out of 13. The little cousins get into scuffles here & there, and I was thinking how I had never seen Grady get angry or in a fight with his cousins. He just wants to get along with everyone, and enjoy spending time with his family.

Grady is the oldest of five siblings, three of them were adopted. He was so excited when the first two were adopted & couldn't wait to be a big brother and have someone to play with. However, adoption isn't easy and comes with differences & struggles. His siblings being from another country & having a horrible first months of life came with challenges no one expected, but Grady learned to adapt and accept his adopted siblings as his own. He has a big heart for each of them, and has been a good big brother to them.

My younger son & I took a trip to Disney last year close to where Grady was attending a very rigorous college schedule. He took time out of his busy schedule to come meet us for a little while. Being a college student, I really didn't expect to see him, but he was so glad to see family - it made me feel loved that he would take the time to come see his "old" aunt. We enjoyed catching up and just getting to spend a little time together.

I witnessed some deep conversations between him & his parents around the time he graduated high school, and admired how he handled himself. Though they were in disagreement, he didn't yell or get disrespectful. He listened - taking time to hear them out, and respectfully gave his point of view. He has a very close relationship with his parents.

Grady is a very gifted and talented young man. He has a love for music, playing instruments, and mixing music. I have always been impressed by his talents, but what I love most about him is his love for others, how he sees the best in people, and his love for family.

It is my hope that you will see Grady as the kind and loving person that his family and friends know him to be. He has a loving family that will support him and do whatever is needed to get him on his feet & living out his purpose in life successfully.

Sincerely,

Jennifer McClanahan

The Honorable Beryl A. Howell

Chief Judge

United States District Court

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Dear Chief Judge Howell,

My name is Katie McKnight, the Aunt of Grady Owens. I know you have not met Grady personally, so my prayer is that this letter finds you, and will give you a glimpse of the kind of young man my nephew is. I have known Grady since birth. There are so many good things I have observed in Grady's life over the last 21 years, but I think the thing that has stood out the most to me is his tender heart and kind spirit. He is one of the sweetest humans I have ever met. And I know so many others would say the same. Grady has always loved people and getting to know them. He has done this since he was a child. When he was 4 years old, he opened his heart to a brother and sister that were adopted from another country. They did not look like him and they did not speak the same language as him but, he was so excited to welcome them into his heart and home. This also carried over into his teenage years. He went on mission trips to other countries to visit children in orphanages and share the love of Jesus with them.

Grady has always been able to light up a room just by being in it. He has never liked to see people hurting. I recall one time when he was younger, he asked to tag along with me shopping. Grady did not know this, but I was smack dab in the middle of a battle with postpartum depression and anxiety that I had been struggling with since the birth of my youngest son. I think Grady could see it on my face that I was feeling down, and he was so determined to make me smile. He did just that, I was laughing so hard by the time we left the store. There are more moments like that, but that one has always stuck with me. He really helped me that day whether he knows it or not. That is part of his tender-hearted nature.

Grady was the kid at youth summer camp, that would reach out to the kids who did not know anyone. He was the kid who would invite that friend over from school who was having a rough time at home, so that they would have a safe place to stay. He is the type of person who will drop anything to be there for you. If you need someone to talk to, he will lend an ear. If you need a place to crash, his couch is yours. If you did not have a family to spend Thanksgiving with, he would be bringing you home to spend it with his family. That is just who Grady is. He does not care if you have different beliefs or views than his and trust me, at the College he has been attending there are many who have different views than his. But that has never mattered

to him. He tries to be friends with everyone. He genuinely tries to get to know people for who they are. He trusts people so easily and gives them the benefit of doubt. Honestly, this was something I was kind of nervous about when he left his small town in Texas to attend college in Florida. Because he is so trusting of people, I was afraid he might get taken advantage of. Maybe that is just me being a protective Aunt.

Something I have observed in Grady consistently is, he always tries to see the best in people. My prayer as his Aunt is that others would try to see the best in him. Anyone who takes the time to talk to Grady, will quickly see how genuine and tender his heart is. We hope you will see his true character.

Thank you for taking the time to read this.

