## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Case No. 21-cr-00286-BAH |
| ) | |
| GRADY DOUGLAS OWENS,   ) | |
|         Defendant.   ) | |
| ) | |

### ORDER TO DELAY TRANSFER OF DEFENDANT

By agreement of the Parties, Defendant Grady Douglas Owens is hereby **ORDERED** to remain in the Middle District of Florida until resolution of his Motion for Review and Revocation of Detention pursuant to 18 U.S.C. § 3145(b). The Speedy Trial Act time parameters are hereby tolled from the date of Defendant's arraignment on April 16, 2021 until resolution of this Motion.

**SO ORDERED**, this 13th day of May, 2021.

_____
BERYL A. HOWELL
Chief Judge