UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-cr-286** |
| | : | **Chief Judge Beryl A. Howell** |
| **GRADY DOUGLAS OWENS,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and for clarity of the record, of the following exhibits that were provided to the Court and all counsel in relation to Defendant's Motion for Revocation of Detention Order Pursuant to 18 U.S.C. § 3145(b) (ECF No. 13), the Government's Response to Defendant's Motion (ECF No. 14), the Defendant's Reply (ECF No. 15), the Government's Supplemental Brief (ECF No. 20), and Defendant's Supplemental Brief (ECF No. 23). The exhibits are as follows:

1. Government Exhibit 2 referenced in its Response (ECF No. 14) was provided to the Court and opposing counsel via USAfx on April 30, 2021.

2. Defense Exhibit A referenced in his Reply (ECF No. 15) was provided to the Court and opposing counsel via USAfx on May 5, 2021.

3. Government Exhibit 3 referenced in its Supplemental Brief (ECF No. 20) was provided to the Court and opposing counsel via USAfx on May 7, 2021.

4. Government Exhibit 4 referenced in its Supplemental Brief (ECF No. 20) was provided to the Court and opposing counsel via USAfx on May 7, 2021.

                Respectfully submitted,

                CHANNING D. PHILLIPS
                Acting United States Attorney
                DC Bar No. 415793

By:        /s/
                JENNIFER M. ROZZONI
                Assistant United States Attorney
                Detailee
                NM Bar No. 14703
                201 3rd Street, Suite 900
                Albuquerque, NM 87102
                jennifer.m.rozzoni@usdoj.gov
                (505) 350-6818

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the parties or counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on May 26, 2021.


     /s/
JENNIFER M. ROZZONI
Assistant United States Attorney

2