# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No. 21-cr-00286-BAH |
| ) | |
| **GRADY DOUGLAS OWENS,** ) | |
|    **Defendant.**   ) | |
| ) | |

### DEFENDANT'S RESPONSE TO MINUTE ORDER OF JUNE 16, 2021

Defendant Grady Owens, by and through undersigned counsel, hereby responds to the Court's Minute Order of June 16, 2021, regarding the Motion for Access to Video Exhibits and to Set Aside Standing Order No. 21-28, filed in case number 1:21-mc-00087-BAH.

Mr. Owens supports this Motion.

Respectfully submitted,

_____/ s /_____
Pat Munroe Woodward, Jr., Esq.
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD  21401
Phone:  202-246-4679
Fax:  410-216-9812
patmwoodwardjr@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

_____/s/_____
Pat Munroe Woodward, Jr., Esq.
Counsel for Mr. Owens