UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-286 |
| | : | Chief Judge Beryl A. Howell |
| GRADY DOUGLAS OWENS | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021.  The Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A) was previously filed in this case on July 13, 2021 (ECF No. 31) and is a part of the record. We further request that the following memoranda attached hereto and listed below, also be made part of the record in this case:

1.  Memorandum Regarding Status of Discovery as of August 23, 2021; and

2.  Memorandum Regarding Status of Discovery as of September 14, 2021.

1

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:     /s/ *Emily A. Miller*
     EMILY A. MILLER
     Capitol Breach Discovery Coordinator
     DC Bar No. 462077
     555 Fourth Street, N.W., Room 5826
     Washington, DC 20530
     Emily.Miller2@usdoj.gov
     (202) 252-6988

By:     /s/ *Jennifer M. Rozzoni*
     JENNIFER M. ROZZONI
     Assistant United States Attorney
     Detailee
     NM Bar No. 14703
     201 3rd Street, Suite 900
     Albuquerque, NM 87102
     jennifer.m.rozzoni@usdoj.gov
     (505) 350-6818