**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> v.   ) <br> ) <br> **GRADY DOUGLAS OWENS,** ) <br> **Defendant.** ) <br> ) | Case No. 21-cr-00286-BAH |

## CONSENT MOTION TO APPROVE TRAVEL BY DEFENDANT

Defendant Grady Douglas Owens, by and through undersigned counsel, respectfully moves this Honorable Court to approve travel pursuant to the Order Setting Conditions of Release (ECF no. 25) issued on May 28, 2021. Mr. Owens was released to home detention with location monitoring under the courtesy supervision of United States Pretrial Services in the Western District of Texas (WDTX). The release order requires Court approval for Mr. Owens to travel outside the WDTX (unless traveling to the District of Columbia for Court business).

We specifically ask the Court to approve travel by Mr. Owens to Harris County, Texas (Southern District of Texas) for a Thanksgiving gathering. He would travel with his family by car on Wednesday, November 24, 2021 and return on Friday, November 26, 2021. Pretrial Services Officer Evan Cisneros has the location details. Officer Cisneros and Assistant United States Attorney Jennifer M. Rozzoni kindly consent to this requested relief.

*< Signature Block on Next Page >*

Respectfully submitted,

_____/ s /_____
Pat Munroe Woodward, Jr., Esq.
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD  21401
Phone:  202-246-4679
Fax:  410-216-9812
patmwoodwardjr@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November 2021, I electronically filed the foregoing pleading and proposed Order with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

_____/s/_____
Pat Munroe Woodward, Jr., Esq.
Counsel for Mr. Owens