# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-286 |
| : | Chief Judge Beryl A. Howell |
| GRADY DOUGLAS OWENS : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021. The Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A) was previously filed in this case on July 13, 2021 (ECF No. 31) and is a part of the record. We further request that the following memoranda attached hereto and listed below, also be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of August 23, 2021; and

2. Memorandum Regarding Status of Discovery as of September 14, 2021.

2

                                      Respectfully submitted,
                                      CHANNING D. PHILLIPS
                                      Acting United States Attorney
                                      DC Bar No. 415793

| | |
|---|---|
| By:    /s/ *Emily A. Miller*<br>EMILY A. MILLER<br>Capitol Breach Discovery Coordinator<br>DC Bar No. 462077<br>555 Fourth Street, N.W., Room 5826<br>Washington, DC 20530<br>Emily.Miller2@usdoj.gov<br>(202) 252-6988 | By:    /s/ *Jennifer M. Rozzoni*<br>JENNIFER M. ROZZONI<br>Assistant United States Attorney<br>Detailee<br>NM Bar No. 14703<br>201 3rd Street, Suite 900<br>Albuquerque, NM 87102<br>jennifer.m.rozzoni@usdoj.gov<br>(505) 350-6818 |