**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Criminal No. 21-cr-00286-BAH** |
| ) | |
| **GRADY DOUGLAS OWENS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE ORDER**

Defendant Grady Douglas Owens, by and through undersigned counsel, respectfully moves this Honorable Court to modify the Order Setting Conditions of Release (ECF no. 25) issued on May 28, 2021.  Specifically, he requests removal from home detention (*Id.* § (7)(p)(ii)).

Senior United States Pretrial Services Officer Evan John Cisneros from the Western District of Texas asked counsel to file this motion and confirmed that Mr. Owens has been in full compliance.  Pretrial Services Agency Officer Brandy Mathis also supports this modification.  Assistant United States Attorney Jennifer M. Rozzoni kindly informed counsel that the Government takes no position on this motion and that it is appropriate to caption it as unopposed.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Pat Munroe Woodward, Esq.,
                                                  D.C. Bar No. 436662
                                                  1783 Forest Drive, No. 330
                                                  Annapolis, MD  21401
                                                  Phone:  202-246-4679
                                                  Facsimile:  443-216-9812
                                                  patmwoodwardjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2022, I electronically filed the foregoing Motion and proposed Order with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

_____/s/_____
Pat Munroe Woodward, Esq.
