UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 21-286 |
| : | Chief Judge Beryl A. Howell |
| GRADY DOUGLAS OWENS and : | |
| JASON DOUGLAS OWENS : | |
| : | |
| Defendants. : | |

**JOINT PROPOSED TRIAL DATES AND PRETRIAL MOTIONS SCHEDULE**

The United States, by and through the United States Attorney, hereby submits proposed trial dates and a pretrial motions schedule, pursuant to this Court's minute order of July 8, 2022. The Government states as follows:

After the July 8, 2022 status conference and pursuant to the direction of the Court, the parties conferred regarding potential trial dates and pretrial motions deadlines. Counsel for Jason Owens has indicated that he has a capital murder trial in Texas beginning in September 2022. Counsel for Grady Owens has indicated he has a nine co-defendant January 6 case in front of Senior Judge Emmet Sullivan set to begin in November 2022. With those schedules, the parties suggest the following dates to the Court should plea negotiations break down:

| | |
|---|---|
| Pretrial motions deadline: | October 7, 2022 |
| Responses to pretrial motions: | October 28, 2022 |
| Replies: | November 4, 2022 |
| Hearing(s) on pretrial motions: | Any time the week of November 14, 2022 |
| Motions in Limine: | Four weeks before trial |
| Pretrial conference: | Two weeks before trial |

Proposed trial dates (approximately 5 days):  January 23, 2023, January 30, 2023, or February 6, 2023

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052


By: /s/ *Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
NM Bar No. 14703
Assistant United States Attorney - Detailed
United States Attorney's Office
203 3rd Street, Suite 900
Albuquerque, New Mexico 87102
Tel. No. 505-350-6818
Email: jennifer.m.rozzoni@usdoj.gov