# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-286 |
| v. : | Chief Judge Beryl A. Howell |
| : | |
| GRADY DOUGLAS OWENS and : | |
| JASON DOUGLAS OWENS : | |
| : | |
| Defendants. : | |

## UNITED STATES' UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES

The United States hereby moves this Court for an extension of time for the parties to file their respective pretrial motions, notices, and filings, and in support of its motion states:

1. Trial of this matter is set for December 5, 2022. July 22, 2022, Minute Order.

2. In preparation for trial, this Court entered a Pretrial Minute Order on July 22, 2022. Pursuant to the order, all pre-trial motions, including motions in limine and motions to dismiss are due on October 7, 2022. *Id*. Responses are due on October 21, 2022 and replies are due October 28, 2022. *Id*. Finally, a Joint Pretrial Statement is also due October 28, 2022. *Id*.

3. As this matter is now set for a definite trial, the government has re-assigned the case matter to new government counsel. Counsel is working diligently to review the file materials in preparation for trial and strategy associated with trial, including the filing of various pretrial motions.

4. In light of this change, the government is requesting, and the defendants do not oppose, the following pretrial deadlines be briefly extended as follows:

October 14, 2022: Pretrial motions, including motions in limine and motions to dismiss due;

October 28, 2022: Responses to the pretrial motions due;

November 4, 2022: Replies and Joint Pretrial Statement due.

The pretrial conference set for November 10, 2022 would remain set.

5. Counsel for the Defendants have been contacted and they do not oppose the relief requested in this motion.

WHEREFORE, the United States respectfully requests that the Court grant the brief extensions of the pretrial deadlines as requested.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:        /s/
            JENNIFER M. ROZZONI
            Assistant United States Attorney
            NM Bar No. 14703
            201 Third Street, NW, Suite 900
            Albuquerque, NM 87102
            505.350.6818
            jennifer.m.rozzoni@usdoj.gov