# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 21-cr-286 (BAH) |
| : | |
| GRADY DOUGLAS OWENS, and : | |
| JASON DOUGLAS OWENS : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Rebekah Lederer, who may be contacted by telephone at 202-252-7012 or email at Rebekah.Lederer@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Jennifer Rozzoni.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Rebekah Lederer*
Rebekah Lederer
Assistant US Attorney
United States Attorney's Office
for the District of Columbia DC
PA Bar no. 320922
601 D Street, N.W.
Washington, DC 20530
Rebekah.Lederer@usdoj.gov
(202) 252-7012

## CERTIFICATE OF SERVICE

On this 13th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Rebekah Lederer*
Rebekah Lederer
Assistant US Attorney
United States Attorney's Office
for the District of Columbia DC
PA Bar no. 320922
601 D Street, N.W.
Washington, DC 20530
Rebekah.Lederer@usdoj.gov
(202) 252-7012