# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 21-cr-00286-BAH |
| ) | |
| **GRADY DOUGLAS OWENS,** ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT'S RESPONSE TO COURT'S MINUTE ORDER OF NOVEMBER 8, 2022

Defendant Grady Owens, through undersigned counsel, respectfully responds to the Court's Minute Order of November 8, 2022 directing the parties to provide their positions on whether video evidence described in the Statement of Offense (SOF) may be made publicly available without restriction. We specifically object to the release of video recordings made by Grady Owens on his personal phone that are referenced in SOF paragraph 15. Grady Owens had a reasonable expectation of privacy when he made these videos and he did not publicize them. Nor did he post them on a social media platform or send them to anyone. Federal agents seized his phone on April 1, 2021, in the Middle District of Florida. These recordings were provided to counsel as discovery in this case.

Respectfully submitted,

_____/ s /_____
Pat Munroe Woodward, Jr., Esq.
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD  21401
Phone:  202-246-4679
patmwoodwardjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2022, I electronically filed the foregoing response with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

                                          _____/s/_____
                                          Pat Munroe Woodward, Jr., Esq.
                                          Counsel for Mr. Owens