| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-286 |
| | : | |
| GRADY DOUGLAS OWENS, and | : | Honorable Chief Judge Beryl A. Howell |
| JASON DOUGLAS OWENS, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF ERRATTA TO THE UNITED STATES' REPORT AND POSITION REGARDING PUBLIC
RELEASE OF PHOTO AND VIDEO EVIDENCE RE: THE OWENS DEFENDANTS**

The United States made available, electronically, video and photo evidence in preparation for the plea hearings and sentencings of the defendants in the above referenced matter. The Government erroneously requested this Court not release any Capitol CCTV footage that may be used or relied upon during future hearings in this matter. The government retracts its previous position and does not oppose the public release of CCTV used in the above referenced matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/
CHRISTOPHER BRUNWIN
California Bar No. 158939
Assistant United States Attorney - Detailee
312 N. Spring Street
Los Angeles, California 90012
Tel. No. (213)894-4242
Email: christopher.brunwin@usdoj.gov


 /s/
REBEKAH LEDERER
Pennsylvania Bar No. 320922
Assistant United States Attorney
Tel. No. (202)252-7012
Email: rebekah.lederer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

/s/
CHRISTOPHER BRUNWIN
California Bar No. 158939
Assistant United States Attorney - Detailee
312 N. Spring Street
Los Angeles, California 90012
Tel. No. (213)894-4242
Email: christopher.brunwin@usdoj.gov

/s/
REBEKAH LEDERER
Pennsylvania Bar No. 320922
Assistant United States Attorney
Tel. No. (202)252-7012
Email: rebekah.lederer@usdoj.gov