#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Criminal No. 21-cr-00286-BAH** |
| ) | |
| **GRADY DOUGLAS OWENS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE ORDER

Defendant Grady Owens, by and through undersigned counsel, respectfully moves this Honorable Court to modify the Order Setting Conditions of Release (ECF no. 25) issued on May 28, 2021. Specifically, he requests a modification permitting travel within the state of Texas (*Id.* § (7)(f)) beyond the Western District of Texas (WDTX). Mr. Owens has grandparents and numerous family members, who live in Texas but reside outside WDTX, with whom he would like to visit during the holiday season and in the next few months.

United States Pretrial Services Officer Daniel Palomares, who is providing courtesy supervision in WDTX, supports this motion and confirmed that Mr. Owens has been in full compliance. Assistant United States Attorney Rebekah Lederer kindly consents to this motion.

Respectfully submitted,

_____/s/_____
Pat Munroe Woodward, Esq.,
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD  21401
Phone:  202-246-4679
Facsimile:  443-216-9812
patmwoodwardjr@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2022, I electronically filed the foregoing Motion and proposed Order with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

_____/s/_____
Pat Munroe Woodward, Esq.