The Honorable Beryl A. Howell
United States District Court
333 Constitution Avenue, N.W. Washington,
D.C. 20001


Dear Judge Howell,

I would like to begin this letter by sharing with you a little about myself.

In 2000, I was born to two wonderful and loving parents Jason and Shannon Owens in Corpus Christi, Texas. I also have 4 siblings, 3 of which are adopted, an amazing girlfriend, and 4 loving dogs in my family. I have been blessed to have a very positive and encouraging upbringing, and I have always been thankful to be a part of this family. As a child, I was taught the importance of loving my neighbor, and always leading every interaction that I find myself in with positivity and love for everyone, regardless of their background, race, religion, or any other aspects that make them different from me. This was the focal point of the life lessons that I have been taught all of my life. I have always tried my hardest to conduct myself in a way that showed that positivity and love for others. Whether it be my classmates at school, my friends, my adopted siblings, or anyone that I've had the privilege of meeting along the way. I feel that I have been mostly successful at employing what I've learned about loving people throughout my life.

However, my actions at the Capitol on January 6th, 2021 did not reflect those values.

That day will forever be one of the worst days of my life. The day that I didn't conduct myself with positivity and love. The day that I let myself be persuaded by people and beliefs that weren't expressing those same morals that I have always prided myself with upholding. That day is a mistake in my life that I will forever have to live with. And for my actions that day, I have only *myself* to blame. I should have known better than to blindly join in with the crowd and take part in that event. Throughout that day I was filled with anxiety, worry, and at times, dismay. I had a sinking feeling in the pit of my stomach that seemed to be telling me "this isn't good." If I had just listened to that feeling, then all of this may have never happened. Since that day has passed, I have struggled greatly with my conduct that day and how it impacted others.

One thing in particular that I have struggled with is what I said that day. The words that came from my mouth were not indicative of my character or who I am. After seeing the videos that I took, and hearing the things that I said, I became deeply ashamed. I have lost many nights of sleep thinking of how stupid I was to say what I said, and I have thought about those words, and their impact every day since. I have many friends and family members in law enforcement, and knowing that I have let them down and disrespected them brings me great shame. I'm very regretful. Not just about the words I spoke, but also my actions that day. They were unbecoming of someone who respects the law and our country. I attended the rally and joined in the large crowds of people, and I became a part of the greater collective. It became so easy to join in with the chants and do what the rest of the mob was doing. I felt empowered by the people around me to protest and have our collective voice heard. This is also the first time that I had ever attended a protest, so this feeling was new to me. I let this group protest mentality influence what I said, and how I acted on that day. And that is something that I have looked back on in shame. I'm ashamed that I took part in what happened that day. I have had a negative impact on my life that is going to be with me forever.

My actions in this case have had a great impact not just on myself and my life, but on my family and their lives. My family has been put into a situation that they never should be in. My siblings have been approached in school and in public and been ridiculed.  My conduct has brought stress, anxiety, and depression to this loving and caring family that has always supported me. The rest of my family has been dealing with stress and depression. Stress and depression that are, at least in part, due to my actions. I have struggled with that ever since it happened. Since this all began, my family has focused on deriving positive change from all of the negativity. Together, we have been able to work through this process and grow as individuals, and as a family. Again, I feel blessed to have the support and care of such amazing and Christ-loving people. They have helped me learn from my actions, and become a better person throughout this time.

In light of my actions and words on January 6th, 2021, I have learned many important lessons that I would like to share:

I have thought over the past two years about how I could take this negative situation I have put myself in, and turn it into positive change. So, I decided that something I could do is use this entire experience as an opportunity to learn from what I did wrong and become a better person. One important thing that I have learned is to be critical of the situations that I put myself in. And also to be critical of why I put myself in them… If I had asked myself something to the effect of "does this sound like you?" Or "Does this accurately reflect your character?" I would have had to really look at what was happening around me and reflect on whether I thought it was at all positive. Another lesson that I learned is to trust the feeling deep inside. That day, I felt anxious. I had a feeling in the pit of my stomach that told me something wasn't right. I should have listened to that gut feeling and left then.

One lesson of great importance that this entire experience has taught me is to be careful about who I listen to. To be critical of information, where it comes from, and what the intentions are behind it. I had no prior knowledge of what would happen at the Capitol that day. Yet, I can't help but feel like I could have made a better decision about attending that protest if I had done more research and dug deeper into what it was all about. Instead of doing that, I decided to attend out of a desire to hear the alleged "information" that was going to be revealed at the rally that day at the Ellipse. My intentions in going to Washington D.C. were to see the former president speak and to pray for the branches of our government at the White House, Capitol building, and Supreme Court building. I wanted to do this because of my love for our great country. Because I care deeply for all Americans. I wanted to go to this rally and pray because I felt a sense of patriotism. And on that day, I feel that my patriotism was betrayed. I feel like my otherwise positive feelings of love for my country and desire for justice towards those that undermine democracy were twisted into support for a movement that wasn't concerned with those things, but rather its own agenda. Me, as well as many other Americans, became the means for something that I'm not sure we wanted. It is for this reason that I have tried to be more critical of who I listen to and how I inform myself about the world. I let myself become a part of this, and I do not want myself, nor anyone else to fall into this difficult situation again.

The most important lesson that I have learned though, is the importance of loving my neighbor. As I said earlier, this is something that I have tried to maintain all my life. It is something that I failed to do that day. My words did not come from a place of love and care for the people around me, or anyone involved. Being a follower of God, I look to what the Bible says about loving others. One verse in particular, 1st Corinthians 16:14, says "Let all that you do be done in love." This verse is how I try to live my life, to engage every challenge of life with love for my fellow man and God. And that day, I did not reflect that verse in my words and actions. It was as if I had forgotten those words that I find to be so critical to who I am. Since then, I have tried to

remember that passage every day, and will continue to live that passage as best as I can for the rest of my life.

In light of these lessons, I would like to offer my sincere apologies. In being involved with this event, and in light of my actions, I feel that I have let down my family, my friends, and my colleagues. I also feel that I have let down my country. I would like to apologize to all Americans for being part of such a negative event in our country's history. I intend to work to better myself and become a better citizen of this great country.

I offer my most sincere apologies to Officer C.B. I'm deeply sorry for what occurred on the west lawn that day. I'm very ashamed of what I said to him and his fellow officers. I never meant any harm towards him or anyone on January 6th, 2021. I hold nothing but respect for him and all of the officers that protected the Capitol that day.

All of the life lessons and feelings and apologies are too numerous to be contained by this one letter. And as long as I live, I will remember these lessons that have been taught to me throughout this process. And I will continue to learn and grow from this experience. I owe it to myself, my family and friends, and all those who I have impacted through this.

Having explained myself in this letter, I am prepared to accept the ramifications of my actions on January 6th, 2021.

Thank you for your time and consideration of this letter.

Sincerely,

Grady Douglas Owens.