UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Criminal No. 1:21-cr-286 |
| | : | |
| GRADY DOUGLAS OWENS, and | : | Honorable Judge Beryl A. Howell |
| JASON DOUGLAS OWENS, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S AMENDED NOTICE OF FILING EXHIBITS**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order (ECF No. 8), of the following amended exhibits, provided to the Court and counsel, to be used by the government in the sentencing in the above matter. The evidence is available to the Court and counsels electronically via USAfx.[1] The government does not object to the exhibits being released to the public.

| Exhibit # (Corresponds with file name) | Source | Length/ Relevant Portion (in parentheses) If Applicable | Location Depicted/Description |
| --- | --- | --- | --- |
| 1 | Grady Owens' Phone | Photograph | East Front |
| 2 | Grady Owens' Phone | Photograph | Stop the Steal Rally |
| 3 | Grady Owens' Phone | Photograph | Stop the Steal Rally |
| 4 | Grady Owens' Phone | 1:28 (all) | Stop the Steal Rally |
| 5 | Grady Owens' Phone | 1:51 (all) | Capitol |
| 6 | Grady Owens' Phone | :23 (all) | West Lawn as MPD Arrives |
| 7 | Grady Owens' Phone- IMG_2123.MOV-still photo | :18-still photo | MPD line (Sgt. W in yellow and P/O D.P right behind) on West Lawn |

---

[1] The exhibits and numbers correspond to the exhibits previously provided, via USAfx, in advance of the November 10, 2022, change of pleas in support of the statement of offenses. Exhibits 30 through 32 have been added.

| Exhibit # (Corresponds with file name) | Source | Length/ Relevant Portion (in parentheses) If Applicable | Location Depicted/Description |
|---|---|---|---|
| 8 | Grady Owens' Phone-IMG_2123.MOV-still photo | :18-still photo | MPD Line (Sgt. W, P/O R.S., and P/O T.S.) |
| 9 | Grady Owens' Phone-IMG_2123.MOV-still | :18-still photo | MPD line (P/O C.C.) |
| 10 | Grady Owens' Phone-IMG_2123.MOV-still | :20-still photo | MPD line (P/O P.M.) |
| 11 | BWC-MPD Officer P.M. (#S513) | 7:03 (all) | First MPD officer cutting through West Lawn |
| 12 | BWC-MPD Officer C.C. (#4836) | 7:06 (6:01-6:17) | Capitol-West Lawn |
| 13 | BWC-MPD Officer T.S. (#2415) | 7:09 (5:15-5:40) | Capitol-West Lawn |
| 14 | BWC-MPD Officer R.S. (#5856) | 8:39 (5:40-6:19) | Capitol-West Lawn |
| 15 | BWC-MPD Sgt. W (S5043) | 8:55 (6:00-8:55) | Capitol-West Lawn |
| 16 | BWC-MPD Officer D.P. (#4689) | 10:01 (6:00-7:45) | Capitol-West Lawn |
| 17 | BWC-MPD Officer N.D. (#4641) | 11:00 (6:15-7:30) | Capitol-West Lawn |
| 18 | BWC-MPD Officer C.B. (#5519) | 8:00 (5:45-8:00) | Capitol-West Lawn |
| 19 | BWC-MPD Officer P.K. | 10:01 (6:00-8:00) | West Lawn-assault of P/O C.B. by GO |
| 20 | Open Source-Facebook (source no longer available) | still photo | West Lawn-assault of P/O N.D. by JO |
| 21 | Grady Owens' Phone | :38 ("Hold these traitors accountable") | Capitol-West Lawn |
| 22 | Grady Owens' Phone | :25 ("We will not concede") | Capitol-West Lawn |
| 23 | Grady Owens' Phone | :12 ("you can't stop us.) | Capitol-West Lawn |

2

| Exhibit # (Corresponds with file name) | Source | Length/ Relevant Portion (in parentheses) If Applicable | Location Depicted/Description |
|---|---|---|---|
| 24 | Grady Owens' Phone | :2 ("Tear gas ain't shit folks.") | Capitol-West Lawn |
| 25 | Open Source-Getty Images | Photograph | Capitol-East Front Door |
| 26 | Grady Owens' Phone | :46 (all) | Capitol-East Front Door |
| 27 | Grady Owens' Phone | :38 (all) | Capitol-East Front Door |
| 28 | CCTV | 2:30 (all) | Interior East Front |
| 29 | Grady Owens' Phone | Photograph | Capitol |
| 30 | Grady Owens' Phone |  | Signal Chat |
| 31 | Grady Owens' Phone | Photograph | Capitol-West Lawn |
| 32 | BWC-MPD Officer C.S. | 6:00 (4:00-5:45) | Capitol-West Lawn |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/   Rebekah Lederer
     REBEKAH LEDERER
     Pennsylvania Bar No. 320922
     Assistant United States Attorney
     Tel. No. (202)252-7012
     Email: rebekah.lederer@usdoj.gov