

To whom this may concern;

January 6, 2021 was one of the most traumatic days of my life and will forever be a day where my brothers and sisters fought for our life to defend the United States Capitol.

I'll be speaking about the one specific attack I suffered from a brutal head strike by a skateboard. My unit CDU 42 was trying to make it to the Capitol steps to back up the Capitol police officers and MPD officers under attack. Before we could even reach those officers we were under attack. That's when I was stroke in the head by a skateboard causing pain, dizziness and something I had to deal with.

Looking back at this incident and attack I am just in shock that it even happened. The disrespect shown towards law enforcement and the violent attacks on law enforcement officers.

I pray that the ones who committed these crimes have learned from their mistakes and I believe they deserve the sentencing that the judge and the United States Courts recommended.

I still struggle with trauma and seek therapy from what my eyes saw on Jan 6 2021.


Very Respectfully,

Officer C̶̶̶̶̶̶̶̶̶̶ B̶̶
First District
Metropolitan Police Department