The Honorable Beryl. A Howell
United States District Court
333 Constitution Avenue, N.W. Washington,
D.C. 20001

Dear Judge Howell,

I wrote to you over 2 years ago about my son Grady Owens.  In that letter I wrote to you about the young son that I watched grow up to be a such an genuine, honest young man.  In that letter I spoke about his loyalty to his family, friends, his faith, love for music, travel and people.

 Today I want to share with you about the man that he is becoming.  Over the past 2 years and nearly three months since Grady was arrested. I've witness his perservance and adaptability.  I've witnessed his true remorse about his words and actions that horrible day of January 6th.  He has expressed his disappointment in himself to me and regret the he was not living up the person he knew he was and wanted to be for that brief moment in time that has forever changed his life.

Every step of the way from his time spent in a High Security Prison in Orange County residing with the hardest of criminals to his trek to Grady County Jail in Oklahoma, to the 13 months he spent under house arrest wearing an ankle monitor, and over 1 year in drug counseling he has taken every opportunity to learn something about himself and reflect on the Man he desires to be.  He has not held onto bitterness and resentment.  He believes in self responsibility and  continues to grow and learn from his mistakes in life.  Grady spent several months not only in the required drug counseling but he also spent nearly a year in therapy of his own choosing to try and navigate through his emotions from this experience which has helped him tremendously.   Grady was not able to have any communication whatsoever from his father for nearly 8 months following his arrest.  It was one of the most difficult times for him as a young man but he handled the more than 1/2 year with incredible grace, perseverance and was never driven by anger.  I can honestly say that I couldn't be more proud of him.  I find myself learning from him all the time.  He is still a man of good character and the past two years have only made that all the more clear.  He still loves all humanity regardless of race, religion and political backgrounds.  He still believes we have way more in common with one another than we don't.  He still lends our couch and extra rooms to friends in need.  I know that will never change its just who he is.  Over the last year and a half we've been the home and landing spot for 3 army national guardsmen when they are not on their shifts and patrols out of town.  They joined our family for Thanksgiving and Christmas since they could not be home with their own families for the holidays and we were happy to host and make them apart of our family.

Grady has used his time in waiting for sentencing to continue to contribute in a positive way to his community and to life.  He volunteers to serve in church when he is available on the weekends and he has retained full time employment.  When the company that he works for wanted to hire him and offer him a full time position  he was honest with them about his arrest and the fact that he was waiting sentencing and owned up to his negative role on that day on January 6. They felt they had gotten to know his true character and see him  for the man that he truly is and hired him anyway.  They love who he is, the kind of person he is, they like how he treats those around him and see his talent in the field. He is the youngest employee in his company and has been told he's wise beyond his years and is a strong asset to them.

Over the past two years Grady had definitely faced a tough road and many challenges, we all have actually.  He was arrested, spend 2 months in jail, was released out of jail onto house arrest for 13 month with ankle monitoring,  couldn't live at home or speak with his father for almost 8 months, lost 2 beloved pets, ████████████████████████ endure the loss of our families income and medical benefits, our home, couldn't complete the last 4 months of his college education to earn his degree, and so much more but he has persevered with incredible love, grace and humbleness.  The

man I see and witness each day is one who has begged for forgiveness and extends forgiveness. He is a man willing to accept his lot.  He's a man who wishes to live honestly and with integrity.  He is a man who wants to leave a positive mark on this earth and not be stained with the horrific events that happened that day.

I pray you take into consideration his true character when making your decision.

Sincerely,

Shannon Owens