Sincerely,

Katie McKnight

The Honorable Beryl A. Howell

Chief Judge

United States District Court

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Re:  <u>Grady Douglas Owens, 21-cr-00286-BAH</u>

Dear Chief Judge Howell:

My name is Sean McKnight. I am 39-year-old bass guitar player and deacon at Grace Family Church in Spring, Texas and employed as a Captain with the Houston Fire Department serving since 2003. Grady is my nephew by marriage since 2006 when I married his mother's youngest sister, Katie. I call him nicknames like "G-rated" and "G-man", and he knows me simply as "Uncle Shawny".

I am writing in hopes that you might get to know the incredible person that is my nephew, Grady.

Grady was just a toddler when I first met him. I wasn't part of the family yet, but even back then, I knew this kid was special. He wasn't much more than a couple years old and an only child. I spent the weekend with him, his parents, and Katie (my future wife) getting to know the family that would soon become my family. As a toddler, Grady was energetic and full of life and a lover of music. That has always been our primary connection. Even at the age of 2, Grady was keen on making music as he would lay out pots and pans to play drums on the kitchen floor. Eventually, he would get his first child-sized drum set and play for anyone who would listen. For such a young kid, his rhythmic talent was incredible! He took lessons as he got older and stayed immersed with music as he spent countless hours at the church with his mother Shannon. She is a gifted singer on the praise team and, even as a little boy, Grady loved to go with Shannon to church and sit behind the "big drum kit" with the drummer, Paul, while the praise team would practice. Those early years at church with the praise team inspired Grady a desire to use music for a Godly purpose and fulfill a spiritual call on his life.

As Grady got older and more confident to play comfortably in front of people, he began playing drums in his youth group. Even at a young age with all his musical talent, Grady's desire was never to go out into the world and try to start a band or be in the spotlight. Rather, his desire was to make music at church and lead others into worship. I was very impressed with Grady personally that he would follow that call. He never wanted to go out and run the roads or get into trouble like the typical teenager. He wanted to be home with his family, rehearsing his music for the Sunday service. Before you knew it, Grady was playing on Sunday mornings behind the very same instrument that he sat behind as a little boy...the drums! That same boy that time at church with his mother as she was involved now plays music with the praise team too. He is so musically talented that he could literally go anywhere and do anything with those musical abilities, but he chooses to use those talents to praise Jesus and lead others in

worshipping the Lord. Not everyone makes the conscious decision as a youth to use their talents for God, but Grady did.

Today, Grady is working on his bachelor's degree in Music Production as a full-time student. There is no doubt in my mind that he will continue to use those talents and abilities to help further the message of Love and Hope which is the Gospel of Jesus Christ. Some have the ability to preach, some have the ability to play music, but Grady has the ability to lead others in worship. He is well respected in the community, loved by his friends and family, and seen as a person that will do something awesome with his life. Grady is a good and truly decent young man that has a heart for ministry and service.

Please, strongly consider that I am only one in a very large support network of family and friends that will continue to be there for Grady. Thank you for your time and consideration and know that Grady, along with our entire family, are continually praying for you, your staff, and everyone involved in this process.


Sincerely,


Sean McKnight

The Honorable Beryl A Howell,

Chief Judge

United States District Court

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Re: Grady Douglas Owens, 21-cr-00286-BAH

Dear Chief Judge Howell:

    I work as an accountant in Houston and have a one year old daughter with my husband who is a police officer. I was extremely shocked and devastated to find out about Grady's recent case, as he is a kind and caring person who has not been in any trouble before. Grady is my first cousin, who I have grown up with and known his whole life.

 Grady has always been a trusting, thoughtful, and caring person at heart. He is someone you can rely on for support and is a selfless and a good human being. Our family has always been so proud of him, and he is an absolute a joy to be around. He has much patience when helping with and caring for his younger sibling and younger adoptive siblings. Grady has always had a helpful and giving spirit. Throughout our time spent together I've seen him give to the homeless in the community and travel to developing countries to serve others and help feed the hungry. He is quick to help anyone in need and I know he will continue to do so. Having someone like Grady in your community would be a blessing.

I was very surprised to find out about Grady's actions, and thought his arrest had to have been a mistake. I do believe that this bad decision is not a reflection on who Grady is as a person and I trust in his abilities to uphold his character and do his best to pay his debt to society. I understand the seriousness of the actions he took, but hope that the court can show some leniency. I was more than willing to write a letter in support of Grady and genuinely hope that this letter may be considered in the decisions made with his case to show that he is a good, kind, and caring individual.

Sincerely,

Tess James