**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

United States of America,      ) Criminal Action
                               ) No. 1:21-cr-00286-BAH
                Plaintiff,     )
                               )
vs.                            ) **<u>Sentencing</u>**
                               )
Grady Douglas Owens and Jason  )
Douglas Owens,                 ) Washington, D.C.
                               ) **June 23, 2023**
                Defendants.    ) Time:  9:30 a.m.
_____

**Transcript of <u>Sentencing</u>**
**Held Before**
**The Honorable Beryl A. Howell**
**United States District Judge**


<u>A P P E A R A N C E S</u>

For the Government:        **Rebekah Lederer**
                           UNITED STATES ATTORNEY'S OFFICE
                           FOR THE DISTRICT OF COLUMBIA
                           601 D Street, Northwest
                           Washington, D.C. 20579

For the Defendant Grady Douglas Owens:
                           **Pat M. Woodward, Jr.**
                           PAT M. WOODWARD, ESQ.
                           1783 Forest Drive, No. 330
                           Annapolis, Maryland 21401

For the Defendant Jason Douglas Owens:
                           **Jim Darnell, Sr.**
                           **James (Jeep) O. Darnell, Jr.**
                           JIM DARNELL, P.C.
                           310 North Mesa, Suite 212
                           El Paso, Texas 79901

Also Present:              Jessica Reichler, Probation Officer
                           Christine Schuck, Pretrial Services
                           Officer

_____

Stenographic Official Court Reporter:
                        Nancy J. Meyer
                        Registered Diplomate Reporter
                        Certified Realtime Reporter
                        333 Constitution Avenue, Northwest
                        Washington, D.C. 20001
                        202-354-3118

_____

Proceedings recorded by mechanical stenography.  Transcript
produced by computer-aided transcription.

1           P R O C E E D I N G S

2           THE COURTROOM DEPUTY:  United States of America vs.

3  Grady Douglas Owens and Jason Douglas Owens, Case No. 21-286.

4           For the record, Your Honor, Probation Agent Jessica

5  Reichler and Pretrial Agent Christine Schuck are present in the

6  courtroom.

7           Counsel, please come forward and state your names for

8  the record, starting with the government.

9           MS. LEDERER:  Good morning, Your Honor.  Rebekah

10  Lederer on behalf of the government.

11           THE COURT:  Good morning.

12           MR. DARNELL, SR.:  Good morning, Your Honor.  Jim

13  Darnell and Jeep Darnell for Jason Owens.

14           THE COURT:  Good morning.

15           MR. WOODWARD:  And Pat Woodward for Grady Owens.

16  Good morning.

17           THE COURT:  And good morning.

18       I'll let you-all get settled.

19           UNIDENTIFIED SPEAKER:  May I put this together,

20  Your Honor?

21           THE COURT:  What is that?

22           UNIDENTIFIED SPEAKER:  It is an easel.

23           THE COURT:  Okay.  All right.  We do have easels.  We

24  have an easel that looks a lot less complicated than that.  Why

25  don't you just let us provide one.

1          UNIDENTIFIED SPEAKER:   That would be wonderful,

2     Your Honor.

3          (Off the record.)

4          THE COURT:   All right.   Okay.   So we're here this

5     morning for the sentencing of two defendants, Mr. Jason Douglas

6     Owens, who's the father of the second defendant, Grady Douglas

7     Owens.

8          And Mr. Grady Owens pleaded guilty to the felony offense

9     of assault on a federal officer in violation of

10     18 U.S.C. § 111(a)(1), and also the petty misdemeanor offense

11     of disorderly conduct in a Capitol Building in violation of

12     40 U.S.C. § 5104(e)(2)(D).

13          And Mr. Jason Owens pleaded guilty to the felony offense

14     of assault on a federal officer in violation, also, of

15     18 U.S.C. § 111(a)(1).

16          So I'm going to be doing the sentencing hearing, in

17     part, with both Mr. Jason Owens and Grady Owens together and

18     then parts of it separately.   And so you'll just -- I'll give

19     you the stage direction for the choreography of this.   So

20     just listen carefully as to what I'm telling everybody to do.

21     But right now you're all in the right place sitting at the

22     table.

23          I like to start each sentencing hearing by reviewing all

24     the materials I've read in connection with the sentencing

25     hearing just to make sure I haven't missed something.   And

1    there have been a lot of late filings on the docket, so I want

2    to make sure I haven't missed something and that all the

3    parties have all the same set of documents that we're all

4    working from, the same sources of information.

5           So with respect to Grady Owens, I've reviewed the

6    probation office's presentence investigation report and

7    sentencing recommendation docketed at ECFs 109 and 110 and 111.

8    I've also reviewed the government's sentencing memo docketed at

9    ECF 120 and the exhibits submitted that were noticed on the

10   docket.

11          And I think we're up to -- for both defendants, based on

12   the filing that was made most recently -- 32 exhibits; is that

13   correct?

14              MS. LEDERER:  That's correct, Your Honor.

15              THE COURT:  All right.  I've also reviewed the

16   sentencing memorandum submitted on behalf of Grady Owens, a

17   letter from Mr. Grady Owens himself, as well as a letter from

18   his girlfriend and his mother docketed at -- at ECF 123-1

19   and -2 and ECF 127-1.

20          I've also reviewed the 33 letters of support that were

21   filed at -- in connection with his release proceeding, which he

22   asked that I also take another look at, and so I've reviewed

23   those, which were docketed at ECFs 13-1, -2, -3, and 15-1.

24          And I've also reviewed the victim impact statement

25   docketed at 129 that was filed, I believe, just yesterday.  Is

```
1    that correct?

2              MS. LEDERER:  Yes, Your Honor.

3              THE COURT:  Okay.  With respect to Mr. Jason Owens,

4    I've reviewed the probation office's presentence investigation

5    report and sentencing recommendation docketed at ECFs 112 and

6    113, the government's sentencing memorandum docketed at 121.

7    I've also reviewed the motion about Shannon Owens docketed at

8    ECF 118, and the sentencing memo and various supplements

9    submitted by the defense on Mr. Jason Owens's behalf docketed

10   at 119 and 124, the 11 letters that were submitted on behalf of

11   Mr. Jason Owens docketed at 119-8.

12             And then with respect to both defendants, I've reviewed

13   all 32 of the exhibits that were submitted by the government.

14             Okay.  Does the government have all of these documents

15   with respect to both defendants?

16             MS. LEDERER:  Yes, Your Honor.

17             THE COURT:  And, Mr. Darnell, do you have all the

18   documents in connection with -- submitted in connection with

19   Mr. Jason Owens?

20             MR. DARNELL, SR.:  We do, Your Honor.

21             THE COURT:  And, Mr. Woodward, do you have all the

22   documents submitted in connection with Mr. Grady Owens?

23             MR. WOODWARD:  Yes, Your Honor.  Thank you.

24             THE COURT:  All right.  So, Mr. Jason and Mr. Grady

25   Owens, let me just tell you what's going to be happening
```

1    next over the course of the sentencing hearing.  Every judge

2    does the sentencing a little bit differently.  I'd like to

3    lay out how my sentencing hearings go so you know what's

4    going to be happening during each stage of the hearing and

5    before we get to the very interesting exhibits that I think

6    might be shown during the course of the hearing by one or both

7    sides.

8         My sentencing hearings proceed in four different steps.

9    At the first step, I'll determine whether the government or

10   either of you have any objections to any parts of the

11   presentence investigation reports that have been filed in

12   connection with your sentencings.  And if there are objections,

13   I'll resolve those objections.

14        At the second step of the hearing, I'll determine how

15   the advisory guidelines apply in your case based upon any

16   criminal history and other factors that go into that.

17        At the third step, I'll hear first from the government

18   and then from your counsel and, lastly, from each of you, if

19   you wish to address me directly, about an appropriate sentence

20   in your case.  And so that's when you'll have the opportunity

21   to speak to me, if you wish.

22        I know, Mr. Grady Owens, I've received your very

23   thoughtful letter.

24        I haven't received anything from Mr. Jason Owens.  So

25   that will be the opportunity -- in terms of a letter directly

1    to me -- but that will be your opportunity to speak directly to

2    me, if you wish.

3         At the last step, I will explain the sentence I'm about

4    to impose and then separately call each of you up to impose

5    sentence.

6         So starting with Mr. Jason Owens.

7         All right.  So do you have any questions about what's

8    going to be happening next, Mr. Jason Owens?

9              DEFENDANT JASON OWENS:  No, Your Honor.

10             THE COURT:  And Mr. Grady Owens?

11             DEFENDANT GRADY OWENS:  No, Your Honor.

12             THE COURT:  All right.  So Step 1, presentence

13   investigation reports.  And I understand from the defendants'

14   presentence reports that the government has no objections

15   regarding any of the factual or other determinations set out in

16   the PSR for either defendant; is that correct?

17             MS. LEDERER:  That's correct, Your Honor.

18             THE COURT:  All right.  So starting then with

19   Mr. Grady Owens, Mr. Woodward, I understand that you also have

20   no objections to anything set out in the presentence

21   investigation report; is that correct?

22             MR. WOODWARD:  That's correct.

23             THE COURT:  And have you and Mr. Grady Owens reviewed

24   and discussed the presentence investigation report?

25             MR. WOODWARD:  Yes, Your Honor.

1          THE COURT:  All right.  And, Mr. Grady Owens, you can

2    just stand right where you are.  Just use that microphone.  Are

3    you fully satisfied with your attorney in this case,

4    Mr. Woodward?

5          DEFENDANT GRADY OWENS:  Yes, Your Honor.

6          THE COURT:  And do you feel that you've had enough

7    time to talk to Mr. Woodward about the probation office's

8    presentence investigation report, the sentencing

9    recommendation, and the other papers filed in connection with

10   your sentencing?

11         DEFENDANT GRADY OWENS:  I have, Your Honor.

12         THE COURT:  All right.  Thank you.  You may be

13   seated.

14       Mr. Darnell, I understand from Mr. Jason Owens's

15   presentence report that you also have no objections to any

16   parts of the presentence investigation report; is that correct?

17         MR. DARNELL, SR.:  That is correct, Your Honor.

18         THE COURT:  All right.  And have you and your client

19   read and reviewed the presentence investigation report?

20         MR. DARNELL, SR.:  We have, Your Honor.

21         THE COURT:  Thank you.  You may be seated.

22       Mr. Jason Owens, could you just turn that microphone

23   around to you.  Are you fully satisfied with your attorneys in

24   this case?

25         DEFENDANT JASON OWENS:  Yes, Your Honor.

1          THE COURT:  And do you feel that you've had time to

2     talk to your attorneys about the probation office's presentence

3     investigation report, the sentencing recommendation, and the

4     papers filed on your behalf and by the government in connection

5     with your sentencing this morning?

6          DEFENDANT JASON OWENS:  I do, Your Honor.

7          THE COURT:  Okay.  Thank you.  You may be seated.

8          Okay.  Upon hearing no objection from the government or

9     from the defendants, I will accept the factual portions of the

10    presentence investigation reports for each defendant as my

11    findings of fact at sentencing, as supplemented by my own

12    review of the video and photo evidence in the case.

13         All right.  So now we're -- I'm going to talk about --

14    we're at Step 2.  We're going to talk about how the guidelines

15    apply in each of your cases.  I'm going to start with Mr. Grady

16    Owens.  And his conviction on Count 2 is a Class D felony and,

17    thus, is subject to the federal *Guidelines Manual*; whereas, his

18    conviction on Count 13 is a Class B misdemeanor, otherwise

19    known as a petty offense, and that is not subject to the

20    guidelines.

21         And with respect to criminal history, Mr. Grady Owens

22    has no prior convictions, which results in a criminal history

23    score of 0, which puts him in Criminal History Category I.

24         Just to go through the criminal history for Mr. Jason

25    Owens because his Count 4, to which he entered a plea of

1    guilty, is also a Class D felony, which is subject to the

2    guidelines, he also has no prior convictions.  So he also has a

3    criminal history score of 0 and puts him in Criminal History

4    Category I.

5         With respect to -- back to Mr. Grady Owens, in terms of

6    the offense level that applies, because the guidelines work on

7    a two-tiered grid -- one grid being the criminal history

8    category; and you're both in Criminal History Category I -- the

9    other side of the grid is the offense determination.

10        And with respect to Mr. Grady Owens, the guideline that

11   applies to assault on a federal officer is the guideline at

12   Section 2A2.2.  That provides a base offense level of 14.

13   Under 2A2.2(a), another 4 offense levels are added under the

14   specific offense characteristic, known shorthand as an SOC, at

15   the guideline at 2A2.2(b)(2)(B), and that applies because the

16   assault against the federal officer involved a dangerous

17   weapon, which was his skateboard, at the time.

18        Another 6 offense levels apply under the guideline at

19   Section 3A1.2(b) and (c)(1) because the victim was a government

20   officer and the offense conduct was motivated by that status,

21   and the defendant's conduct created a substantial risk of

22   serious bodily injury and occurred in the course of the -- and

23   knowing belief that the person was a law enforcement officer

24   and the assault occurred in the course of the offense.  That

25   results in an adjusted offense level of 24, which is reduced by

1    3 offense levels as a result of application of acceptance of

2    responsibility under the guideline at Section 3E1.1(a) and (b).

3          So for Mr. Grady Owens, a total offense level of 21, in

4    combination with the criminal history category of I produces an

5    advisory guideline range of 37 to 46 months' imprisonment.

6          Now, as to Mr. Jason Owens, whose Count 4 charge of

7    assault on a federal officer under 18 U.S.C. § 111(a)(1), is

8    also subject to the guideline at Section 2A2.2, which as I --

9    which, similarly to Mr. Grady Owens, provides a base offense

10   level of 14 under Section 2A2.2(a).

11         And that is increased by 6 offense levels under the

12   guideline at 3A1.2(b) and (c)(1) because the victim was a

13   government officer, the offense conduct was motivated by that

14   status, and the defendant's conduct created a substantial risk

15   of serious bodily injury; and the result of a knowing belief

16   that the person was a law enforcement officer and the assault

17   occurred in the course of the offense.

18         That results in an adjusted offense level of 20, which

19   is reduced by 3 offense levels, also as a result of the

20   application of the guideline at Sections 3E1.1(a) and (b), for

21   his early acceptance of responsibility.

22         So for Mr. Jason Owens, a total offense level of 17, in

23   combination with a criminal history category of I produces an

24   advisory guidelines range of 24 to 30 months' imprisonment.

25         As to the statutory penalties that apply for each charge

1    for the assaults charged in connection with Count 2 for

2    Mr. Grady Owens and Count 4 for Mr. Jason Owens -- this is the

3    Class D felony -- the maximum sentence that may be imposed is

4    8 years.  For Count 13, which is the Class B misdemeanor, the

5    maximum sentence that may be imposed is 6 months or a term of

6    probation of up to 5 years or possibly both.

7          Each defendant is subject to a supervised release range

8    following imprisonment of 1 to 3 years.

9          And Mr. Grady Owens is subject to a guideline advisory

10   range of 15,000 to 150,000 dollars, as well as a mandatory

11   special assessment of $110.

12         And Mr. Jason Owens is subject to a guideline advisory

13   fine range of 10,000 to 95,000 dollars, as well as a mandatory

14   special assessment of $100.

15         Any there objections, for the record, to the guideline

16   determination with respect to Mr. Grady Owens from the

17   government?

18              MS. LEDERER:  No, Your Honor.

19              THE COURT:  And from Mr. Woodward?

20              MR. WOODWARD:  No, Your Honor.  Thank you.

21              THE COURT:  Any objections, for the record, about

22   this guideline determination for Mr. Jason Owens from the

23   government?

24              MS. LEDERER:  No, Your Honor.

25              THE COURT:  And Mr. Darnell?

1          MR. DARNELL, SR.:  No, Your Honor.

2          THE COURT:  All right.  So we're now at Step 3 of the

3     sentencing hearing where I will turn to the parties to discuss

4     the application of the factors set out in section 3553(a).  Let

5     me just review the divergent sentencing recommendations that

6     I've received as to both defendants in this case.

7          For Mr. Jason Owens, the government has recommended

8     27 months' incarceration, at the midpoint of the range -- of

9     the advisory range of 24 to 30 months, followed by 3 years of

10    supervised release.  The probation office recommends a sentence

11    at the top of the guidelines of 30 months, followed by 3 years

12    of supervised release.

13         And on his own behalf, Mr. Owens has asked for a

14    variance below the guideline level of a sentence of home

15    detention for whatever period the Court deems appropriate.  So

16    that's quite the range of sentencing recommendations for

17    Mr. Jason Owens.

18         For Mr. Grady Owens, the government has recommended a

19    sentence of 40 or 42 months' incarceration.  I think there -- I

20    wasn't -- I was going to ask the government to clarify.  Are

21    you seeking 40 or 42?

22         MS. LEDERER:  Forty months, Your Honor.  I apologize

23    for the fact that the edits did not cover the entire sentencing

24    memorandum.

25         THE COURT:  Forty months' incarceration, which is

1    also at the midpoint of the range of 37 to 46 months, followed

2    by 3 years of supervised release.  The probation office

3    recommends a sentence at the bottom of the guidelines at

4    37 months' incarceration followed by 24 months of supervision.

5    And Mr. Grady Owens asked for a variance below the guideline

6    range to a sentence of 1 year and 1 day.

7         So I'll start with the government.  And you can combine

8    your -- are you -- I hope you're combining your colloquy as to

9    both.

10        MS. LEDERER:  Yes, Your Honor.  That was my

11   intention, but I wanted -- was going to double-check with you

12   first.

13        THE COURT:  Yes.  Let's -- yes.  Let's -- I'll hear

14   from you about both defendants.

15        MS. LEDERER:  May I, Your Honor?

16        THE COURT:  Yes.  Of course.

17        MS. LEDERER:  The government is asking the Court to

18   impose the sentences that you have just read out:  the

19   40 months for Grady Owens and the 27 months for Jason Owens,

20   followed by a period of supervised release, restitution, and

21   fines because the government believes that those two sentences

22   sufficiently, but not greater than necessary, comply with the

23   purposes of the federal sentencing guidelines, as well as the

24   3553(a) factors.

25        Your Honor, the government previously filed, which you

1    already read onto the record, both sentencing memorandums for

2    Grady Owens and Jason Owens.  The government outlined its

3    arguments and its positions within there.  So I will summarize

4    that today and just reference a few of the exhibits that were

5    previously submitted.  I will take a moment at this time to

6    admit into evidence for purposes of sentencing Exhibits 1

7    through 32.

8              THE COURT:  That motion is granted.

9              MS. LEDERER:  I will only be playing a few, and if

10   Your Honor would like to direct me to anything specific, I will

11   also pull up -- all of the exhibits are available here.

12             Your Honor, I'll start with the nature of the offense as

13   it goes to the 3553(a) factors.  And I'm not going to belabor

14   this point.  I know Your Honor has heard this a million times

15   and will also take the time to -- more eloquent than I will be

16   able to say today -- address what January 6th means to this

17   nation and on a global scale.

18             January 6th was an absolute embarrassment, not just at

19   home, but also abroad.  It is a moment in time that is now

20   woven into the fabric of this nation's history.  It's not going

21   to be one of those embarrassing days that gets brushed over.

22   It now has infamous connotations.  It has names:  the

23   insurrection, January 6th.  It has been given those weighted

24   names because it was a day that no one will ever forget.

25             Grady Owens and Jason Owens, they weren't bystanders.

1    They were not watching at home through the television or on

2    their computer at work.  They were in Washington, D.C.  They

3    did not watch from the Ellipse or from their hotel room or from

4    an Airbnb, wherever they were staying.  They did not watch from

5    the perimeter of the Capitol Grounds.  They didn't even just

6    watch from the grounds itself.  They actively participated in

7    the violence, in the chaos that was January 6th.

8         They assaulted uniformed officers of the Metropolitan

9    Police Department who were brought in that day to help

10   Capitol Police who were being completely overrun by rioters

11   attempting to lay siege to the Capitol.

12        Now, the Owenses might not have sat at home prior to

13   catching their flight to Washington and plotted out an attack,

14   but their intentions that day were very deliberate, and it is

15   shown through the evidence that the government has submitted.

16   The Owenses clearly believed that January 6th was important

17   enough for them to travel all the way from Texas to

18   Washington, D.C.  That is how Grady Owens decided to spend his

19   winter break:  to go with his father and other family members

20   to support the former President.

21        And they did attend a completely lawful rally down at

22   the Ellipse where they filmed the scene, took in what was

23   happening, and then joined in -- didn't just follow any orders.

24   They joined -- didn't just follow any orders.  They joined in,

25   actively participated going down to the Capitol Grounds.

1          And when they were there, they weren't waiting for more

2     speeches.  They were ready to join in and lay siege on that

3     Capitol, and as is made evident by Grady Owens's own video that

4     he filmed when he started -- and his father began walking up to

5     the Capitol.  And it's just the two of them.  Clearly other

6     family members dropped out, but they decided to forge on.  They

7     made a decision at that moment that it was worth being

8     somewhere where they were not supposed to be.

9               At this moment, I will play a clip from Exhibit 5.

10     Exhibit 5 is from Mr. Grady Owens's phone in which he's filming

11     him and his father coming to the Capitol.  There's construction

12     material laying around.  There's a massive construction vehicle

13     there.  Clearly, you're not supposed to be there.

14          And as they move into the crowd, if I could have a --

15     I'm not sure if it's being published right now.

16               THE COURT:  Why don't you call the IT people.

17          Sorry.  I started with an earlier proceeding so you

18     couldn't test this beforehand.  I know.

19               MS. LEDERER:  Your Honor, I'm happy to continue while

20     we wait.

21               THE COURT:  Why don't you proceed.  I don't know how

22     long it's going to take the IT person to get here, and I have

23     seen the video.

24               MS. LEDERER:  Yes.  And, Your Honor, obviously, the

25     evidence speaks for itself.  So if I -- as I summarize any

1    statement, if I get it wrong, obviously with -- the exhibits,

2    which you have watched and have been transcribed either in my

3    memo or notes you have taken, will control over what I say.

4         But, Your Honor, Exhibit 5, as I was saying, as the

5    Owenses enter on the west side of the Capitol, you can see

6    signs that would give anyone an indication, hey, we probably

7    shouldn't be here.  As Grady Owens takes in the scene with his

8    camera, he then zooms in on the northwest steps where

9    Capitol Police are hauling off an individual.  Grady Owens

10   zooms in on that -- you can see barriers in the background --

11   and says they're going to have to -- says something to the

12   effect of they're going to have to arrest a lot more of us

13   unless we get up there, referencing the steps, the top of the

14   west side of the Capitol.

15        And that's not the only statements he makes that day.

16   He films, again, the west side, pointing at the northwest

17   stairs, as Capitol Police officers are attempting to hold off

18   the flow of rioters making their way up the northwest stairs.

19   The Capitol Police are deploying different uses to help keep

20   those rioters at bay.  Grady Owens makes fun of their attempts,

21   saying it's -- something to the effect that it's not going to

22   work.  And then while addressing uniformed officers says, "Hold

23   these traitors accountable."  The Owenses were there that day,

24   not to be just seen, not to be heard, but to be a force.

25        I will also point out that Jason Owens was wearing

1    camouflage that day and a gaiter covering his face and

2    sunglasses.  What they were saying and what they were doing was

3    really no surprise to anyone that when MPD, who had been called

4    in as support for Capitol Police -- as that line of officers

5    attempted to push their way through the crowd, it's truly no

6    surprise based off their prior actions how they reacted when

7    MPD got to the Owenses.

8        In Exhibit 6, Grady Owens is actually filming as

9    Capitol Police, the front of that line, make their way.  You

10   can hear people screaming, "Make a hole.  Make a hole."  In the

11   body-worn camera that's been submitted -- I believe, that's

12   18 through 19, as well as 32 -- in the beginning of those body

13   cams, including Exhibit 11, which is that first officer who

14   makes his way through the crowd, you can see the crowd

15   reacting, you can hear the crowd audibly reacting, jeering at

16   these officers.

17       You can hear the officers yelling, "Police.  Move.

18   Move.  Make a hole" over and over and over again.  The Owenses

19   knew they were coming.  They saw that police were coming.  And

20   as police attempted to push through, the Owenses began to

21   react.  Officer by officer -- and in Exhibit 13, you can see

22   both Owenses pushing off officers.  You can hear someone -- it

23   sounds like Grady -- saying, "Fuck off."  And this is all

24   before Officers Noah Duckett and Christopher Boyle even get to

25   the Owenses.

 1           Now, by the time that those two officers do get there,

 2      the Owenses have already registered that this is a police line

 3      trying to get through.

 4           THE COURT:  Mr. Cramer, our IT expert, is here.

 5           Thank you for coming, Mr. Cramer.  Could you just see

 6      what the connection issue might be.

 7           (Off the record.)

 8           THE COURT:  Magic touch.  Thank you, Mr. Cramer.

 9           MS. LEDERER:  I'll remember that for next time.

10           THE COURT:  Super.  Thank you.

11           MR. CRAMER:  You're welcome.

12           MS. LEDERER:  On the screen is Exhibit 5.

13           (An audio-visual recording was played.)

14           MS. LEDERER:  It's an acknowledgment that they

15      weren't supposed to be there, and it's an admission of the

16      intentions; we're going to keep coming.  It doesn't matter what

17      you do, even if comes at the risk of arrest.

18           Here's Exhibit 6.

19           (An audio-visual recording was played.)

20           MS. LEDERER:  That was when officers, MPD officers,

21      first got to the Owenses.

22           Here's a clip from body-worn camera, Exhibit 13.

23           (An audio-visual recording was played.)

24           MS. LEDERER:  That's before Officers Duckett and

25      Boyle even get to the Owenses.  You can see both Grady and

1    Jason looking at these officers, touching these officers.  And

2    instead of deciding, hey, maybe we should listen to these

3    officers and back up or stand down --

4              (An audio-visual recording was played.)

5              MS. LEDERER:  This is from an officer behind -- this

6    is Exhibit 19 -- an officer behind Boyle and Duckett --

7    Officers Boyle and Duckett.

8              (An audio-visual recording was played.)

9              MS. LEDERER:  In the beginning of that clip, we see

10   Grady Owens turning to Officer Boyle, raising that skateboard

11   over his head, and bringing it down onto Officer Boyle's body.

12   Towards the end of that clip, we see Jason Owens in front of

13   Officer Duckett, and you see Officer Duckett's head snap back.

14   We know what happens because of an open-source photo that

15   captures Jason Owens shoving Officer Duckett directly in the

16   face.

17        That is Exhibit 20.  That is Jason Owens, with his face

18   covered, pushing Officer Duckett right in the face so hard that

19   his head snaps back.

20        Not only after that, those two assaults, they had a

21   decision to make.  We did too much.  Things got out of control.

22   We regret our actions.  Let's get out of here.  But no.  They

23   stay and they taunt the officers.  And that's in Exhibit 32,

24   which is body-worn camera that the government had included in

25   its memo but, apologies, had failed to include it in the

1   original notice and the upload.

2            (An audio-visual recording was played.)

3            MS. LEDERER:  "Today it's us.  Tomorrow it's you."

4   We know why the Owenses are there.  They're unhappy with the

5   election, and it is driving them to assault officers and to

6   remain on restricted grounds and eventually attempt to get into

7   the building.

8            In addition to both of them screaming at officers'

9   faces, at 14:01:08 Grady Owens flips off uniformed officers.

10  You can't really hear what Jason Owens is saying, but he takes

11  down his gaiter briefly to continue to scream at officers.

12  Grady Owens asks officers how they can live with themselves;

13  which I'd, ironically, point out, I'm sure a bunch of officers

14  to this day, survivors, are asking themselves:  How can I live

15  with what I saw on January 6th, what I experienced from my own

16  fellow Americans on January 6th, the violence that was brought

17  on me when I showed up just to do my job and make sure that

18  everyone was safe?

19           Grady Owens also taunted those officers.  "I'm not

20  afraid of you, boy."  Degrading them, belittling them, showing

21  no respect for these uniformed officers who were simply just

22  trying to get through the line to provide support.

23           THE COURT:  I missed that statement with Grady Owens

24  calling some of the officers boy.

25           MS. LEDERER:  "I'm not afraid of you, boy."

1        THE COURT:  Well, Noah Duckett, who has testified in

2   front of me, I know is African American.  Do you think that

3   prompted the "boy"?

4        MS. LEDERER:  I can't say for sure.  There were

5   numerous officers there.  I don't know specifically who he is

6   looking at, but there are officers of all colors in that line.

7   You can see several officers right off to the side.  Whether he

8   was speaking to belittle their masculinity or their race, boy

9   has numerous connotations.

10       Now, the Owenses decide to stay there for an

11  undetermined amount of time.  Grady Owens continues to film.  I

12  apologize.  I did try to put these into a PowerPoint so this

13  would go smoother, but there was technical difficulties all

14  around.

15       (An audio-visual recording was played.)

16       MS. LEDERER:  Grady Owens, joining in with another

17  member in Exhibit 22.  He's filming and saying, "We will not

18  concede" after that fellow member of the riot, of the mob, was

19  indicating that this was a revolution, quoting some song

20  lyrics, but also indicating that the election was stolen, that

21  they would not concede, and Grady Owens joined in that

22  affirming "We will not concede."

23       (A video recording was played.)

24       MS. LEDERER:  I just played Exhibit 23 again from

25  Grady Owens's phone filming the active breach of the northwest

1    stairs that if -- I believe happened around 2:10 or 2:11, which

2    led to the initial breach of the Capitol, the Senate wing

3    doors, at approximately 2:12 p.m. celebrating that breach,

4    exclaiming "We breached it."  Shortly after, there was also

5    another very small clip in which Grady Owens acknowledges

6    officers' attempts to clear the West Lawn saying, "Tear gas

7    ain't shit."  That is Exhibit 24.

8         And despite all of those warning signs and the assaults

9    that both Owenses engaged in, they make their way at some point

10   to the east side of the Capitol -- they do not leave -- where

11   they attempt to enter.  This is from an open source.  This is

12   Exhibit 25, showing in the shadows Jason Owens pointing

13   directly at the door.  Grady also continued to film at this

14   location.

15        (An audio-visual recording was played.)

16        MS. LEDERER:  That is Exhibit 26 from Grady Owens's

17   phone in which a person, who sounds like Grady Owens -- can't

18   say for sure, but it sounded like his voice.  You hear someone

19   saying left side in -- or "Right side in.  Left side out.  Come

20   on."  Clarifications.  "Are they macing in there?"  Coughing.

21   And yet despite all of that, there were still attempts to get

22   into the Memorial Doors.  He continues to film in Exhibit 27.

23        (An audio-visual recording was played.)

24        MS. LEDERER:  In Exhibit 27 you can see Jason Owens's

25   hand repeatedly going up and pointing inside the Capitol.

1    Simultaneous to the first time that Jason Owens's hand goes up,

2    you hear a voice that's very close to the camera saying,

3    "Push."  And we know the extent of Jason and Grady's efforts

4    to get in based off of Exhibit 28, which is CCTV from the

5    Capitol.

6         (A video recording was played.)

7         MS. LEDERER:  They make it as close to the threshold.

8    At 3:20 p.m. you can see smoke billowing out of the doors.  It

9    would make sense that that would be some type of OC spray,

10   pepper spray; corroborated by Owens's own video saying, "Are

11   they macing in there?"  He's coughing.  And you can see Grady

12   drop back at one point too.  Grady doesn't have a mask on like

13   his father who remained there, still attempting to get in.

14   They fall back.  Once again, another moment that they could

15   have stopped and left.

16        (A video recording was played.)

17        MS. LEDERER:  But at 3:29, Jason Owens joins the fold

18   again and so does Grady.  Officers slowly gaining the upper

19   hand.  Jason Owens grasping, grabbing, trying to get in.  At

20   3:29 and 45 seconds the door is briefly shut before it's ripped

21   back open.  And this is when Jason Owens grabs at an officer's

22   baton and Grady breaks them up.

23        And the officers have to shove them both off.  And then,

24   finally, they can't get any further.  That's it.  So they take

25   a celebratory photograph on the East Front in front of the

1    statue.  There's two statues that flank either side.  I believe

2    I included a link to the background.  I can't say that either

3    of these knew the history of the statue.  I myself didn't until

4    I decided to Google to make sure I had the exact location where

5    this photograph was taken, what the statue was.

6         There's a statue of peace on one side of the East Front

7    doors and a statue of war.  Poetically, the Owenses are both

8    standing in front of the war statue grinning, gleefully, at

9    their accomplishments from that day.

10        Your Honor, that is why the sentence that the government

11   has requested for both of the defendants -- the nature and

12   characteristics of not only that day in general but the actions

13   of the defendant -- are fitting.  In addition, when looking at

14   whether or not a sentence will provide both specific and

15   general deterrence, that these sentences that the government

16   has requested achieve both for a general deterrence.

17        January 6th is still a hot-button issue to this day.  It

18   has inspired action across the globe that mirror what happened

19   on January 6th.  There needs to be a -- this sentence will

20   reflect that these actions are not taken lightly if people are

21   going to blatantly disregard the law.  For specific deterrence,

22   that also kind of covers the prior history of the defendant as

23   well.

24        I understand that both Jason and Grady have a criminal

25   history of zero, which would indicate that there might not be

1  any recidivism.  However, there is concern that at their grown

2  ages they decided to join in something so violent despite

3  having a great family history.  This was not a crime of

4  necessity.  There is absolutely no excuse in their history that

5  would be able to either help us understand why they took that

6  action that day, committed those assaults, or would mitigate

7  their action that day.

8          THE COURT:  So you've just shown some of these, you

9  know, videos.  And Jason Owens's sentencing memo says on

10  page 6 -- and I'm reading -- "They got to the Columbus gate.

11  There were people who had been inside, but neither Jason nor

12  his son Grady went inside."  It goes on to state, "Jason was

13  confused, disoriented, and was unable to keep his balance.

14  This is clearly visible on the videos from the Columbus gate;

15  that is consistent with the bullet points from the article

16  attached."

17      Do you -- did you see videos where Jason appeared

18  confused and disoriented and unable to keep his balance?

19          MS. LEDERER:  No, Your Honor.  And that's from the

20  defense sentencing memo; correct?

21          THE COURT:  Correct.

22          MS. LEDERER:  Sorry.  I thought you said government

23  at first.

24          THE COURT:  No.  No.  It was from -- from the --

25  Jason Owens's sentencing memo.  And I can't put my finger on

1    it right now, but I think there was a place where it

2    attributed to the government that the government had seen

3    this and -- and the -- had taken account of that.  So I was

4    just curious whether that was something that the government

5    agreed with.

6         MS. LEDERER:  No, Your Honor.  I think there's a

7    miscommunication.  I don't want to go back and forth about

8    communications between prior counsel and defense.  But it's

9    never been the government's position that -- and we understood

10   that there would be a presentation of mitigation for medical

11   history.  But there was never a concession that that history

12   would explain what happened.  So I think that was just a

13   miscommunication.

14        THE COURT:  Right.  And there's also a statement in

15   the sentencing memo about how the mayor of the District of

16   Columbia had closed all the restaurants and many stores leading

17   up to January 6th and so that they were only able to buy peanut

18   butter and jelly, which also, apparently, contributed to his

19   medical condition.  And does the government have a response to

20   that?  Because the curfew wasn't imposed until January 6th,

21   2021; is that right?

22        MS. LEDERER:  Correct, Your Honor.  The --

23        THE COURT:  Not before.

24        MS. LEDERER:  Not before.

25        The -- the curfew was supposed to cover January 6th

1    starting at 6:00 p.m. and then, I believe, going to --

2    definitely January 7th but -- I believe 6:00 p.m. and that -- I

3    don't know the exact time that the order was issued.  But the

4    mayor tweeted that order at 2:31 p.m. on January 6th.

5          Also, I would point out that Safeway decided to close

6    and send all of its employees home.  And that email was sent at

7    3:43 p.m. so --

8              THE COURT:  On January 6th?

9              MS. LEDERER:  On January 6th.  Thank you, Your Honor.

10         So I -- maybe the defendants can explain what

11   restaurants they were not able to get into or why there was not

12   available food when grocery stores and restaurants were still

13   open.  It was well -- it was about a half hour after they

14   assaulted Officers Duckett and Boyle that the mayor had

15   assessed the situation and realized that it was absolutely out

16   of control.

17         And their actions and their assaults that day added to

18   this riot that then caused the entire city to have to go into a

19   curfew that wouldn't have gone into effect until 6:00 p.m. on

20   January 6th.

21             THE COURT:  All right.

22             MS. LEDERER:  So as for specific deterrence, I

23   appreciate the fact that Grady Owens has decided to accept

24   responsibility not only in pleading guilty but also in writing

25   that letter to Your Honor.

1          However, he did commit these assaults.  We've heard the

2     repeated amount of statements that he made, aggressive

3     statements, towards police that day; his intentions; his

4     photographs that encapsulated his mind that day; and his

5     intentions that he, presumably, believed this election to be

6     stolen; that's why he was there.  And that's why he was so --

7     excuse my language -- hell-bent on getting to the threshold of

8     that Capitol.

9          So at this point he has to accept responsibility, and a

10     40-month sentence will cover the fact that it's already -- you

11     know, we've built into that -- it's on the lower end of the

12     midrange guideline that he's accepted responsibility.  However,

13     it's appropriate for general deterrence and specific

14     deterrence.

15          As for Mr. Owens, Jason Owens, I think we're all still

16     waiting for him to fully accept responsibility today, and I

17     hope he takes that chance to acknowledge the fact that what he

18     did was wrong; and a 27-month sentence also will provide

19     general and specific deterrence.

20          Also, the sentences will help mitigate any type of

21     sentencing disparity and will be appropriate for their actions

22     that day.

23          THE COURT:  Do you think that Jason Owens has any

24     extra responsibility given the fact that he was the mature

25     adult with his son?  I've generally taken into consideration

1    the numbers of people who have taken children, their own

2    children, into this riot.  The government hasn't mentioned

3    that.

4              MS. LEDERER:  I think it takes a little agency

5    away from Grady Owens.  I understand that there is a father/son

6    dynamic; that never goes away until the day that any of

7    our parents, unfortunately, pass away.  That such is life;

8    you're always looking at your parent as an elder and as a role

9    model.

10             However, that does take away some agency from a

11   20-something-year-old man who went to the Capitol who was

12   extremely vocal himself.  We -- it's not to say Jason wasn't

13   making any statements himself.  They're not captured.  But it

14   is Grady Owens over and over and over again recording himself

15   yelling out.  "It's not going to stop us."  "You traitors."

16   It's almost in all the videos from body-worn cam, open source

17   on at least the West Front.

18             It seems like Grady Owens is the initial aggressor in

19   that entire crowd yelling out, and his father is almost

20   following suit.  Those roles do kind of reverse on the

21   East Front.  However, it's Jason Owens in a gaiter, covering

22   his nose and mouth, and sunglasses.  So maybe that's why he is

23   standing forward the entire time while Grady is a little bit

24   behind, because Grady's face is exposed to the elements of all

25   that OC spray.

1    So there is a dynamic there that, yeah, I mean, he

2    should have known better.  He could have gone on a fishing trip

3    with his son over winter break.  They could have gone to a

4    beach.  They could have gone anywhere, but they went to the

5    Capitol together.  And Grady Owens is an adult, just as

6    Jason Owens is, and both took actions together and separate

7    that day.

8              THE COURT:  Thank you.

9              MS. LEDERER:  Thank you, Your Honor.

10             THE COURT:  I have no further questions.

11        Okay.  My court reporter has been working diligently

12   since 9:00 a.m.  We're going to take a 5-minute break before we

13   turn to defense.

14             MR. DARNELL, SR.:  I just wanted to ask the Court's

15   permission.  We would like to go first -- I'm not saying don't

16   take a break -- Jason go first and -- so that there's not so

17   much repetition, to allow Jason to allocute before I speak.

18   And I can just sort of fill in the gaps, rather than have the

19   Court hear twice.

20             THE COURT:  It's your opportunity to speak.  That's

21   fine with me.

22             MR. DARNELL, SR.:  Okay.  Thank you, Your Honor.

23             (Recess taken.)

24             THE COURT:  All right.  Mr. Darnell, you said that

25   you wanted Mr. Jason Owens to speak first.  It's up to you.

1          MR. DARNELL, SR.:  Yes, Your Honor.  Actually, as the

2     Court granted our motion to allow Shannon Owens to speak, we

3     would like her to speak first, if that's okay with the Court.

4          THE COURT:  That's fine.  I have read your letter.

5          MS. SHANNON OWENS:  Your Honor -- sorry.  I'm quite

6     nervous.  This is my first time in a courtroom.

7          Your Honor, my name is Shannon Owens, and Jason Owens is

8     my husband.  Grady is my son.  I've been married to my husband

9     for 25 years.  We just celebrated 25 years on the 20th of June.

10          I met Jason when I was 20 years old, a few weeks after

11     my 20th birthday, and you could say that it was kind of like

12     love at first sight or first talk.  The day we met, we talked

13     about his faith, his -- his dreams, and his future of pursuing

14     the pharmaceutical industry when he graduated college.  On that

15     day, I did find out that he was a Type 1 diabetic, or juvenile

16     diabetic.

17          I went home after meeting him, and I told my mom that

18     was the man that I was going to marry.  I also told her that

19     he had Type 1 diabetes.  My mom graduated top in her class

20     in nursing school.  I didn't know much about diabetes at the

21     time, especially juvenile diabetes.  She was quite concerned

22     with my decision to pursue and date Jason.  This was 25 years

23     ago -- 26 years ago when we started dating.  She was quite

24     nervous.

25          She made a list for me to recognize what high blood

1    sugars looked like -- hyperglycemia that would be called -- and

2    what low blood sugars would look like -- hypoglycemia -- and

3    the risk I would be taking and the long-term prognosis of

4    getting in a relationship with a diabetic, what that would

5    entail and what it could possibly look like in our midlife.

6         We've kind of reached that point.  Jason's been diabetic

7    for 37 years.  He was diagnosed when he just a teenager.

8    In our early years of dating, I could -- I could tell visibly

9    when he was having high blood sugars or low blood sugars.  I

10   could kind of detect when things were off.  I think his body

11   was a little bit more sensitive to the -- just the fluctuations

12   of what was going on in his body.  And as time has gone by, it

13   has become a little bit more difficult.  He's lost some of the

14   sensitivity when he's high and low.

15        We've been through some highs and lows, quite literally.

16   We do deal with high blood sugars and low blood sugars,

17   sometimes on a daily basis.  Extremes -- highs and extreme

18   lows are more rare.  When he gets high blood sugars, typically

19   over 180, he can become quite agitated, easily provoked.  It's

20   not in his normal nature to react this way.  It happens,

21   though.  And sometimes it can be severe, and sometimes it's

22   traumatic.

23        When he has low blood sugars, he can become overwhelmed

24   and confused.  Sometimes he can stumble.  Sometimes he has no

25   memory or no recollection.  Of course, these are urgent lows.

1   These would be extreme, not within the normal range of -- of

2   healthy blood sugars.

3        I would imagine -- we provided data, I know, for that

4   day.  We found out that his blood sugars were off the charts

5   the day of January 6th.  It was a highly stressful situation.

6   It was a horrible day for everybody, and we acknowledge that.

7   I imagine he probably felt overwhelmed and confused.

8        Last year, when he was having a low blood sugar, just

9   this past summer, just to kind of give you an example, I was

10  inside cleaning our home, and he was outside cleaning the pool.

11  And he had been gone quite a while.  And I looked up to find

12  him standing at the back door staring out into space to nothing

13  in particular.  And he was drenched, soaking wet.

14       And I promptly went and asked, and I said, "Honey, what

15  happened?"  And he said, "I don't know."  He was confused.  He

16  had his phone and his wallet in his pocket.  He had fallen into

17  the pool.  And so I took out his blood glucose monitor to do a

18  finger stick, and he was 54.  He was having a low blood sugar.

19  He didn't remember falling in the pool.  That could have had

20  devastating consequences.  He could have drowned.  So we

21  treated and then ended up going to get his phone replaced that

22  day.

23       He does stay on top of his health.  He tries to stay on

24  top of his health.  He's quite healthy for being a diabetic for

25  37 years.  He goes to doctor's visits regularly, every three

1    months.  He takes his medications as prescribed.  He's adopted

2    a special diet, within reason, to control his -- to try to help

3    mitigate and control his blood sugars, his heart health, to

4    give him longevity.

5        He is well educated on his condition.  He worked in the

6    pharmaceutical industry for 25 years, and some of that time he

7    worked in -- for Medtronic, which produces an insulin pump, and

8    for Dexcom, which is a continuous blood glucose monitoring

9    system.  He does wear both devices.

10       THE COURT:  And your mother is a nurse, you said?

11       MS. SHANNON OWENS:  She was a -- she was a nurse.

12   She went to school for nurse [sic].  She graduated number one

13   in her class, and she decided to not continue to pursue nursing

14   as a career.  She chose to stay home with her four kids.

15       THE COURT:  Uh-huh.  Well, it's notable.  Because a

16   lot has been made about your husband's diabetes.  And I think

17   all the scientific literature is that people with diabetes,

18   particularly Type 1 diabetes, are particularly vulnerable to

19   the COVID vaccine [sic].  January 6th, 2021, was the middle of

20   the COVID pandemic, when I think a lot of diabetic people were

21   staying in the house to stay away from people because they were

22   so vulnerable.  And trying very hard also to get vaccinated

23   because that was -- they were the first of the group to be

24   eligible for vaccinations when they finally became available to

25   save so many lives.

1          And what I see, despite the prominence that your

2    husband's medical condition is playing at sentencing, that he

3    was in a crowd of people.

4          MS. SHANNON OWENS:  Uh-huh.

5          THE COURT:  That's not taking much care about his

6    diabetes.  He wasn't wearing a KN95 mask.  He was, basically,

7    wearing a piece of cloth around his -- which does nothing in a

8    crowd of people.  And he was emphatic about never being

9    vaccinated.

10         So how seriously in that context, when I look at all

11   these other, you know, pointers about how serious does he

12   actually take his diabetes, what am I supposed to make of all

13   those other factors?  And does your mother, a nurse -- did

14   she -- does she realize that he's not even vaccinated?

15         MS. SHANNON OWENS:  I can't speak on -- on the

16   vaccination.  I think he has religious -- we -- we have

17   religious reasons why we chose not to get the vaccine, just

18   personally.

19         As to speak on the judgment, it was an extremely poor

20   judgment to even go there because of his diabetes, and I think

21   he will attest to that.  We've learned a lot from this day.

22   He's learned a lot about his diabetes, even more since that

23   day.  And it was a poor decision.  And we have to live with

24   that decision, unfortunately.  He does.  I do.  Our son does.

25   And he's acknowledged that.  He's acknowledged that to me.  And

1    he'll have his chance to speak to you.

2         I can only speak on -- over the years how he's taken

3    care of himself.  This day was exceptional.  It was horrific,

4    and absolutely a place where a diabetic should not have been,

5    and I completely agree with that.

6         Even with the best care, his disease is unpredictable.

7    And sometimes highs and lows can come without warning, and

8    sometimes they can plummet really quick.  His body does not get

9    a break.  It is 24/7.  It's not something he can just control

10   with just diet.

11        So he's lived with the guilt for over two years.  He's

12   lived with the guilt of putting himself, our son, our family in

13   an irreversible situation.

14        I don't believe he and Grady went to D.C. to commit harm

15   to anyone.  I do believe they got caught in a situation that

16   wasn't a part of their plan that day.  I do believe the perfect

17   storm happened.

18        THE COURT:  Do you think they got caught in a

19   situation, or did they help create the situation?

20        MS. SHANNON OWENS:  I think they probably found

21   themselves in a situation that they didn't plan on being in.  I

22   believe the perfect storm happened within my husband and his

23   blood sugars.  His Dexcom system typically will give alerts.

24   And sometimes if there's not signal -- there was loss of

25   signaling that day with the crowds of people that were there.

1    So he was not getting alerts or not able to hear alerts over

2    the crowd.

3          And like I said, they -- they both live with the regret.

4    They both have said they should not have been there that day.

5    But we can't go back, and we can't take it back.  I wish that

6    we could.  We can only move forward and try to make better

7    decisions in the future.

8          There was a portion of the day where Grady pulled -- was

9    pulling Jason back, I guess, at the latter part of the day.  He

10   didn't realize that Jason was experiencing an extreme, urgent

11   low blood sugar.  He did not have sound judgment.  His medical

12   data does prove it at the time.

13         I do believe that I failed my son as his mother.  He

14   was 20 years old; the same age that I was when I started

15   dating his father.  And my mom sat me down, and she gave me the

16   warning signs.  I've always been Jason's caretaker, besides

17   himself, because there are times where he needs a caretaker.  I

18   did not sit down and tell my son about the warning signs.  He's

19   never had to take care of his father.  He's never had to treat

20   low blood sugars.  I've always done that for him, for my

21   husband.

22         Grady did not realize that he was having a prolonged

23   episode until it was far too late.  And I felt like this

24   information could have been incredibly useful to him on that

25   day.  I believe that we have all failed.

1        THE COURT:  Do you think the only failure in your

2   family has been that you weren't monitoring Jason's blood

3   sugar, or do you --

4        MS. SHANNON OWENS:  No.

5        THE COURT:  -- feel like there --

6        MS. SHANNON OWENS:  No.

7        THE COURT:  -- was a bigger failure --

8        MS. SHANNON OWENS:  I believe --

9        THE COURT:  -- not to believe that the 2020

10   presidential election was stolen?

11        MS. SHANNON OWENS:  I do not believe that it was

12   stolen.

13        THE COURT:  Politicians were telling people -- and

14   they're still telling people -- and there's no basis for it.

15        MS. SHANNON OWENS:  I agree with you.

16        THE COURT:  I mean, the excuse of diabetes is -- I'm

17   sorry, Ms. Owens -- Mrs. Owens.  But this is -- it sounds like

18   this is an excuse that you're blaming yourself for not

19   educating your son about -- about your husband's diabetes, but

20   there's a much bigger picture here.

21        MS. SHANNON OWENS:  No.  I agree.  The unfortunate

22   thing is that there is the medical data that proves he was

23   extremely high on the front side, and he acknowledges he's

24   not -- diabetes is not an excuse, but it is a fact.  It is a

25   medical fact.  And I can't dismiss when this happened and the

1    range of when this happened, what his body was actually

2    experiencing.  So I do believe that it is important information

3    because it's dangerous.  It's -- it's very dangerous, and it is

4    a serious -- it is a serious issue.

5         I believe the whole day was a serious issue.  I believe

6    it was horrific.  It never should have happened.  I -- I -- it

7    was just -- it was unbelievable.  And we live with that -- we

8    live with that every day of that unbelievably tragic decision

9    to even attend, to even -- for them to even come to D.C. that

10   day.

11        Like I said, I -- I -- I wish that we could go back.  I

12   wish that we could do things differently.  I wish that I could

13   have educated my son.  I wish that I would have begged for my

14   husband to not [sic] stay because, like I said, I feel like

15   we've all had a part in that.  I failed my husband.  I failed

16   my son.  We have failed in so many ways.  I should have begged

17   him not to go, mainly because of his condition.

18        THE COURT:  Were you in Washington, D.C., with the

19   family at the Ellipse?

20        MS. SHANNON OWENS:  No, ma'am.  No.  I stayed home

21   with my children.

22        THE COURT:  But there were other family members

23   there; is that right?

24        MS. SHANNON OWENS:  They were never able to meet up

25   with them.  The crowd was too big.  He did have -- his parents

1    did go that day.  They were, I guess, at the rally, but they --

2    they never made contact with him while they were there.

3              That's all I have, Your Honor.

4              THE COURT:  Thank you.

5              MS. SHANNON OWENS:  Thank you.

6              MR. DARNELL, SR.:  With the Court's permission, Jason

7    will now allocute.

8              THE COURT:  Sure.  Mr. Owens.

9              MR. JASON OWENS:  Good morning, Your Honor.

10             THE COURT:  Good morning.

11             MR. JASON OWENS:  It's been a long two -- more than

12   two years now, and I've looked forward to this day just to

13   speak freely to you.

14             THE COURT:  If you can move the microphone over.  It

15   moves.  I think -- yes.  You don't have to bend over.  I know

16   you're tall.

17             MR. JASON OWENS:  First, what I'd like to do is -- is

18   apologize to Officer Duckett.  I don't think he's in the

19   courtroom.  But I just want him to know that I never, ever

20   should have pushed him that day.  That's completely

21   unacceptable, and there's no excuse for that.

22             THE COURT:  You might be interested in pulling up his

23   testimony.  He's testified in front of me.  I think just last

24   week.  I think it was just last week at a trial.  Maybe it was

25   the week before.  I've had so many trials involving offense

1    conduct on January 6th.

2          Officer Duckett is a big guy, and he could barely keep

3    his composure on the witness stand.  He's still so traumatized

4    by what happened on January 6th.  He feared for his life that

5    day for hours.

6          MR. JASON OWENS:  Yeah.  And I should apologize to

7    him.  I wish that he was here because I would love to look him

8    in the eyes and tell him that I'm very sorry for being a part

9    of that day.  I never should have been there.  I don't -- I

10   never went there with the intent of -- of stopping the

11   certification of the election or anything like that.

12         I -- I should apologize to Officer Duckett's family.

13   You know, I'm sure that they went through a large, long

14   prolonged period of trauma just, you know, worrying about him

15   in that day and the subsequent months and months after; his,

16   you know, psychological health and physical health.  And I need

17   to apologize to them too because I was a part of that, and that

18   should have never happened.  There's no excuse for it.  I can

19   only hope that one day they can find it in their hearts to

20   forgive me, and if they don't, I understand.

21         But wherever you are, Officer Duckett, I apologize for

22   what happened that day.  I should have never done what I did.

23   I should have never shoved you.  And I'll spend the rest of my

24   life, you know, trying to make a better life and to make up for

25   that day and the things that I did that day.  I guarantee you

1    that.

2          I need to apologize to my wife, my wonderful wife.

3    Shannon, I'm so sorry for what I've put our family through.

4    That was a great -- my greatest failure as a husband was that

5    day, and I'm very sorry.  I can't believe what happened that

6    day and my actions.

7          Grady, I'm very sorry that I took you there.  I love

8    you.  And that was a failure on my part, and none of this would

9    be happening for you if I had made a way better decision.

10          And I clearly owe the rest of my life to the two of

11    you guys to build a solid foundation and life for you so that

12    you can pick up the pieces of what I've destroyed and move

13    forward.

14          Your Honor, I want you to know that I cast no blame

15    anywhere but right here.  The hell that I've put my family

16    through is my fault.  Nobody else's.  I'm not here today or

17    ever, and never have been since the day this happened, to blame

18    this on anybody else other than me.

19          My children, who are school-age, who, you know, have to

20    answer questions from their schoolmates about why their father

21    and their son [sic] assaulted officers, that's on me.  That's

22    only on me.  I did that, I caused that, and I have to live with

23    it and try to make a better life moving forward.

24          Losing my job, I'm the reason I lost my job.  Nobody

25    else.  It's on me.  And -- and I accept full responsibility for

1    all those things.  And I just want you to know that I cast

2    blame on no one else other than me.  It's been a very long

3    two years of just wanting to take responsibility in front of

4    you.

5          I want you to know that we love D.C.  When I was --

6    between my seventh-and-eighth-grade year in 1985, my parents

7    brought me here to show me how the country works and the

8    foundations of our, you know, founding fathers and our three

9    branches of government, all those things.

10          We sat in on a Senate session in July-ish of 1985, me

11   and my parents.  And that particular day, Robert --

12   Senator Robert Byrd was delivering a filibuster.  So he was

13   sitting on the desk with his boots hiked up reading names out

14   of the phonebook.  And there was one other person in the -- in

15   the Senate Chamber just to make sure he was still talking.

16          So I remember being disappointed as a kid.  My parents

17   saying, hey, this is very unique.  Not very many people -- this

18   doesn't happen very often.  You know, this is a unique thing

19   that you got to see and witness.  So from that day on, you

20   know -- I -- I loved the museums, the Smithsonian.

21          And we -- as a couple, Shannon and I decided our kids,

22   we would bring them to D.C. if they were interested in coming

23   to learn about the government.  When Grady was 10 years old, we

24   brought him to Washington, D.C.  Shannon and I did, just the

25   three of us.  And we went to the Smithsonian and to the Air and

1    Space Museum, which he really loved.  We went to Mount Vernon,

2    and we showed him how our country works and processes.

3         And, you know, we love this city.  We love the history

4    of it.  We love the museums.  We love the food.  We love the

5    fact that there's people from every country in this nation --

6    or in this world in D.C. that represent their own country.  So

7    you never know who you're going to sit down next to.

8         And -- and our trip to -- to D.C. was meant to be kind

9    of a rekindling of the father/son trip that we took with

10   Shannon when Grady was 10.  We were equally as excited to go

11   to the museums and -- and do all those things as we were

12   about going to the Trump rally.  And I could guarantee you

13   that Grady Owens was the least political kid that -- that I

14   knew of.

15        Like, he -- he had no endearance to the President at the

16   time.  Like, he -- he was going to be with his dad and to go --

17   you know, I think he was really more fired up about going to

18   the museums, and the Air and Space Museum in particular.

19        But I just wanted to make sure you knew that.  Because

20   the only -- the other reason that I wanted to be in D.C. that

21   day is because I wanted to pray at all three branches of the

22   government:  at the White House, which we prayed at the Ellipse

23   for the President.  We prayed for the future President.  And we

24   prayed at the Capitol.  That's one of the reasons why we went

25   to where we went to was to pray at the Capitol, for the

1    government, and just protection over -- over all of our

2    leaders.  And then we eventually, after everything was over,

3    went to the Supreme Court and prayed for the Supreme Court too.

4         But, you know, the situation with the restaurants and

5    the peanut nut and jelly was really -- we had heard from people

6    at the hotel that we were staying at that none of the

7    restaurants were open.  So we just made the decision to go down

8    to a Walgreens and buy what was there.  And by that time, most

9    of the stuff was sold out.  And the only thing left there was

10   peanut butter and jelly, and that's what we bought.

11        And that's just another poor decision on my part as a

12   diabetic to eat peanut butter and jelly the whole time we were

13   there, which was that evening before, the night before, and

14   then the next morning.

15        Peanut butter and jelly is a very challenging diabetic

16   meal, and that's why I put it in here because it's really a

17   high sugar meal with a lot of fat.  And the body processes

18   fat [sic] first and then sugar [sic].  It just makes life very

19   complicated to equate for insulin.

20        I'd like to share some of the physiology that I was

21   dealing with that day.  I'll be brief with these charts and

22   then move on.  And this is not offered as an excuse, but it

23   does explain some of my overreactions in the situations that I

24   was in and some of my out-of-character behavior that you see in

25   the videos.

1      So one of the -- one of the things I want you to know is

2   generally Type 1s are diagnosed when they're kids, and at some

3   point in their life they have to take over their own care,

4   managing their diabetes.

5           THE COURT:  I'm going to give you a lapel mic.

6           DEFENDANT JASON OWENS:  Okay.

7           THE COURT:  Ms. Gumiel, could you give him a lapel

8   mic.

9           MR. JASON OWENS:  So just a brief, kind of,

10   difference between Type 1 and Type 2 diabetes.  A Type 1, at

11   some point, usually around puberty, their own immune system

12   attacks their cells in the pancreas that created insulin.  So

13   they -- you know, from one day to the next, they could produce

14   no insulin at all.

15      Where a Type 2 generally produces insulin their whole

16   life, but then later in life they begin to have a problem with

17   the insulin their body makes, and their body can't see it as

18   insulin anymore.  It's called insulin resistance.

19      So they're very different diseases.  And 5 percent of

20   all diabetics are Type 1.  So it's kind of a completely

21   different animal than Type 2 diabetes.  Both are serious.

22   Type 2 is just a slower-moving process.  Where Type 1 is very

23   acute.  And it happens -- you know, the side effects -- the

24   long-term side effects happens way sooner than Type 2.

25           But insulin, in itself, is -- is a signaling mechanism

1     to the -- to the veins in the body.  So when you eat food,

2     your body turns it into glucose and puts it into your blood

3     veins.  And then without insulin being presented, that glucose

4     cannot get from your blood into your tissue to be used as

5     energy.  So insulin is a signaling mechanism.  It's a hormone

6     that the body pushes out to say open the valves in your veins

7     and let glucose out into your tissue.

8          So a Type I, without enough insulin, that blood -- that

9     sugar just stays in the blood and begins to grow and grow and

10    grow and expand and causes a thick -- a thickness to occur to

11    the whole blood system; where the veins began to expand because

12    they have to because the blood -- the sugar level is so high

13    that the blood is super thick.  And so I just think it's

14    important -- you know, I have to give -- all the insulin that a

15    nondiabetic's body does, I have to compensate for that with an

16    insulin pump, which is what I wear.  And it's just a very

17    complicated thing to try to keep up with.

18         And before I move on, I want to say, you're exactly

19    right.  I'm fixing to show you reasons why I should have never

20    been there that day.  I should have never been out of my house

21    that day.  And I agree with that.  And that's on me.  I screwed

22    that up so bad.  So bad.

23         But when you're diagnosed and then you take over your

24    own care as an adult for the first time, you have a choice to

25    make.  You can -- you can run your blood sugars really high up,

1    in this range, and -- and -- and have no threat of low blood

2    sugars down here, where you have really acute issues and

3    psychiatric issues or physiologic stuff.

4         Or you can run your blood sugar in this range, which is

5    as close to normal as possible, which is really what doctors

6    want you to do so that you don't have amputations and, you

7    know, long-term effects that kick in ten years after having

8    Type 1 diabetes.

9         The complication with choosing this path, which is more

10   difficult -- this path is kind of easy.  It's easy to ignore

11   that you ate food and not take insulin, just running blood

12   sugars high all the time.  But it's these folks that have

13   missing toes and feet very early on.  Where these folks down

14   here, we deal with low blood sugars more often because, as you

15   can see, normal is very close to low.  They're next to each

16   other.  So you're always going to have more lows when you

17   choose to take care of yourself.

18        So that's what I've chosen to do since the day that I

19   met Shannon and started having kids was to make sure that I was

20   running my blood sugars as close to normal as possible.

21        So one of the really bad parts of diabetes is glucose

22   variability.  So as I talked about earlier, when you have

23   escalating blood sugars -- elevating blood sugars, this is when

24   your veins are expanding rapidly.  And then on the opposite

25   side, when you have a huge drop in your blood sugar, they

1    deflate rapidly and eventually kind of overdeflate to a point

2    that they shouldn't be.  And all of this causes massive

3    physiologic changes in your body and in your brain.

4           You know, your brain executes everything that it does on

5    one thing, and that's glucose, sugar.  And when you have too

6    much glucose, your brain doesn't work properly.  And when you

7    have too little, it absolutely doesn't work properly.  The

8    symptoms are just a little bit different, but they're very

9    similar.

10          So one of the things that snuck up on me with the Type 1

11   diabetes was glucose unawareness.  So, clearly, if I had known

12   and taken seriously the term glucose unawareness, I should not

13   have gone there that day.  So as you grow older in your Type 1

14   diabetes, you begin to not feel the effects of your blood sugar

15   being high and low.

16          So you reach these situations where you're down here.

17   And you don't recognize it when you're up here to be able to do

18   something about it in time.  And then you just find yourself in

19   this state where you're dazed and confused and, you know,

20   disoriented and a little bit agitated at the same time.  So

21   those things happen because over time your nervous system is

22   deteriorated just from having blood sugars out of what is a

23   normal range for so long.

24          And I will tell you that January 6th made me very

25   acutely aware of how glucose unaware that I was.  I was not

1   aware of that previous -- to that day and that couple of days

2   that I was there.  And when I came home -- eventually, we got

3   the Dexcom information months later.  I was, like, oh, my God.

4   Like, I began doing finger sticks, where you poke your finger

5   and take your blood sugar.  And I was shocked at how I did not

6   know what my blood sugar was, but I was definitely struggling

7   with glucose unawareness, which absolutely contributed to my

8   state that day.

9        The last thing I want to share with you is just a little

10   bit of information about the Dexcom sensor and how it works

11   because we presented the Dexcom data to you.  So it's a sensor

12   that I insert subcutis.  It's a needle that goes in and has a

13   wire inside the needle.  The needle comes out.  The wire stays

14   in.  You stick a transmitter on there.  And that sends a signal

15   to your phone -- on an app on your phone.  And that app is --

16   that technology is giving you interstitial glucose.  Not blood

17   glucose but interstitial glucose.  It's the little clear fluid

18   right under your skin.

19        So the system tries to make a correlation between what

20   your blood glucose is flowing through your veins to what your

21   interstitial glucose is.  And they're two different things.

22   So, really, what I need you to know is that they -- they -- the

23   Dexcom system chases your actual blood sugar.  So if your

24   Dexcom tells you that you're 150, you're most likely 200.  And

25   in the same respect, if your Dexcom tells you you're 180,

1    you're most likely -- I don't know -- 90.  Because this is

2    blood glucose.  This is your Dexcom interstitial glucose.

3         It's chasing that all the time because it just takes a

4    while for the blood in your veins to become what -- what is in

5    your tissue.  So the Dexcom system chases all the time, and --

6    and the technology is wonderful, but it's -- only can do so

7    much.  And I just wanted you to be aware of that phenomenon

8    because it's really challenging to manage the disease.  And I

9    don't want that to go unsaid.

10        I'm not here to minimize my actions that day.  I just

11   want to speak to what was happening in my body when you see all

12   those things going on.  That thing is very important.

13        I want to detail real quick how we ended up on the

14   West Lawn.  So my parents, who were 79 at the time -- and I

15   was -- they were staying at a different hotel.  And I was

16   hoping to connect with them and be with them at the "Stop the

17   Steal" rally at the Ellipse.  And the cell phone communication

18   was zero, and we were never able to contact them, which is just

19   another thing I thought about for two years, you know.  Well,

20   if I had been with my parents.

21        But we left our hotel at 9 o'clock, thinking, okay, you

22   know, the speech is not until noon.  We'll get there plenty

23   early.  We got there, and there was so many people there that

24   we were probably 200 yards back from even a big screen.  So we

25   were nowhere near the stage, and we were kind of in the shadow

1    of the Washington Monument.

2         So as we listened to this speech, I said to Grady -- I

3    said, "We're nowhere near the stage.  Why don't we leave just a

4    few minutes early and get down to the other space where he said

5    he's going to be and see if we can be where we can see the

6    stage and what's happening."  And so, Your Honor, we rode my

7    scooter and his skateboard down the mall.

8         And I -- we did not go over any single barrier.  We

9    never walked around a barrier, nothing like that.  We just

10   scootered up until the most natural point.  I was watching the

11   whole time for where is the stage where he might talk from,

12   because I figured the President of the United States is not

13   going to be allowed to stand amongst all these people.  And so

14   when we got to the West Lawn, I figured, okay, maybe he's going

15   to take the inauguration platform and speak from there.  And

16   that's where we stopped.  So that's why we were there.

17        And, you know, at the end of the day, everything that's

18   happened is on me.  That was my worst failure as a father, and

19   it was a huge failure.  And that day was horrible.  I was a

20   part of it, and I cannot hide from that.  It's a harsh reality

21   for me.  I feel like I need to apologize --

22             THE COURT:  Do you know why the President -- the

23   former President wanted you to go to the Capitol?

24             MR. JASON OWENS:  Well, he said we were going to go

25   down there and peacefully protest.  And I was going down there

1    to pray because I wanted to pray at the Capitol and to

2    peacefully protest.

3              THE COURT:  And you were going to pray at the Capitol

4    for what?  For the certification to stop?

5              MR. JASON OWENS:  No.  For -- for the leaders.  I'm

6    a Christian, and I'm called to pray for leaders of our country

7    no matter what.  And I do that to this day.  I pray for Joe

8    Biden.  I pray for the -- everybody in Congress.  I pray for

9    you.  I pray for Officer Duckett.  Because that's what I'm

10   called to do.

11       So, anyway, I -- I failed that day for my kid and my

12   family.  And this is my fault.  Squarely my fault.  And I just

13   wanted to be able to speak that in front of you.  And, you

14   know, all of these reasons contribute to why I shouldn't have

15   been there that day.  And I didn't take them seriously enough.

16   But I will never let that happen again, and I'll never attend

17   another political rally.  I can promise you that.

18             THE COURT:  There's nothing wrong with attending

19   political rallies.  Do you realize that?

20             MR. JASON OWENS:  I do.  Yes, ma'am.

21       But I also -- I also recognize that that cannot be

22   number one in my life; right?  My family, my God have to be

23   number one in my life, not that.  You know, it's -- it's very

24   secondary to my walk and my family, and that -- clearly, I put

25   that stuff ahead of those other things that day and I -- couple

1       of days.

2              So I failed as a dad, and I've just got to spend the

3       rest of my life undoing that.  And I have little kids to help,

4       you know, do that with:  a 6-year-old daughter, and a

5       15-year-old son.  And so I -- I'm looking forward to repairing

6       all of my life and moving forward.  And I submit myself to you

7       and the Court.

8              Thank you.

9              THE COURT:  Thank you, Mr. Owens.

10             MR. DARNELL, SR.:  Thank you, Your Honor.

11             Clearly, Jason Owens is a family man.  That is what he

12      is first and foremost.  But like all of us, he makes mistakes.

13      And when he made a mistake, he made a doozy.  Regardless of

14      whether or not he had diabetes, he had no business taking his

15      son to the rally.  And as he's expressed, he will regret that

16      for the rest of his life.

17             But he is a good man, and the letters the Court has read

18      about him speak about a kind, gentle man, not the 30 seconds or

19      maybe even less than 30 seconds that you see on that video.

20      He's --

21             THE COURT:  Oh, excuse me, Mr. Darnell.  I saw hours

22      across hours of video starting at about 2:00 ranging until

23      after 4:00.  So where -- where Mr. Owens, with his son by his

24      side, were at multiple places in the Capitol, tried to break

25      into a door in the Capitol at one spot, harass police in

1    another, assaulted police in both.  Like, what do you mean, a

2    short video?

3           MR. DARNELL, SR.:  Well, not a short video.  The

4    videos go forever.  I'm sure the Court has seen hours and hours

5    and hours of videos.  But the altercation at the front of the

6    Capitol lasted probably less than a minute.  They were standing

7    there a long time but they --

8           THE COURT:  On restricted grounds, which is part of

9    the reason the MPD riot police had to be called to help keep

10   people away from the Capitol Building.

11          So this was not -- this was a -- this was offense

12   conduct, which parts of it are charged.  But as I look at the

13   overall context, he was on the Capitol Grounds, on restricted

14   grounds, distracting police, forcing the evacuation of

15   everybody legitimately inside the Capitol for hours.

16          MR. DARNELL, SR.:  He was on the grounds for hours.

17   I would agree with the Court there.  But there is one -- to

18   address what the prosecutor said -- my conversations with now

19   Magistrate Rozzoni were about the -- not charging on the back

20   side and no consequence for his actions at the Columbus gate

21   were simply because of his low blood sugar.  He had no

22   recollection of it.  And I think we went over that some at the

23   plea.  And she had acknowledged that that may be the case.  And

24   so we -- we went from there.

25          Because he does remember the front side.  He does not

1    remember the back side of the Capitol.

2         THE COURT:  May I just say that many defendants who

3    appear in front of me for sentencing are good people.  Many of

4    them are Christians.  Many of them pray quite regularly.

5    It's -- they're being sentenced for their offense conduct, not

6    whether or not they're a good person or a bad person.

7         MR. DARNELL, SR.:  No, I agree with the Court on

8    that.  But the characteristics of the defendant can play into

9    whether the Court sees fit to vary from the guideline sentence.

10   And so that's why we've tried to give the Court an idea of who

11   he is that is standing before her to receive the sentence for

12   the offense for which he pled guilty.

13        And, Your Honor, I -- I don't know that I've ever done

14   this before, but there were a number of anecdotes in the

15   letters where people talked about times that Jason Owens did

16   something for them or their family.  As the Court knows, I got

17   really sick, and the Court was kind enough to continue this

18   sentencing for me.

19        And at some point Jason had been trying to get in touch

20   with me.  And as I got better, I called him.  And I was afraid

21   he was going to think, well, my lawyer deserted me on this

22   case.  But I was wrong.  He wanted to know how I was.  He -- I

23   tried to talk to him about the case.  And he told me we'll deal

24   with that later.  So he really is a sincerely good person, a

25   person who is needed by his family.

1           We had spoken about some of the issues -- or we had

2      written about some of the issues his family faces.  His family

3      needs him a lot, probably more than most families need their

4      breadwinner.  And that's the reason that we're asking for home

5      confinement, to have him confined but to do it at home where he

6      can continue to support his family and can continue to seek

7      their forgiveness and do a better job as a father.

8           And in comparing cases, we had cited the Court to

9      the *Leffingwell* case where there was also a medical issue

10     involved; and to the *Blair* case, which we have always referred

11     to as the lacrosse-stick guy.  And Mr. Blair, ironically, was

12     sitting at home watching what was going on on January 6th on

13     either the computer or TV and decided he was missing something,

14     got in his truck, grabbed his lacrosse stick and a Confederate

15     flag and a gaiter with a skull on it, and came down and hit

16     police officers with that lacrosse stick.  And I think he

17     received a 6-month sentence.  I get them confused.  One was 5.

18     One was 6.

19          But those appear to be somewhat similar, yet probably

20     more violent than Jason was that day.  And so we would suggest

21     that something approaching the sentences that Mr. Leffingwell

22     and Blair received would be more appropriate with a period of

23     home confinement.  Again, we left that to the Court's

24     discretion.

25               THE COURT:  Do you think the diabetes -- Type 1

1    diabetes is similar to -- in *Leffingwell*?  This is a man

2    who's -- during his service with the Marines suffered a

3    significant brain injury.  And that's why one of my colleagues

4    sentenced Mr. Leffingwell, who had a guidelines advisory range

5    much lower than Mr. Owens at 18 to 14 [sic] months, gave him a

6    sentence of 6 months because of his service to this country as

7    a soldier where he sustained this significant brain injury,

8    which contributed to his conduct on January 6th.

9         And for *Blair*, this was a man with chronic psychological

10   and psychiatric conditions from bipolar disorder to various

11   other chronic medical, mental health issues.  His guideline

12   range was also lower than Mr. Owens of 18 to 24 months.  And he

13   was sentenced to 5 months because of those severe mental health

14   issues.

15        And so you think Type 1 diabetes should be compared to a

16   soldier who sustained a brain injury and somebody who had had

17   chronic mental health issues?

18        MR. DARNELL, SR.:  Well, I think that they're all

19   medical issues and they are all issues that can have the same

20   effect and may have all had the same effect on January 6th.

21   They -- they don't arise the same way.  But the effects may be

22   the same.  To say when Jason was high, he was more irritable;

23   and that's what you see on the front of the Capitol is a very

24   irritable man who strikes out.

25        And on the back side, his son finally comes to get him

1    because he's just, kind of, wandered around when he's low, more

2    akin to the issue when he --

3              THE COURT:  That's not what I see when he's at the

4    Rotunda doors.  I see him trying to keep the doors open when

5    the police are struggling mightily to keep the doors closed to

6    keep the mob out.  And they actually get the door closed, and

7    Mr. Owens opens the door again and then has a skirmish with the

8    Capitol Police officer.  I don't see him wandering around.  I

9    don't see him looking confused.  I see him pretty committed to

10   getting inside the Capitol.

11             MR. DARNELL, SR.:  Well, I would disagree with what

12   the Court is seeing, because what I see is totally different

13   than the man from the front of the Capitol where he was angry.

14   He did appear more committed.  On the back side, he's sort of

15   standing there, and his son finally comes and pulls him away.

16             THE COURT:  From the skirmish with the police

17   officer.

18             MR. DARNELL, SR.:  From the skirmish with the police

19   officer.  And he has no recollection of that.  He remembers

20   going over to the north side of the Capitol but has no

21   recollection of anything on the east side.

22        If the Court has any more questions, I would be happy to

23   answer them.

24             THE COURT:  I don't.  Thank you, Mr. Darnell.

25             MR. DARNELL, SR.:  Thank you.

1          THE COURT:  Mr. Woodward.

2          MR. WOODWARD:  Thank you, Your Honor.

3          Your Honor, I'd like to begin to say how grateful we are

4     that Officer Boyle was not seriously injured.  And if I might,

5     through the Court, ask of counsel to please send him our best

6     wishes.

7          That day 20-year-old Grady Owens listened to the

8     74-year-old President, who he looked up to, and he heard him

9     talk about a stolen election, and Grady believed that, to his

10    everlasting shame.  He believed that.

11         THE COURT:  A lot of people still do, apparently.

12         MR. WOODWARD:  No longer.  No longer from my client.

13         And he repeated that nonsense, absolutely absurdities,

14    as he went up the Capitol Hill.  And he knows that, and he --

15    listening to these videos of him, I don't recognize that person

16    who I've known for two and a half years now.  I've seen a lot

17    of growth from him.

18         But there are a couple of points I want to make about

19    how I would distinguish his conduct from others who have

20    appeared before the Court.  I don't see any evidence in the

21    record of Grady Owens making plans before January 6th getting

22    ready for combat, getting ready to take on the police.  He did

23    not show up in body armor.  He did not show up in gloves.  He

24    did not bring a weapon, per se; although the skateboard,

25    unfortunately, was used in that fashion.  But that was not

1    brought to the Capitol Hill with the intent to harm the

2    officers.  I think that distinguishes him from some of the

3    other defendants who have come before the Court.

4              THE COURT:  It does.

5              MR. WOODWARD:  Second, it's our position that he did

6    not target Officer Boyle.  He was in a crowded space.

7    Officer Boyle and his -- his colleagues came up to try to clear

8    the very crowded area.  And in a split second or two, he made a

9    very awful decision based on instinct, based on fear, based on

10   confusion.  But it wasn't a situation where he saw officers at

11   a distance saying I'm going to go after those guys.  I'm going

12   to take my skateboard; I'm going to hurt them.  It really

13   developed in a matter of seconds.

14       And I think the confusion is aptly captured in the

15   body-worn cameras; that it was the fire in the hole, if you

16   would, and these officers were trying to bring peace to the

17   situation.  I don't mean to imply anything else, but it was a

18   quick --

19             THE COURT:  Well, I remember this from the date of

20   Mr. Grady Owens's arrest when the government sought his

21   pretrial detention because of the hitting, the violent hitting,

22   of a police officer with the skateboard.  And I remember

23   looking at that footage then to scrutinize what was happening;

24   and you know from my pretrial detention decision I released him

25   because I accepted that it might have been a spur-of-the-moment

1   reaction on his part.

2        But there's a lot more full evidence now that his

3   conduct, all the rest of the day -- because in the two and a

4   half years, the government has also been busy collecting and

5   examining evidence.  So I have actually now a much fuller

6   picture from that one snapshot --

7            MR. WOODWARD:  Right.

8            THE COURT:  -- at the detention hearing in his case,

9   and it's not a pretty picture.

10           MR. WOODWARD:  No, I agree, Your Honor.  But there

11   was -- again, I want to emphasize the point.  There was no

12   targeting of the officer.  It was a quick event, and that is in

13   contrast to some of the other --

14           THE COURT:  Well, I wouldn't say he wasn't targeting

15   the officer.  But in terms of -- in terms -- I think he was

16   targeting the officer with the skateboard.  But I did credit

17   the fog of war in terms of assessing his future risk of

18   engaging in that same conduct that might have warranted his

19   pretrial detention and -- and decided to release him.  But

20   there was a lot of targeting of police officers, as the video

21   makes clear.

22           MR. WOODWARD:  Well, I would contrast him to

23   Mr. Rubenacker, who has appeared before the Court, who

24   infamously chased an officer through the Capitol Hill.  I

25   would think -- I would contend that that -- his actions --

1    my client's actions are not as severe as that, as chasing

2    an officer through the Capitol or trying to hunt him down.

3          And the other two defendants I cited in my memo,

4    Mattice --

5                THE COURT:  Well, it wasn't through the whole

6    Capitol.  Mr. Rubenacker just chased him up the stairs.

7                MR. WOODWARD:  I think he was leading the crowd, if

8    I'm not mistaken.

9          But, in any event, *Mattice* and *Mault*, who I've cited in

10   my memo, who had prepared for January 6th with a knife, baton,

11   and pepper spray -- and that they were part of the actual

12   breach of the line that came through, and that they assaulted

13   with chemical spray.  Very intentional acts.  And that they --

14   most of these defendants celebrated what was going on.

15         My client was capturing things on the video, but I don't

16   think there's any evidence that he put it out on social media

17   and tried to celebrate it.  I mean, it's the worst day of his

18   life, and he would tell you that himself in a minute.

19         Your Honor did release my client on May 8th, 2021, and

20   for 757 days he's woken up and done the right thing.  And he's

21   obeyed this Court's order, and we would submit that that is a

22   good indication that he is worth the risk of taking a chance on

23   him, that he's earned your trust, and this opportunity that you

24   gave him.  And we deeply appreciate that.

25               But that's no small feat.  I don't think I've ever had a

1    client on pretrial release for that long with a hundred percent

2    compliance.  And I ask the Court to take that into

3    consideration.

4           Thank you.

5           THE COURT:  Thank you.

6        Mr. Grady Owens, this is now your opportunity to speak

7    directly to me, if you wish.

8           DEFENDANT GRADY OWENS:  Good afternoon [sic],

9    Your Honor.

10       Like my counsel, Mr. Woodward, just said, January 6th

11   was by far the worst day of my life; a day in which I made the

12   worst mistakes I've ever made.  Words -- there may not be

13   words, the correct words, to accurately convey my apologies to

14   Officer C.B., to the officer, to this Court, to my family, and

15   to my fellow citizens.

16       Soon after the event, I quickly realized the weight of

17   what had occurred and my role in it and just how horrible I

18   was.  When I was finally able to see the videos from my

19   phone -- because I hadn't watched them after I took them -- I

20   didn't want to be reminded that I partook in this.  But when I

21   did see them, I was actually appalled with myself, my actions,

22   the -- the words that I spoke.  There's just -- just so much

23   regret that I hold.  Obviously, if I could go back in time, I

24   would have never even gone.

25       But I did do those things against the person I was

1   raised to be and the person I've always prided myself of being,

2   the character I've prided myself with upholding.  That did not

3   reflect that day.  It didn't -- wasn't apparent.  It was the

4   lowest point in my life, the day of the most regret.

5         But since then I've tried to shift my focus, tried to

6   understand why -- why I was so out of character that day and

7   tried to take steps towards, you know, assuring that I'm never

8   in that situation again, that I never act that way:  becoming

9   more self-aware, becoming more understanding of myself and --

10  and the world around me, the -- the crowds I put myself in, the

11  things that I engage in.

12        And I've tried to derive positive change in this time

13  of -- of -- for this moment in the past two years, two and a

14  half, after the event, not just when I was arrested.  My only

15  goals have been since then to be right in the eyes of the law,

16  in the eyes of my fellow Americans and citizens who I have

17  severely let down.

18        And, again, I want to convey my just greatest apologies

19  to -- to the officer.  And if that could be communicated to him

20  somehow, I would appreciate it.  And, you know, I thank him for

21  what he did that day and for what all of those officers did

22  that day.  And I'm going to have to live for the rest of my

23  life with the thought in knowing that -- that I contributed to

24  that horrible day; that horrible day.

25        Going forward, like I said a second ago, my plan is to

1    be right in the eyes of the law, to maintain a law-abiding

2    life, and to work the rest of my life, to repay what I've

3    caused.  And whatever needs to happen in order to achieve that,

4    I'm willing to do.

5         And, again, I want to convey to the officer,

6    Officer C.B., to this Court, and to my family, I just -- how

7    sorry I am and how appalled I am with my actions that day, how

8    it doesn't reflect who I am and I've always prided myself in

9    being -- I tried to be.  I've created a very difficult

10   situation not just for myself but for my family, and my

11   wonderful girlfriend.

12        THE COURT:  Teresa, could you give him a tissue,

13   please.

14        DEFENDANT GRADY OWENS:  Sorry.

15        THE COURT:  Just take a deep breath.

16        DEFENDANT GRADY OWENS:  I let everyone down, my

17   country.  I became a part of one of the lowest points in this

18   great country's history.  And I plan on working the rest of my

19   life to right that wrong and to do whatever is necessary to

20   become right in the eyes of this Court and the eyes of the law,

21   my family, my girlfriend, and all Americans.

22        And now that I've put all this before you and said all

23   of this, I'm prepared to accept the ramifications for my

24   actions on January 6th.

25        Thank you very much.

1        THE COURT:  Well, I appreciate that, you know.  And

2   I think if you've learned one thing, it's -- from this

3   horrible incident, it's that not only should you not follow a

4   crowd, you should not walk off a cliff just because somebody

5   tells you to do that, including if it's the President of the

6   United States.

7        DEFENDANT GRADY OWENS:  Yes, ma'am.

8        THE COURT:  But perhaps you shouldn't follow your

9   father, wherever he leads you, either without exercising some

10  judgment.

11       DEFENDANT GRADY OWENS:  Of course.  Of course.

12       THE COURT:  But, I mean, I know this is a very

13  difficult time for you and your family, and has been.  But I

14  look at your family, and I see that you have the support of

15  family members, your community.  You have your faith.  You --

16  you're educated.  You have a good life.

17       So you have -- you and your family have far more

18  ingredients to succeed in the future than many people who

19  appear in front of me.  And I hope you-all realize that, even

20  though I know this is a dark day for your family.

21       DEFENDANT GRADY OWENS:  Yes, ma'am.  Your Honor, I

22  knowledge that.

23       THE COURT:  All right.

24       DEFENDANT GRADY OWENS:  I'm blessed.

25       THE COURT:  I'm going to explain the sentence I'm

1    about to impose and then impose sentence.

2         So I'm -- rather than having four of you stand up here

3    while I explain the sentence I'm going to impose, I'm going to

4    start --

5         Well, you-all can step forward.  Come on.

6         So having considered all the sentencing memoranda, the

7    presentence investigation reports for both Mr. Jason Owens and

8    Mr. Grady Owens, hearing your wife, your mother, I have to

9    consider the factors set out in 18 U.S.C. § 3553(a) to ensure

10   that I impose a sentence that is sufficient but not greater

11   than necessary to comply with the purposes of sentencing.

12        And I like to start each sentencing by reminding all of

13   ourselves what we're here for and what the purpose of

14   sentencing is.  And it is not to reflect whether a person is

15   good or bad or Christian or believing in prayer or not.  It is

16   not about your faith.  It's not about your political beliefs.

17   It's about your offense conduct.

18        And so the need for the sentence imposed is to reflect

19   the seriousness of that offense conduct.  And what happened on

20   January 6th, 2021, was -- went to the core of our democracy.

21   It was -- I can't think of many things more serious than that.

22        The purposes of sentencing are also to promote respect

23   for the law.  And the disruption of a constitutionally mandated

24   process on the U.S. Capitol, that's the most disrespectful

25   thing that could have ever happened.  And what I heard on the

1  videotapes, seeing people arrested but still plowing on,

2  fighting with police to get into the Capitol Building that was

3  closed to the public, that is not respectful of the law at all.

4  And it wasn't just for a couple seconds.  It was for an entire

5  afternoon.

6       It's also supposed to provide just punishment for the

7  offense and deter criminal conduct.  And deterrence weighs

8  heavily in these cases.  Why is that?  Because we have prided

9  ourselves that we are not a so-called banana republic, whatever

10  that means.  We are not -- we're a country that believes in the

11  peaceful transition of power, starting with our very first

12  President, George Washington.

13       And that general deterrence is so important so that

14  people don't think every time the person they voted for

15  doesn't win they can go storm the Capitol.  That just -- we

16  can't have that.  General deterrence weighs very heavily on

17  all the judges in this courthouse in sentencing people for

18  offense conduct on January 6th, 2021.  And I hope you-all

19  realize that.  This is not about whether you're good or bad

20  people.  It really isn't.  It's general deterrence for the good

21  of our democracy.

22       We also have to protect the public from future crimes by

23  you, Mr. Jason Owens, and you, Mr. Grady Owens.  You don't have

24  a criminal history.  I don't think you pose much risk of

25  recidivating and committing new crimes.  But you were people

1    who got caught up in a crowd to engage in offense conduct on

2    January 6th, 2021, and the public does need to be protected

3    from that in the future.

4         We also are supposed to consider promotion of

5    rehabilitation.  And it's clear to me you-all have learned from

6    this experience in multiple ways.

7         So in addition to the sentencing guidelines, which I've

8    already talked about, I have to consider the nature and

9    circumstances of the offense, your history and characteristics

10   for each of you, the types of sentences available, the need to

11   avoid unwarranted sentencing disparities among defendants with

12   similar records found guilty of similar conduct, and the need

13   to provide restitution to any victims of the offense.

14        I'm going to start with the restitution.  Both of you

15   have agreed, pursuant to your plea agreements, to pay $2,000 in

16   restitution, per each of you, to the government.  And I do find

17   that that's the standard amount that's been asked of everybody

18   convicted of felony offense conduct arising out of what

19   happened on January 6th, 2021.

20        And where a case involves the related criminal conduct

21   of multiple defendants, the procedures for awarding restitution

22   under the various restitution acts that are applicable allows

23   the Court to hold the defendants jointly and severally liable

24   for the full amount of the restitution owed, which at this

25   point is over almost $3 million, $2.8 million in damages, to

1      the U.S. Capitol Building due to everybody in the mob.

2          I mean, you were there.  Your videos show the broken

3      glass even in -- getting into the Rotunda.  Let alone what

4      occurred with the various people, members of the police forces,

5      from the U.S. Capitol Police and the U.S. -- the Metropolitan

6      Police Department, who were injured.

7          But the Court is allowed to either hold people jointly

8      and severally liable for a portion of restitution and hold

9      defendants only responsible for their individual contribution

10     based on the record in front of me; fairness across the board

11     based on the standard plea agreements that the government has

12     been imposing.  I do find that $2,000 is an approximate

13     payment; that is, a good-enough approximation to avoid the

14     complication of the complex issues of fact to attribute to each

15     defendant how much they would owe.

16         So regarding the nature and circumstances of the

17     offense, we've now spent a lot of time this morning already

18     going over the videotapes of the offense conduct, and I'm not

19     going to go through some of the details, which we've already

20     seen in the videos that the government's played and I've looked

21     at even before sentencing this morning.

22         But at a -- sort of a gross level, a macro level, what I

23     see of the two of your conduct on that day is that, unlike some

24     people who did follow the crowd after being inspired by this

25     rally and the perpetration of the falsehood that the

1    2020 presidential election was somehow stolen, which is not

2    correct -- but, nonetheless, people believed it then.  Some

3    people believe it now -- you followed the crowd down to the

4    Capitol.  Some people just came down to the Capitol Grounds and

5    left.  Went, whoa, this is not where we're supposed to be.

6    Some people went all the way into the Capitol, turned around

7    and left and said, whoa, this is not where we're supposed to

8    be.

9         And what I saw of your offense conduct that day is you

10   went to the Capitol -- and you should have seen that that was

11   not a place you're supposed to be.  You saw people arrested.

12   You saw chemical spray.  You saw the police trying to keep

13   people away from the Capitol Building.  You saw riot gear,

14   Metropolitan Police Department officers walking up, telling

15   people to go -- get back, make room for them because they were

16   being called desperately by the U.S. Capitol Police to come

17   help keep the mob out of the Capitol.

18        And it was nothing less than ugly conduct that you had

19   both exhibited towards the police officers when they were

20   walking up trying to do their job.  Having heard them testify,

21   a couple police officers, over the course of a number of

22   trials, they were scared to death.  They were so far

23   outnumbered.  It was life-threatening and dangerous not just to

24   them but to everybody else because people in the crowd were

25   themselves shooting chemical spray and who knows what else they

1    had on their persons.  That was a really bad place to be.

2         And even at that moment, early in the afternoon at that

3    point, in the 2 o'clock range, you-all were very aggressive

4    towards the police officers.  Mr. Grady Owens, you hit a police

5    officer hard with your skateboard.  You knew it was a cop.  He

6    was -- but I think you were caught up in the moment that the

7    cops were the other; they were the enemy.  That's certainly the

8    taunting sounds you made, along with the crowd, calling the

9    police traitors, treasonists, et cetera.

10        You-all saw the police -- that there was tear gas going

11   off.  The police officers arrested somebody.  You knew this

12   was not a place you were supposed to be, and yet you stayed.

13   Not only did you stay, but you made your way around to the

14   other side of the Capitol, to the Rotunda doors, and were part

15   of a crowd that was very life-threatening to the police

16   officers.

17        There was a small group of police officers, outnumbered

18   200 to 1, at the face of the Rotunda doors desperately trying

19   to keep the crowd from breaking down the doors, and you were

20   part of that crowd pushing in.  You almost got in; the videos

21   of the CCTV footage of you almost making your way in and

22   breaking that police line and -- and then getting into yet

23   another scuffle with the police officers who managed to close

24   one of the outside doors to the Rotunda, that had broken glass

25   that had been broken in by other rioters.

1          And you, Mr. Jason Owens, working hard to keep that door

2     open.  So the police had almost gotten both doors closed, you

3     pulled one open and then got into another scuffle until

4     Mr. Grady Owens took a flag and was wielding that flag and

5     pulled you out.  During that whole scuffle, I could see your

6     legs in the video.  You weren't weaving.  Still.  You were

7     still.  Creating, not just a ruckus, a riot at the

8     Capitol Building.

9          So this is very serious offense conduct in multiple

10    places in the Capitol, engaging in multiple different groups of

11    police officers in aggressive and violent ways.  So this is

12    offense conduct that is not excused by youth.  You were

13    college-educated, a rational human being, a grown-up.  It's

14    not -- it's not excused by diabetes.  You knew where you were

15    going.  You were there with your son.  This is -- this is

16    offense conduct that is serious and warrants a period of

17    incarceration.

18          As to your personal history and characteristics,

19    Mr. Grady Owens, you were a college student at the time.  You

20    haven't graduated yet, but you're working.

21          As I've said to you before, you're both fortunate that

22    you have the support of family, the support of network, of

23    friends, and the community, and your religious community as

24    well.

25          And I do think that, Mr. Grady Owens, you have seemed to

1    have matured immensely over the course of these two years.

2    This is a hard way to learn a lesson but -- and I think that

3    your letter was among the more significant, remorseful letters

4    I've read of any person convicted of offense conduct on

5    January 6th, 2021.

6         Mr. Jason Owens, you've had a blessed life, clearly.

7    You've had a great job.  You have a loving family.  You've got

8    children, some of whom I appreciate have had difficulties.

9    You've demonstrated that you can be a constructive and

10   well-contributing member of the community, all of which was

11   quite lacking on January 6th, 2021.  You were with a particular

12   community that day, and it was a community that was an

13   embarrassment to this country.

14        But the need for the sentence imposed to deter criminal

15   behavior, protect the public, and general deterrence here is

16   very, very important because of what we all witnessed and this

17   country suffered on January 6th, 2021.  A dissatisfaction with

18   the legitimate and peaceful avenues to express discontent with

19   policies or with our political leaders is not a license to

20   disobey the law, and it's not a license to stop the democratic

21   process.

22        And consideration of this factor of general deterrence

23   and specific deterrence alone, given the seriousness of the

24   offense conduct that day, warrants, as I said, a period of

25   incarceration.

1          Regarding the need to avoid unwarranted sentence

2     disparities, I do recognize that a sentence within the

3     guideline range necessarily complies with the 3553(a)(6)

4     factor, which is the avoidance of unwarranted sentence

5     disparities.  And the parties have put forward a number of

6     comparators to examine.

7          Let me just say at the outset that the task of looking

8     at comparators can't be exhaustive.  There are hundreds of

9     different defendants who have been convicted for offense

10    conduct on January 6th, 2021.  I think we may have hit over a

11    thousand at this point.  And all of those defendants have been

12    sentenced by 21 active and senior judges on this court.  And

13    sifting through all the possible comparators poses a very

14    time-consuming task, not just for counsel, who have done that

15    task diligently in this case, but also for the Court.

16         I must also say that that task also has some limited

17    utility because whatever sentence is given in one case can't be

18    dispositive of the sentence warranted in another case because

19    there's so many different aspects of criminal conduct and --

20    and personal characteristics that come into play.  And all of

21    that has to be viewed in totality in fashioning an appropriate

22    sentence.

23         At a macro level, there are comparators that the parties

24    have looked at and pointed the Court to look at.  And one of

25    those is the *Mattice* and *Mault* cases, which was before me.  And

1     both of those defendants were sentenced to 44 months'

2     incarceration, at the higher end of the guideline range that

3     applied to both of them.  And those defendants engaged in

4     assaultive actions toward police.  They brought weapons to the

5     Capitol:  pepper spray, a baton, helmet, eye protection.  They

6     also had preplanning before they came to D.C.  They also had

7     prior criminal histories; whereas these defendants didn't.

8          And it certainly supports a lesser sentence for --

9     than -- given to either Mault or Mattice than to be given to

10    either one of the defendants standing before me today.

11         Rubenacker, similar -- was in Criminal History Category

12    I, as was these defendants -- as are these defendants.  He was

13    sentenced to 41 months' incarceration, at the low end of the

14    guideline range applicable to him.  He did engage in violent

15    conduct.  He yelled and taunted police officers, pretty much

16    like these two defendants in front of me.  But he also entered

17    the Capitol Building.  He did chase a Capitol Police officer

18    upstairs.  And I do find that his conduct, therefore, was

19    somewhat -- was more severe than either one of these

20    defendants.  So they do deserve a lesser sentence than

21    41 months' incarceration.

22         Richardson is a defendant, also pointed out, who was in

23    Criminal History Category I, just like these defendants.  He

24    was sentenced to 46 months' incarceration, at the higher end of

25    the applicable guideline range.  He didn't enter the Capitol

1   either, just like these two defendants.  And he used a flagpole

2   against a police officer.

3        But unlike Mr. Owens -- Grady Owens who used a

4   skateboard once to assault a police officer, and the scuffle,

5   hand-to-hand scuffle, that Mr. Jason Owens engaged in,

6   Richardson, I can understand why he got the high end of the

7   applicable guidelines -- he was not sentenced by me, but one of

8   my colleagues -- because he used the flagpole repeatedly to hit

9   a police officer until the flagpole actually broke.  So it was

10  a much more violent, intentional assault on a police officer

11  than either one of these defendants engaged in.  And so,

12  clearly, a less severe sentence is appropriate for these two

13  individuals.

14       Mr. Grady Owens also points to the sentences of -- for

15  comparators who received sentences of less than one year for

16  assaultive conduct and -- including Leffingwell, Council,

17  Sherrill, and Blair.  And each of those defendants had

18  significant downward variances due to significant mental health

19  concerns or differing criminal conduct that resulted in much

20  lesser guideline ranges.  So I don't find those four cases to

21  be particularly apt comparators.

22       I've already mentioned with Leffingwell, for example, he

23  did plead guilty to assault under a violation of

24  section 111(a)(1), just like these two defendants, for punching

25  an officer in -- when he was inside the Capitol Building.  And

1    he had no weapon.  He just used his fist.  He also had no

2    criminal history.  But as I mentioned before, he suffered a

3    serious and significant brain injury serving the country in the

4    Marines.  And because of that service to the country, for which

5    he suffered this chronic, forever brain injury, that judge,

6    Judge Amy Berman Jackson, gave him a significant downward

7    departure, from a range that was already much lower than either

8    one of the Owens, to 6 months.

9        And for Blair, who hit an officer in the chest with a

10   lacrosse stick and also had carried a knife in his bag, he also

11   had a guideline range that was much lower, 18 to 24 months,

12   than either one of the Owens who stand before me for

13   sentencing.  And he was given a significant downward departure

14   to 5 months' imprisonment by one of my colleagues because of

15   his very severe mental health issues, including bipolar

16   disorder and various other details that I'm not going to put on

17   the record.  But he has a very serious mental illness that

18   neither one of these defendants have.

19       With respect to Jason Owens, the government has pointed

20   to the cases of *U.S. v. Creek*, *U.S. v. Miller* as -- as cases

21   that should be used as comparators.  In *Creek*, the defendant,

22   who was also in Criminal History Category I, received a

23   sentence of 27 months' incarceration, within the guidelines

24   range of what the government is asking for and recommending for

25   Mr. Jason Owens here, for pushing and assaulting police

1    officers.  He also didn't enter the Capitol Building and didn't

2    use a weapon and had had no criminal history.  So he is a

3    fairly apt comparator.

4         Mark Leffingwell -- I've already talked about -- is one

5    of the comparators, as well as Blair -- that I've already

6    talked about -- is, to my mind, being not particularly apt

7    comparators.

8         Based on all of these considerations, I will now state

9    the sentence I'm going to impose on each of the defendants,

10   starting with Mr. Jason Douglas Owens.

11        Pursuant to the Sentencing Reform Act of 1984 and in

12   consideration of the provisions of 18 U.S.C. § 3553, as well as

13   the advisory sentencing guidelines, it is the judgment of the

14   Court that you, Jason Douglas Owens, are hereby committed to

15   the custody of the Bureau of Prisons for a term of 24 months,

16   which is 2 years, on Count 4; which is the bottom of the

17   applicable guidelines range, despite the fact that I usually

18   increase the sentence from the -- of the bottom of the

19   guideline range for people who bring their younger children

20   with them to the Capitol.

21        But I'm giving you the bottom of the range despite that

22   fact due to the difficulties your family is confronting and the

23   difficulties of some of your younger children that I've read

24   about in the papers.

25        You're further sentenced to serve a term of 36 months of

1    supervised release as to Count 4.

2         In addition, you are ordered to pay a special assessment

3    of $100 as to Count 4 in accordance with 18 U.S.C. § 3013.

4         While on supervision, you shall abide by the following

5    mandatory conditions, as well as all of the discretionary

6    conditions recommended by the probation office in Part D,

7    Sentencing Options, of the presentence report, which are

8    imposed to establish the basic expectations for your conduct

9    while on supervision.

10        The mandatory conditions include:

11        One, you must not commit another federal, state, or

12   local crime.

13        Two, you must not unlawfully possess a controlled

14   substance.

15        Three, you must refrain from any unlawful use of a

16   controlled substance.  You must submit to one drug test within

17   15 days of placement on supervision and at least two periodic

18   drug tests thereafter as determined by the probation office.

19        Four, you must cooperate in the collection of DNA as

20   directed by the probation officer.

21        Five, you must make restitution in accordance with

22   18 U.S.C. § 3663 and 3663(a) or any other statute authorizing a

23   sentence of restitution.

24        You're also required to comply with the following

25   special condition:

1      You must provide the probation officer access to any

2   requested financial information, authorize the release of any

3   financial information.  And the probation office may share

4   financial information with the U.S. Attorney's Office.

5      You are also ordered to pay a fine in the amount of

6   $2,000.  The Court determines you do not have the ability to

7   pay interest and, therefore, waives any interest or penalties

8   that may accrue on the balance.

9      You are ordered to make restitution to the Architect

10  of the Capitol in an amount of $2,000.  The Court determines

11  you do not have the ability to pay interest and, therefore,

12  waives any interest or penalties that may accrue on the

13  balance.  Restitution payments shall be made to the Clerk of

14  the Court of the United States District Court, District of

15  Columbia, for disbursement to the following victim:  Architect

16  of the Capitol, Office of the Chief Financial Officer, Ford

17  House Office Building, Room H2-205B, Washington, D.C. 20515,

18  in the amount of the loss of $2,000.  You must pay the balance

19  of any restitution owed at a rate of no less than $100 each

20  month.

21      The financial obligations are immediately payable to the

22  Clerk of the Court for the U.S. District Court,

23  333 Constitution Avenue, Northwest, Washington, D.C., 20001.

24      Within 30 days of any change of address, you shall

25  notify the Clerk of the Court of the change until such time as

1    the financial obligation is paid in full.

2        The probation office shall release the presentence

3    investigation report to all appropriate agencies, which

4    includes the U.S. Probation Office in the approved district of

5    residence, in order to execute the sentence of the Court.

6    Treatment agencies shall return the presentence report to the

7    probation office upon the defendant's completion or termination

8    from treatment.

9        You can appeal your conviction to the U.S. Court of

10    Appeals for the D.C. Circuit if you believe that your guilty

11    plea was somehow unlawful or involuntary, or if there's some

12    other fundamental defect in the proceedings that was not waived

13    in your plea agreement.  Under some circumstances, the

14    defendant also has the right to appeal the sentence to the

15    D.C. Circuit.

16        A defendant may waive that right as part of a plea

17    agreement, however, and you have entered into a plea agreement

18    which waives some of your rights to appeal the sentence itself.

19    Such waivers are generally enforceable.  But if you believe the

20    waiver itself is not valid, you can present that theory to the

21    appellate court.

22        Pursuant to 28 U.S.C. § 2255, you also have the right to

23    challenge the conviction entered or sentence imposed to the

24    extent permitted by that statute and your plea agreement.  Any

25    notice of appeal must be filed within 14 days of the entry of

1    judgment or within 14 days of the filing of a notice of appeal

2    by the government.  If you are unable to afford the cost of an

3    appeal, you may request permission from the Court to file an

4    appeal without cost to you.  On appeal, you may also apply for

5    court-appointed counsel.

6          Are there any objections to the sentence imposed not

7    already noted on the record?  From the government?

8                MS. LEDERER:  No, Your Honor.

9                THE COURT:  Mr. Darnell?

10               MR. DARNELL, SR.:  No, Your Honor.

11               THE COURT:  Okay.  Thank you.

12         You may be seated or you can stand with Mr. Grady Owens,

13   if you wish.

14               MR. JASON OWENS:  I'll stand.

15               THE COURT:  All right.  Based on my consideration of

16   these and other factors, I will now state the sentence to be

17   imposed on Mr. Grady Owens.

18         Pursuant to the Sentencing Reform Act of 1984 and in

19   consideration of the provisions of 18 U.S.C. § 3553, as well as

20   the advisory sentencing guidelines, it is the judgment of the

21   Court that you, Grady Douglas Owens, are hereby sentenced to

22   the custody of the Bureau of Prisons for 37 months, which is

23   the bottom of the guidelines, on Count 2; and 6 months on

24   Count 13; to run concurrently.

25         You're further sentenced to serve a term of 24 months,

1    2 years, of supervised release as to Count 2.

2          In addition, you are ordered to pay a special assessment

3    of $100 as to Count 2 and $10 as to Count 13 in accordance with

4    18 U.S.C. § 3013, for a total of $110 in accordance with

5    18 U.S.C. § 3013.

6          While on supervision, you shall abide by the following

7    mandatory conditions, as well as all discretionary conditions

8    recommended by the probation office in Part D, Sentencing

9    Options, of the presentence report, which are imposed to

10   establish the basic expectations for your conduct while on

11   supervision.

12         The mandatory conditions include:

13         One, you must not commit another federal, state, or

14   local crime.

15         Two, you must not unlawfully possess a controlled

16   substance, which includes marijuana, no matter what the local

17   or state law is.  It's a federally controlled substance and

18   continues to this day to be that.

19         You must refrain from any unlawful use of a controlled

20   substance.  You must submit to one drug test within 15 days of

21   placement on supervision and at least two periodic drug tests

22   thereafter as determined by the probation office.

23         You must cooperate in the collection of DNA as directed

24   by the probation officer.

25         You must make restitution in accordance with

1    18 U.S.C. § 3663 and 3663(a) or any other statute authorizing a

2    sentence of restitution.

3         You must comply with the following special conditions:

4         You must provide the probation officer access to any

5    requested financial information and authorize the release of

6    any financial information.  The probation office may share

7    financial information with the U.S. Attorney's Office.

8         You must submit to substance abuse testing to determine

9    if you have used a prohibited substance.  You must not attempt

10   to obstruct or tamper with the testing methods.

11        You are ordered to pay a fine in the amount of $1,000.

12   The Court determines you do not have the ability to pay

13   interest and, therefore, waives any interest or penalties that

14   may accrue on the balance.

15        You are ordered to make restitution to the Architect of

16   the Capitol in the amount of $2,000.  The Court determines you

17   do not have the ability to pay interest and, therefore, waives

18   any interest or penalties that may accrue on the balance.

19   Restitution payments shall be made to the Clerk of the Court at

20   the United States District Court, District of Columbia, for

21   disbursement to the following victim:  Architect of the

22   Capitol, Office of the Chief Financial Officer, Ford House

23   Office Building, Room H2-205B, Washington, D.C. 20515, in the

24   amount of loss of $2,000.  You must pay the balance of any

25   restitution owed at a rate of no less than $100 each month.

1    The financial obligations are immediately payable to the

2    Clerk of the Court for the U.S. District Court,

3    333 Constitution Avenue, Northwest, Washington, D.C. 20001.

4    Within 30 days of any change of address, you shall

5    notify the Clerk of the Court of the change until such time as

6    the financial obligation is paid in full.

7    The probation office shall release the presentence

8    report to all appropriate agencies, which includes the

9    U.S. Probation Office in the approved district of residence, in

10   order to execute the sentence of the Court.

11   The treatment agencies shall return the presentence

12   report to the probation office upon the defendant's completion

13   or termination from treatment.

14   I will recommend, Mr. Grady Owens, that during your

15   period of incarceration that you participate in the Federal

16   Prisons Industries program, the drug abuse education program,

17   and an educational program that allows you to gain credit

18   towards your college degree.

19   You can appeal your conviction to the U.S. Court of

20   Appeals for the D.C. Circuit if you believe that your guilty

21   plea was somehow unlawful or involuntary or if there's some

22   other fundamental defect in the proceedings that was not waived

23   in your plea agreement.

24   Under some circumstances, the defendant also has the

25   right to appeal the sentence to the D.C. Circuit.  A defendant

1    may waive that right as part of a plea agreement, however,

2    and you have entered into a plea agreement, which waives some

3    of your rights to appeal the sentence itself.  Such waivers

4    are generally enforceable, but if you believe the waiver itself

5    is not valid, you can present that theory to the appellate

6    court.

7         Pursuant to 28 U.S.C. § 2255, you also have the right to

8    challenge the conviction entered or sentence imposed to the

9    extent permitted by that statute and your plea agreement.  Any

10   notice of appeal must be filed within 14 days of the entry of

11   judgment or within 14 days of the filing of a notice of appeal

12   by the government.  If you are unable to afford the cost of an

13   appeal, you may request permission from the Court to file an

14   appeal without cost to you.  On appeal you may also apply for

15   court-appointed counsel.

16        Are there any objections to the sentence imposed not

17   already noted on the record for Mr. Grady Owens?  From the

18   government?

19            MS. LEDERER:  No, Your Honor.

20            THE COURT:  Mr. Woodward?

21            MR. WOODWARD:  Just a quick clarification.  Did the

22   judge recommend -- Court recommend the RDAP program, the

23   residential drug?

24            THE COURT:  Yes, I will recommend RDAP.  I will make

25   that recommendation as well.

1          MR. WOODWARD:  Thank you.

2          And he did serve time previously for -- from April 1st.

3          THE COURT:  I know.  That will -- that will

4    automatically be credited.  But I'll make clear on the judgment

5    that that should be -- any time in pretrial detention will be

6    credited.

7          MR. WOODWARD:  I appreciate that.

8          And is this an appropriate time to request a

9    designation, a recommendation?

10         THE COURT:  Did you answer my question first about

11   whether you have any objection to the sentencing that's not

12   already noted for the record?

13         MR. WOODWARD:  I don't.  Thank you so much.

14         THE COURT:  Okay.

15         MR. WOODWARD:  I appreciate it.

16         THE COURT:  And you may all be seated, except for any

17   additional requests that Mr. Woodward might have.

18         MR. WOODWARD:  Thank you.

19         Designation to FCI Bastrop, B-a-s-t-r-o-p.

20         THE COURT:  B-a-s-t --

21         MR. WOODWARD:  B, as in bravo, a-s-t-r-o-p.  I

22   believe I've got that right.

23         To the minimum security camp at that location.  It's

24   just east of Austin, as I understand it.  So it would be the

25   closest to them.

93

1          THE COURT:  And, Mr. Jason Owens, you would like the

2     same recommendation?

3               MR. DARNELL, SR.:  We would, Your Honor.

4          THE COURT:  Yes, I'll make that recommendation.

5          And I'm sure you've explained to your clients,

6     Mr. Darnell and Mr. Woodward, that I make recommendations to

7     the Bureau of Prisons, but they look at a number of different

8     factors to make the appropriate designation.

9               MR. WOODWARD:  Okay.

10          THE COURT:  All right.  You-all may be seated.

11          And from the government, I -- do you have any objection

12     to release pending surrender and voluntary self-surrender?

13               MS. LEDERER:  No, Your Honor.

14          THE COURT:  All right.  I will allow both of you to

15     voluntarily self-surrender.  But I do have to caution you about

16     that.  You are required to appear to surrender for service of

17     your sentences as directed by the probation department and the

18     Bureau of Prisons.    Stay in touch with your counsel because

19     the probation office will get that designation and communicate

20     with your counsel about where you will be designated and when

21     you must self-surrender, meaning report to the facility.

22     Failure to appear as required is a separate criminal offense

23     for which you could be sentenced to imprisonment.

24          All of the conditions which you've both been released up

25     to now will continue to apply.  If you fail to appear for

1    self-surrender as required, you could be subject to a fine or

2    an additional prosecution for failure to appear.  So keep in

3    touch to figure out where the Bureau of Prisons will designate

4    you.

5              If you violate the conditions of your release, you

6    may be subject to revocation of release and a separate

7    prosecution for contempt of court.  And if you commit any new

8    offense while you're on release awaiting surrender to the

9    Bureau of Prisons, you could be subjected to an enhanced

10   sentence for committing a new offense while on release pending

11   self-surrender.

12             Do you understand that, Mr. Jason Owens?

13             MR. JASON OWENS:  Yes, I do, Your Honor.

14             THE COURT:  And do you understand that, Mr. Grady

15   Owens?

16             DEFENDANT GRADY OWENS:  I do, Your Honor.

17             THE COURT:  All right.  And are there open counts of

18   the indictment against these defendants that need to be

19   dismissed?

20             MS. LEDERER:  There might be.  I'm not -- I can't

21   recall if we did that at the plea or not.  So I can --

22             THE COURT:  I don't do that until the sentencing.

23             MS. LEDERER:  Then I -- would you like me to dismiss

24   them at this time?

25             THE COURT:  You have to move to dismiss.

1          MS. LEDERER:  Yes.

2          THE COURT:  I do the dismissal.

3          MS. LEDERER:  I move to dismiss the remaining counts

4     at this time.  Thank you, Your Honor.

5          THE COURT:  Okay.  I grant that motion to dismiss all

6     open counts of the indictment against Mr. Jason Owens and

7     Mr. Grady Owens.

8          Is there anything further today from the government?

9          MS. LEDERER:  No, Your Honor.

10         I just had forgotten to mention during my allocution

11    that Officer Duckett was alerted of today's hearing.  He

12    decided not to come.

13         Officer Boyle was also alerted.  Due to a scheduling

14    conflict, he could not come.  But I did file his statement.

15         THE COURT:  Thank you.

16         MR. WOODWARD:  If I might, just briefly.  It's my

17    understanding from counsel that they're not seeking restitution

18    in this case.

19         MS. LEDERER:  Yes, Your Honor.  We had left

20    restitution open at the plea, but there's no restitution at

21    this time, specifically for Officer Boyle.

22         THE COURT:  Right.  Well, that was a matter I was

23    going to take up with you; to leave open the judgment and

24    commitment order until the government got its act together to

25    submit a restitution amount.  I just don't do that.  You've had

1    plenty of time --

2                MS. LEDERER:  Yes.

3                THE COURT:  -- to get that together.  So I wasn't

4    planning on doing that in any event.

5                MR. WOODWARD:  Thank you.

6                MS. LEDERER:  Understood.  Thank you.

7                THE COURT:  All right.  You're all excused.

8                (Proceedings were concluded at 12:22 p.m.)

1        CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3            I, Nancy J. Meyer, Registered Diplomate Reporter,

4    Certified Realtime Reporter, do hereby certify that the above

5    and foregoing constitutes a true and accurate transcript of my

6    stenograph notes and is a full, true, and complete transcript

7    of the proceedings to the best of my ability.

8

9                        Dated this 15th day of July, 2023.

10

11                        /s/ Nancy J. Meyer
                         Nancy J. Meyer
12                        Official Court Reporter
                         Registered Diplomate Reporter
13                        Certified Realtime Reporter
                         333 Constitution Avenue Northwest
14                        Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

**$**

**$1,000** [1] - 89:11
**$10** [1] - 88:3
**$100** [5] - 13:14, 84:3, 85:19, 88:3, 89:25
**$110** [2] - 13:11, 88:4
**$2,000** [7] - 73:15, 74:12, 85:6, 85:10, 85:18, 89:16, 89:24

**0**

**0** [2] - 10:23, 11:3

**1**

**1** [18] - 8:12, 13:8, 15:6, 16:6, 34:15, 34:19, 37:18, 49:10, 49:20, 49:22, 51:8, 52:10, 52:13, 60:25, 61:15, 76:18
**10** [2] - 46:23, 47:10
**10,000** [1] - 13:13
**109** [1] - 5:7
**11** [2] - 6:10, 20:13
**110** [1] - 5:7
**111** [1] - 5:7
**111(a)(1** [3] - 4:10, 12:7, 81:24
**111(a)(1)** [1] - 4:15
**112** [1] - 6:5
**113** [1] - 6:6
**118** [1] - 6:8
**119** [1] - 6:10
**119-8** [1] - 6:11
**120** [1] - 5:9
**121** [1] - 6:6
**123-1** [1] - 5:18
**124** [1] - 6:10
**127-1** [1] - 5:19
**129** [1] - 5:25
**12:22** [1] - 96:8
**13** [6] - 10:18, 13:4, 20:21, 21:22, 87:24, 88:3
**13-1** [1] - 5:23
**14** [7] - 11:12, 12:10, 61:5, 86:25, 87:1, 91:10, 91:11
**14:01:08** [1] - 23:9
**15** [2] - 84:17, 88:20
**15,000** [1] - 13:10
**15-1** [1] - 5:23
**15-year-old** [1] - 57:5
**150** [1] - 53:24
**150,000** [1] - 13:10
**17** [1] - 12:22
**18** [15] - 4:10, 4:15,

12:7, 20:12, 61:5, 61:12, 71:9, 82:11, 83:12, 84:3, 84:22, 87:19, 88:4, 88:5, 89:1
**180** [2] - 35:19, 53:25
**19** [2] - 20:12, 22:6
**1984** [2] - 83:11, 87:18
**1985** [2] - 46:6, 46:10
**1s** [1] - 49:2
**1st** [1] - 92:2

**2**

**2** [16] - 5:19, 5:23, 10:14, 10:16, 13:1, 49:10, 49:15, 49:21, 49:22, 49:24, 76:3, 83:16, 87:23, 88:1, 88:3
**2.8** [1] - 73:25
**20** [4] - 12:18, 22:17, 34:10, 40:14
**20-something-year-old** [1] - 32:11
**20-year-old** [1] - 63:7
**200** [3] - 53:24, 54:24, 76:18
**20001** [2] - 85:23, 90:3
**2020** [2] - 41:9, 75:1
**2021** [9] - 29:21, 37:19, 66:19, 71:20, 72:18, 73:2, 73:19, 78:5, 78:11, 78:17, 79:10
**20515** [2] - 85:17, 89:23
**20th** [2] - 34:9, 34:11
**21** [2] - 12:3, 79:12
**21-286** [1] - 3:3
**22** [1] - 24:17
**2255** [2] - 86:22, 91:7
**23** [1] - 24:24
**24** [9] - 11:25, 12:24, 14:9, 15:4, 25:7, 61:12, 82:11, 83:15, 87:25
**24/7** [1] - 39:9
**25** [5] - 25:12, 34:9, 34:22, 37:6
**26** [2] - 25:16, 34:23
**27** [5] - 14:8, 15:19, 25:22, 25:24, 82:23
**27-month** [1] - 31:18
**28** [3] - 26:4, 86:22, 91:7
**2:00** [1] - 57:22
**2:10** [1] - 25:1
**2:11** [1] - 25:1
**2:12** [1] - 25:3

**2:31** [1] - 30:4
**2A2.2** [2] - 11:12, 12:8
**2A2.2(a** [1] - 11:13
**2A2.2(a)** [1] - 12:10
**2A2.2(b)(2)(B** [1] - 11:15

**3**

**3** [9] - 5:23, 12:1, 12:19, 13:8, 14:2, 14:9, 14:11, 15:2, 73:25
**30** [7] - 12:24, 14:9, 14:11, 57:18, 57:19, 85:24, 90:4
**3013** [3] - 84:3, 88:4, 88:5
**32** [5] - 5:12, 6:13, 16:7, 20:12, 22:23
**33** [1] - 5:20
**333** [2] - 85:23, 90:3
**3553** [2] - 83:12, 87:19
**3553(a** [3] - 15:24, 16:13, 71:9
**3553(a)** [1] - 14:4
**3553(a)(6** [1] - 79:3
**36** [1] - 83:25
**3663** [2] - 84:22, 89:1
**3663(a** [2] - 84:22, 89:1
**37** [6] - 12:5, 15:1, 15:4, 35:7, 36:25, 87:22
**3:20** [1] - 26:8
**3:29** [2] - 26:17, 26:20
**3:43** [1] - 30:7
**3A1.2(b** [1] - 11:19, 12:12
**3E1.1(a** [2] - 12:2, 12:20

**4**

**4** [7] - 10:25, 11:13, 12:6, 13:2, 83:16, 84:1, 84:3
**40** [4] - 4:12, 14:19, 14:21, 15:19
**40-month** [1] - 31:10
**41** [2] - 80:13, 80:21
**42** [2] - 14:19, 14:21
**44** [1] - 80:1
**45** [1] - 26:20
**46** [3] - 12:5, 15:1, 80:24
**4:00** [1] - 57:23

**5**

**5** [9] - 13:6, 18:9,

18:10, 19:4, 21:12, 49:19, 60:17, 61:13, 82:14
**5-minute** [1] - 33:12
**5104(e)(2)(D)** [1] - 4:12
**54** [1] - 36:18

**6**

**6** [10] - 11:18, 12:11, 13:5, 20:8, 21:18, 28:10, 60:18, 61:6, 82:8, 87:23
**6-month** [1] - 60:17
**6-year-old** [1] - 57:4
**6:00** [3] - 30:1, 30:2, 30:19
**6th** [36] - 16:16, 16:18, 16:23, 17:7, 17:16, 23:15, 23:16, 27:17, 27:19, 29:17, 29:20, 29:25, 30:4, 30:8, 30:9, 30:20, 36:5, 37:19, 44:1, 44:4, 52:24, 60:12, 61:8, 61:20, 63:21, 66:10, 67:10, 69:24, 71:20, 72:18, 73:2, 73:19, 78:5, 78:11, 78:17, 79:10

**7**

**74-year-old** [1] - 63:8
**757** [1] - 66:20
**79** [1] - 54:14
**7th** [1] - 30:2

**8**

**8** [1] - 13:4
**8th** [1] - 66:19

**9**

**9** [1] - 54:21
**90** [1] - 54:1
**95,000** [1] - 13:13
**9:00** [1] - 33:12

**A**

**a-s-t-r-o-p** [1] - 92:21
**a.m** [1] - 33:12
**abide** [2] - 84:4, 88:6
**abiding** [1] - 69:1
**ability** [4] - 85:6, 85:11, 89:12, 89:17
**able** [10] - 16:16, 28:5, 29:17, 30:11, 40:1, 42:24, 52:17, 54:18,

56:13, 67:18
**abroad** [1] - 16:19
**absolute** [1] - 16:18
**absolutely** [6] - 28:4, 30:15, 39:4, 52:7, 53:7, 63:13
**absurdities** [1] - 63:13
**abuse** [2] - 89:8, 90:16
**accept** [6] - 10:9, 30:23, 31:9, 31:16, 45:25, 69:23
**acceptance** [2] - 12:1, 12:21
**accepted** [2] - 31:12, 64:25
**access** [2] - 85:1, 89:4
**accomplishments** [1] - 27:9
**accordance** [5] - 84:3, 84:21, 88:3, 88:4, 88:25
**account** [1] - 29:3
**accountable** [1] - 19:23
**accrue** [4] - 85:8, 85:12, 89:14, 89:18
**accurately** [1] - 67:13
**achieve** [2] - 27:16, 69:3
**acknowledge** [2] - 31:17, 36:6
**acknowledged** [3] - 38:25, 58:23
**acknowledges** [2] - 25:5, 41:23
**acknowledgment** [1] - 21:14
**act** [2] - 68:8, 95:24
**Act** [2] - 83:11, 87:18
**action** [3] - 27:18, 28:6, 28:7
**actions** [16] - 20:6, 22:22, 27:12, 27:20, 30:17, 31:21, 33:6, 45:6, 54:10, 58:20, 65:25, 66:1, 67:21, 69:7, 69:24, 80:4
**active** [2] - 24:25, 79:12
**actively** [2] - 17:6, 17:25
**acts** [2] - 66:13, 73:22
**actual** [2] - 53:23, 66:11
**acute** [2] - 49:23, 51:2
**acutely** [1] - 52:25
**added** [2] - 11:13, 30:17
**addition** [5] - 23:8, 27:13, 73:7, 84:2,

88:2

**additional** [2] - 92:17, 94:2

**address** [5] - 7:19, 16:16, 58:18, 85:24, 90:4

**addressing** [1] - 19:22

**adjusted** [2] - 11:25, 12:18

**admission** [1] - 21:15

**admit** [1] - 16:6

**adopted** [1] - 37:1

**adult** [3] - 31:25, 33:5, 50:24

**advisory** [9] - 7:15, 12:5, 12:24, 13:9, 13:12, 14:9, 61:4, 83:13, 87:20

**affirming** [1] - 24:22

**afford** [2] - 87:2, 91:12

**afraid** [3] - 23:20, 23:25, 59:20

**African** [1] - 24:2

**afternoon** [3] - 67:8, 72:5, 76:2

**age** [2] - 40:14, 45:19

**agencies** [4] - 86:3, 86:6, 90:8, 90:11

**agency** [2] - 32:4, 32:10

**Agent** [2] - 3:4, 3:5

**ages** [1] - 28:2

**aggressive** [3] - 31:2, 76:3, 77:11

**aggressor** [1] - 32:18

**agitated** [2] - 35:19, 52:20

**ago** [3] - 34:23, 68:25

**agree** [7] - 39:5, 41:15, 41:21, 50:21, 58:17, 59:7, 65:10

**agreed** [2] - 29:5, 73:15

**agreement** [8] - 86:13, 86:17, 86:24, 90:23, 91:1, 91:2, 91:9

**agreements** [2] - 73:15, 74:11

**ahead** [1] - 56:25

**ain't** [1] - 25:7

**Air** [2] - 46:25, 47:18

**Airbnb** [1] - 17:4

**akin** [1] - 62:2

**alerted** [2] - 95:11, 95:13

**alerts** [1] - 39:23, 40:1

**allocute** [2] - 33:17, 43:7

**allocution** [1] - 95:10

**allow** [3] - 33:17, 34:2,

93:14

**allowed** [2] - 55:13, 74:7

**allows** [2] - 73:22, 90:17

**almost** [6] - 32:16, 32:19, 73:25, 76:20, 76:21, 77:2

**alone** [2] - 74:3, 78:23

**altercation** [1] - 58:5

**America** [1] - 3:2

**American** [1] - 24:2

**Americans** [3] - 23:16, 68:16, 69:21

**amount** [11] - 24:11, 31:2, 73:17, 73:24, 85:5, 85:10, 85:18, 89:11, 89:16, 89:24, 95:25

**amputations** [1] - 51:6

**Amy** [1] - 82:6

**anecdotes** [1] - 59:14

**angry** [1] - 62:13

**animal** [1] - 49:21

**answer** [3] - 45:20, 62:23, 92:10

**anyway** [1] - 56:11

**apologies** [3] - 22:25, 67:13, 68:18

**apologize** [9] - 14:22, 24:12, 43:18, 44:6, 44:12, 44:17, 44:21, 45:2, 55:21

**app** [2] - 53:15

**appalled** [2] - 67:21, 69:7

**apparent** [1] - 68:3

**appeal** [16] - 86:9, 86:14, 86:18, 86:25, 87:1, 87:3, 87:4, 90:19, 90:25, 91:3, 91:10, 91:11, 91:13, 91:14

**Appeals** [1] - 86:10, 90:20

**appear** [8] - 59:3, 60:19, 62:14, 70:19, 93:16, 93:22, 93:25, 94:2

**appeared** [3] - 28:17, 63:20, 65:23

**appellate** [2] - 86:21, 91:5

**applicable** [5] - 73:22, 80:14, 80:25, 81:7, 83:17

**application** [3] - 12:1, 12:20, 14:4

**applied** [1] - 80:3

**applies** [3] - 11:6,

11:11, 11:15

**apply** [7] - 7:15, 10:15, 11:18, 12:25, 87:4, 91:14, 93:25

**appointed** [2] - 87:5, 91:15

**appreciate** [7] - 30:23, 66:24, 68:20, 70:1, 78:8, 92:7, 92:15

**approaching** [1] - 60:21

**appropriate** [11] - 7:19, 14:15, 31:13, 31:21, 60:22, 79:21, 81:12, 86:3, 90:8, 92:8, 93:8

**approved** [2] - 86:4, 90:9

**approximate** [1] - 74:12

**approximation** [1] - 74:13

**April** [1] - 92:2

**apt** [3] - 81:21, 83:3, 83:6

**aptly** [1] - 64:14

**Architect** [4] - 85:9, 85:15, 89:15, 89:21

**area** [1] - 64:8

**arguments** [1] - 16:3

**arise** [1] - 61:21

**arising** [1] - 73:18

**armor** [1] - 63:23

**arrest** [3] - 19:12, 21:17, 64:20

**arrested** [4] - 68:14, 72:1, 75:11, 76:11

**article** [1] - 28:15

**aspects** [1] - 79:19

**assault** [11] - 4:9, 4:14, 11:11, 11:16, 11:24, 12:7, 12:16, 23:5, 81:4, 81:10, 81:23

**assaulted** [5] - 17:8, 30:14, 45:21, 58:1, 66:12

**assaulting** [1] - 82:25

**assaultive** [2] - 80:4, 81:16

**assaults** [6] - 13:1, 22:20, 25:8, 28:6, 30:17, 31:1

**assessed** [1] - 30:15

**assessing** [1] - 65:17

**assessment** [4] - 13:11, 13:14, 84:2, 88:2

**assuring** [1] - 68:7

**ate** [1] - 51:11

**attached** [1] - 28:16

**attack** [1] - 17:13

**attacks** [1] - 49:12

**attempt** [3] - 23:6, 25:11, 89:9

**attempted** [2] - 20:5, 20:20

**attempting** [3] - 17:11, 19:17, 26:13

**attempts** [3] - 19:20, 25:6, 25:21

**attend** [3] - 17:21, 42:9, 56:16

**attending** [1] - 56:18

**attest** [1] - 38:21

**attorney** [1] - 9:3

**Attorney's** [2] - 85:4, 89:7

**attorneys** [2] - 9:23, 10:2

**attribute** [1] - 74:14

**attributed** [1] - 29:2

**audibly** [1] - 20:15

**audio** [9] - 21:13, 21:19, 21:23, 22:4, 22:8, 23:2, 24:15, 25:15, 25:23

**audio-visual** [9] - 21:13, 21:19, 21:23, 22:4, 22:8, 23:2, 24:15, 25:15, 25:23

**Austin** [1] - 92:24

**authorize** [2] - 85:2, 89:5

**authorizing** [2] - 84:22, 89:1

**automatically** [1] - 92:4

**available** [4] - 16:11, 30:12, 37:24, 73:10

**Avenue** [2] - 85:23, 90:3

**avenues** [1] - 78:18

**avoid** [3] - 73:11, 74:13, 79:1

**avoidance** [1] - 79:4

**awaiting** [1] - 94:8

**awarding** [1] - 73:21

**aware** [4] - 52:25, 53:1, 54:7, 68:9

**awful** [1] - 64:9

---

## B

**b)** [1] - 12:2

**B-a-s-t-r-o-p** [1] - 92:19

**background** [2] - 19:10, 27:2

**bad** [7] - 50:22, 51:21,

59:6, 71:15, 72:19, 76:1

**bag** [1] - 82:10

**balance** [8] - 28:13, 28:18, 85:8, 85:13, 85:18, 89:14, 89:18, 89:24

**banana** [1] - 72:9

**barely** [1] - 44:2

**barrier** [2] - 55:8, 55:9

**barriers** [1] - 19:10

**base** [2] - 11:12, 12:9

**based** [5] - 5:11, 7:15, 20:6, 26:4, 64:9, 74:10, 74:11, 83:8, 87:15

**basic** [2] - 84:8, 88:10

**basis** [2] - 35:17, 41:14

**BAST** [1] - 92:20

**Bastrop** [1] - 92:19

**baton** [3] - 26:22, 66:10, 80:5

**bay** [1] - 19:20

**beach** [1] - 33:4

**became** [2] - 37:24, 69:17

**become** [5] - 35:13, 35:19, 35:23, 54:4, 69:20

**becoming** [2] - 68:8, 68:9

**beforehand** [1] - 18:18

**began** [4] - 18:4, 20:20, 50:11, 53:4

**begged** [2] - 42:13, 42:16

**begin** [3] - 49:16, 52:14, 63:3

**beginning** [2] - 20:12, 22:9

**begins** [1] - 50:9

**behalf** [6] - 3:10, 5:16, 6:9, 6:10, 10:4, 14:13

**behavior** [2] - 48:24, 78:15

**behind** [3] - 22:5, 22:6, 32:24

**belabor** [1] - 16:13

**belief** [2] - 11:23, 12:15

**beliefs** [1] - 71:16

**believes** [2] - 15:21, 72:10

**belittle** [1] - 24:8

**belittling** [1] - 23:20

**below** [2] - 14:14, 15:5

**bend** [1] - 43:15

**bent** [1] - 31:7
**Berman** [1] - 82:6
**best** [2] - 39:6, 63:5
**better** [7] - 33:2, 40:6, 44:24, 45:9, 45:23, 59:20, 60:7
**between** [4] - 29:8, 46:6, 49:10, 53:19
**Biden** [1] - 56:8
**big** [3] - 42:25, 44:2, 54:24
**bigger** [2] - 41:7, 41:20
**billowing** [1] - 26:8
**bipolar** [2] - 61:10, 82:15
**birthday** [1] - 34:11
**bit** [7] - 7:2, 32:23, 35:11, 35:13, 52:8, 52:20, 53:10
**Blair** [7] - 60:10, 60:11, 60:22, 61:9, 81:17, 82:9, 83:5
**blame** [3] - 45:14, 45:17, 46:2
**blaming** [1] - 41:18
**blatantly** [1] - 27:21
**blessed** [2] - 70:24, 78:6
**blood** [45] - 34:25, 35:2, 35:9, 35:16, 35:18, 35:23, 36:2, 36:4, 36:8, 36:17, 36:18, 37:3, 37:8, 39:23, 40:11, 40:20, 41:2, 50:2, 50:4, 50:8, 50:9, 50:11, 50:12, 50:13, 50:25, 51:1, 51:4, 51:11, 51:14, 51:20, 51:23, 51:25, 52:14, 52:22, 53:5, 53:6, 53:16, 53:20, 53:23, 54:2, 54:4, 58:21
**board** [1] - 74:10
**bodily** [2] - 11:22, 12:15
**body** [21] - 20:11, 20:12, 21:22, 22:11, 22:24, 32:16, 35:10, 35:12, 39:8, 42:1, 48:17, 49:17, 50:1, 50:2, 50:6, 50:15, 52:3, 54:11, 63:23, 64:15
**body-worn** [5] - 20:11, 21:22, 22:24, 32:16, 64:15
**boots** [1] - 46:13
**bottom** [5] - 15:3,

83:16, 83:18, 83:21, 87:23
**bought** [1] - 48:10
**boy** [5] - 23:20, 23:24, 23:25, 24:3, 24:8
**Boyle** [11] - 20:24, 21:25, 22:6, 22:7, 22:10, 30:14, 63:4, 64:6, 64:7, 95:13, 95:21
**Boyle's** [1] - 22:11
**brain** [8] - 52:3, 52:4, 52:6, 61:3, 61:7, 61:16, 82:3, 82:5
**branches** [2] - 46:9, 47:21
**bravo** [1] - 92:21
**breach** [4] - 24:25, 25:2, 25:3, 66:12
**breached** [1] - 25:4
**breadwinner** [1] - 60:4
**break** [6] - 17:19, 33:3, 33:12, 33:16, 39:9, 57:24
**breaking** [2] - 76:19, 76:22
**breaks** [1] - 26:22
**breath** [1] - 69:15
**brief** [2] - 48:21, 49:9
**briefly** [3] - 23:11, 26:20, 95:16
**bring** [4] - 46:22, 63:24, 64:16, 83:19
**bringing** [1] - 22:11
**broke** [1] - 81:9
**broken** [3] - 74:2, 76:24, 76:25
**brought** [6] - 17:9, 23:16, 46:7, 46:24, 64:1, 80:4
**brushed** [1] - 16:21
**build** [1] - 45:11
**building** [1] - 23:7
**Building** [11] - 4:11, 58:10, 72:2, 74:1, 75:13, 77:8, 80:17, 81:25, 83:1, 85:17, 89:23
**built** [1] - 31:11
**bullet** [1] - 28:15
**bunch** [1] - 23:13
**Bureau** [6] - 83:15, 87:22, 93:7, 93:18, 94:3, 94:9
**business** [1] - 57:14
**busy** [1] - 65:4
**butter** [4] - 29:18, 48:10, 48:12, 48:15
**button** [1] - 27:17
**buy** [2] - 29:17, 48:8

**Byrd** [1] - 46:12
**bystanders** [1] - 16:25

# C

**c)(1** [2] - 11:19, 12:12
**C.B** [2] - 67:14, 69:6
**cam** [1] - 32:16
**camera** [5] - 19:8, 20:11, 21:22, 22:24, 26:2
**cameras** [1] - 64:15
**camouflage** [1] - 20:1
**camp** [1] - 92:23
**cams** [1] - 20:11
**cannot** [3] - 50:4, 55:20, 56:21
**Capitol** [70] - 4:11, 17:5, 17:10, 17:11, 17:25, 18:3, 18:5, 18:11, 19:5, 19:9, 19:14, 19:17, 19:19, 20:4, 20:9, 25:2, 25:10, 25:25, 26:5, 31:8, 32:11, 33:5, 47:24, 47:25, 55:23, 56:1, 56:3, 57:24, 57:25, 58:6, 58:10, 58:13, 58:15, 59:1, 61:23, 62:8, 62:10, 62:13, 62:20, 63:14, 64:1, 65:24, 66:2, 66:6, 71:24, 72:2, 72:15, 74:1, 74:5, 75:4, 75:6, 75:10, 75:13, 75:16, 75:17, 76:14, 77:8, 77:10, 80:5, 80:17, 80:25, 81:25, 83:1, 83:20, 85:10, 85:16, 89:16, 89:22
**captured** [2] - 32:13, 64:14
**captures** [1] - 22:15
**capturing** [1] - 66:15
**care** [7] - 38:5, 39:3, 39:6, 40:19, 49:3, 50:24, 51:17
**career** [1] - 37:14
**carefully** [1] - 4:20
**caretaker** [2] - 40:16, 40:17
**carried** [1] - 82:10
**Case** [1] - 3:3
**case** [17] - 7:15, 7:20, 9:3, 9:24, 10:12, 14:6, 58:23, 59:22, 59:23, 60:9, 60:10, 65:8, 73:20, 79:15, 79:17, 79:18, 95:18

**cases** [7] - 10:15, 60:8, 72:8, 79:25, 81:20, 82:20
**cast** [2] - 45:14, 46:1
**catching** [1] - 17:13
**Category** [6] - 10:23, 11:4, 11:8, 80:11, 80:23, 82:22
**category** [3] - 11:8, 12:4, 12:23
**caught** [4] - 39:15, 39:18, 73:1, 76:6
**caused** [3] - 30:18, 45:22, 69:3
**causes** [2] - 50:10, 52:2
**caution** [1] - 93:15
**CCTV** [2] - 26:4, 76:21
**celebrate** [1] - 66:17
**celebrated** [2] - 34:9, 66:14
**celebrating** [1] - 25:3
**celebratory** [1] - 26:25
**cell** [1] - 54:17
**cells** [1] - 49:12
**certainly** [2] - 76:7, 80:8
**certification** [2] - 44:11, 56:4
**cetera** [1] - 76:9
**challenge** [2] - 86:23, 91:8
**challenging** [2] - 48:15, 54:8
**Chamber** [1] - 46:15
**chance** [3] - 31:17, 39:1, 66:22
**change** [5] - 68:12, 85:24, 85:25, 90:4, 90:5
**changes** [1] - 52:3
**chaos** [1] - 17:7
**character** [3] - 48:24, 68:2, 68:6
**characteristic** [1] - 11:14
**characteristics** [5] - 27:12, 59:8, 73:9, 77:18, 79:20
**charge** [2] - 12:6, 12:25
**charged** [2] - 13:1, 58:12
**charging** [1] - 58:19
**charts** [2] - 36:4, 48:21
**chase** [1] - 80:17
**chased** [2] - 65:24, 66:6
**chases** [2] - 53:23,

54:5
**chasing** [2] - 54:3, 66:1
**check** [1] - 15:11
**chemical** [3] - 66:13, 75:12, 75:25
**chest** [1] - 82:9
**Chief** [2] - 85:16, 89:22
**children** [7] - 32:1, 32:2, 42:21, 45:19, 78:8, 83:19, 83:23
**choice** [1] - 50:24
**choose** [1] - 51:17
**choosing** [1] - 51:9
**choreography** [1] - 4:19
**chose** [2] - 37:14, 38:17
**chosen** [1] - 51:18
**Christian** [2] - 56:6, 71:15
**Christians** [1] - 59:4
**Christine** [1] - 3:5
**Christopher** [1] - 20:24
**chronic** [4] - 61:9, 61:11, 61:17, 82:5
**Circuit** [4] - 86:10, 86:15, 90:20, 90:25
**circumstances** [4] - 73:9, 74:16, 86:13, 90:24
**cited** [3] - 60:8, 66:3, 66:9
**citizens** [2] - 67:15, 68:16
**city** [2] - 30:18, 47:3
**clarification** [1] - 91:21
**clarifications** [1] - 25:20
**clarify** [1] - 14:20
**Class** [5] - 10:16, 10:18, 11:1, 13:3, 13:4
**class** [2] - 34:19, 37:13
**cleaning** [1] - 36:10
**clear** [6] - 25:6, 53:17, 64:7, 65:21, 73:5, 92:4
**clearly** [10] - 17:16, 18:5, 18:13, 28:14, 45:10, 52:11, 56:24, 57:11, 78:6, 81:12
**Clerk** [6] - 85:13, 85:22, 85:25, 89:19, 90:2, 90:5
**client** [5] - 9:18, 63:12,

66:15, 66:19, 67:1
**client's** [1] - 66:1
**clients** [1] - 93:5
**cliff** [1] - 70:4
**clip** [5] - 18:9, 21:22, 22:9, 22:12, 25:5
**close** [7] - 26:2, 26:7, 30:5, 51:5, 51:15, 51:20, 76:23
**closed** [5] - 29:16, 62:5, 62:6, 72:3, 77:2
**closest** [1] - 92:25
**cloth** [1] - 38:7
**colleagues** [4] - 61:3, 64:7, 81:8, 82:14
**collecting** [1] - 65:4
**collection** [2] - 84:19, 88:23
**college** [4] - 34:14, 77:13, 77:19, 90:18
**college-educated** [1] - 77:13
**colloquy** [1] - 15:8
**colors** [1] - 24:6
**Columbia** [3] - 29:16, 85:15, 89:20
**Columbus** [3] - 28:10, 28:14, 58:20
**combat** [1] - 63:22
**combination** [2] - 12:4, 12:23
**combine** [1] - 15:7
**combining** [1] - 15:8
**coming** [6] - 18:11, 20:19, 21:5, 21:16, 46:22
**commit** [5] - 31:1, 39:14, 84:11, 88:13, 94:7
**commitment** [1] - 95:24
**committed** [4] - 28:6, 62:9, 62:14, 83:14
**committing** [2] - 72:25, 94:10
**communicate** [1] - 93:19
**communicated** [1] - 68:19
**communication** [1] - 54:17
**communications** [1] - 29:8
**community** [6] - 70:15, 77:23, 78:10, 78:12
**comparator** [1] - 83:3
**comparators** [9] - 79:6, 79:8, 79:13,

79:23, 81:15, 81:21, 82:21, 83:5, 83:7
**compared** [1] - 61:15
**comparing** [1] - 60:8
**compensate** [1] - 50:15
**completely** [5] - 17:10, 17:21, 39:5, 43:20, 49:20
**completion** [2] - 86:7, 90:12
**complex** [1] - 74:14
**compliance** [1] - 67:2
**complicated** [3] - 3:24, 48:19, 50:17
**complication** [2] - 51:9, 74:14
**complies** [1] - 79:3
**comply** [4] - 15:22, 71:11, 84:24, 89:3
**composure** [1] - 44:3
**computer** [2] - 17:2, 60:13
**concede** [3] - 24:18, 24:21, 24:22
**concern** [1] - 28:1
**concerned** [1] - 34:21
**concerns** [1] - 81:19
**concession** [1] - 29:11
**concluded** [1] - 96:8
**concurrently** [1] - 87:24
**condition** [5] - 29:19, 37:5, 38:2, 42:17, 84:25
**conditions** [10] - 61:10, 84:5, 84:6, 84:10, 88:7, 88:12, 89:3, 93:24, 94:5
**conduct** [37] - 4:11, 11:20, 11:21, 12:13, 12:14, 44:1, 58:12, 59:5, 61:8, 63:19, 65:3, 65:18, 71:17, 71:19, 72:7, 72:18, 73:1, 73:12, 73:18, 73:20, 74:18, 74:23, 75:9, 75:18, 77:9, 77:12, 77:16, 78:4, 78:24, 79:10, 79:19, 80:15, 80:18, 81:16, 81:19, 84:8, 88:10
**Confederate** [1] - 60:14
**confined** [1] - 60:5
**confinement** [2] - 60:5, 60:23
**conflict** [1] - 95:14
**confronting** [1] -

83:22
**confused** [8] - 28:13, 28:18, 35:24, 36:7, 36:15, 52:19, 60:17, 62:9
**confusion** [2] - 64:10, 64:14
**Congress** [1] - 56:8
**connect** [1] - 54:16
**connection** [10] - 4:24, 5:21, 6:18, 6:22, 7:12, 9:9, 10:4, 13:1, 21:6
**connotations** [2] - 16:22, 24:9
**consequence** [1] - 58:20
**consequences** [1] - 36:20
**consider** [3] - 71:9, 73:4, 73:8
**consideration** [6] - 31:25, 67:3, 78:22, 83:12, 87:15, 87:19
**considerations** [1] - 83:8
**considered** [1] - 71:6
**consistent** [1] - 28:15
**Constitution** [2] - 85:23, 90:3
**constitutionally** [1] - 71:23
**construction** [2] - 18:11, 18:12
**constructive** [1] - 78:9
**consuming** [1] - 79:14
**contact** [2] - 43:2, 54:18
**contempt** [1] - 94:7
**contend** [1] - 65:25
**context** [2] - 38:10, 58:13
**continue** [7] - 18:19, 23:11, 37:13, 59:17, 60:6, 93:25
**continued** [1] - 25:13
**continues** [3] - 24:11, 25:22, 88:18
**continuous** [1] - 37:8
**contrast** [2] - 65:13, 65:22
**contribute** [1] - 56:14
**contributed** [4] - 29:18, 53:7, 61:8, 68:23
**contributing** [1] - 78:10
**contribution** [1] - 74:9
**control** [6] - 19:3, 22:21, 30:16, 37:2,

37:3, 39:9
**controlled** [5] - 84:13, 84:16, 88:15, 88:17, 88:19
**conversations** [1] - 58:18
**convey** [3] - 67:13, 68:18, 69:5
**convicted** [3] - 73:18, 78:4, 79:9
**conviction** [6] - 10:16, 10:18, 86:9, 86:23, 90:19, 91:8
**convictions** [2] - 10:22, 11:2
**cooperate** [2] - 84:19, 88:23
**cop** [1] - 76:5
**cops** [1] - 76:7
**core** [1] - 71:20
**correct** [14] - 5:13, 5:14, 6:1, 8:16, 8:17, 8:21, 8:22, 9:16, 9:17, 28:20, 28:21, 29:22, 67:13, 75:2
**correlation** [1] - 53:19
**corroborated** [1] - 26:10
**cost** [4] - 87:2, 87:4, 91:12, 91:14
**coughing** [2] - 25:20, 26:11
**Council** [1] - 81:16
**counsel** [11] - 3:7, 7:18, 29:8, 63:5, 67:10, 79:14, 87:5, 91:15, 93:18, 93:20, 95:17
**Count** [15] - 10:16, 10:18, 10:25, 12:6, 13:1, 13:2, 13:4, 83:16, 84:1, 84:3, 87:23, 87:24, 88:1, 88:3
**country** [12] - 46:7, 47:2, 47:5, 47:6, 56:6, 61:6, 69:17, 72:10, 78:13, 78:17, 82:3, 82:4
**country's** [1] - 69:18
**counts** [3] - 94:17, 95:3, 95:6
**couple** [6] - 46:21, 53:1, 56:25, 63:18, 72:4, 75:21
**course** [11] - 7:1, 7:6, 11:22, 11:24, 12:17, 15:16, 35:25, 70:11, 75:21, 78:1
**court** [7] - 33:11,

79:12, 86:21, 87:5, 91:6, 91:15, 94:7
**COURT** [119] - 3:11, 3:14, 3:17, 3:21, 3:23, 4:4, 5:15, 6:3, 6:17, 6:21, 6:24, 8:10, 8:12, 8:18, 8:23, 9:1, 9:6, 9:12, 9:18, 9:21, 10:1, 10:7, 13:19, 13:21, 13:25, 14:2, 14:25, 15:13, 15:16, 16:8, 18:16, 18:21, 21:4, 21:8, 21:10, 23:23, 24:1, 28:8, 28:21, 28:24, 29:14, 29:23, 30:8, 30:21, 31:23, 33:8, 33:10, 33:20, 33:24, 34:4, 37:10, 37:15, 38:5, 39:18, 41:1, 41:5, 41:7, 41:9, 41:13, 41:16, 42:18, 42:22, 43:4, 43:8, 43:10, 43:14, 43:22, 49:5, 49:7, 55:22, 56:3, 56:18, 57:9, 57:21, 58:8, 59:2, 60:25, 62:3, 62:16, 62:24, 63:1, 63:11, 64:4, 64:19, 65:8, 65:14, 66:5, 67:5, 69:12, 69:15, 70:1, 70:8, 70:12, 70:23, 70:25, 87:9, 87:11, 87:15, 91:20, 91:24, 92:3, 92:10, 92:14, 92:16, 92:20, 93:1, 93:4, 93:10, 93:14, 94:14, 94:17, 94:22, 94:25, 95:2, 95:5, 95:15, 95:22, 96:3, 96:7
**Court** [54] - 14:15, 15:17, 33:19, 34:2, 34:3, 48:3, 57:7, 57:17, 58:4, 58:17, 59:7, 59:9, 59:10, 59:16, 59:17, 60:8, 62:12, 62:22, 63:5, 63:20, 64:3, 65:23, 67:2, 67:14, 69:6, 69:20, 73:23, 74:7, 79:15, 79:24, 83:14, 85:6, 85:10, 85:14, 85:22, 85:25, 86:5, 86:9, 87:3, 87:21, 89:12, 89:16, 89:19, 89:20, 90:2, 90:5, 90:10, 90:19, 91:13, 91:22
**Court's** [4] - 33:14,

43:6, 60:23, 66:21
**court-appointed** [2] -
87:5, 91:15
**courthouse** [1] -
72:17
**COURTROOM** [1] -
3:2
**courtroom** [3] - 3:6,
34:6, 43:19
**cover** [3] - 14:23,
29:25, 31:10
**covered** [1] - 22:18
**covering** [2] - 20:1,
32:21
**covers** [1] - 27:22
**COVID** [2] - 37:19,
37:20
**Cramer** [3] - 21:4,
21:5, 21:8
**CRAMER** [1] - 21:11
**create** [1] - 39:19
**created** [4] - 11:21,
12:14, 49:12, 69:9
**creating** [1] - 77:7
**credit** [2] - 65:16,
90:17
**credited** [2] - 92:4,
92:6
**creek** [1] - 82:20
**Creek** [1] - 82:21
**crime** [3] - 28:3,
84:12, 88:14
**crimes** [2] - 72:22,
72:25
**Criminal** [6] - 10:23,
11:3, 11:8, 80:11,
80:23, 82:22
**criminal** [19] - 7:16,
10:21, 10:22, 10:24,
11:3, 11:7, 12:4,
12:23, 27:24, 72:7,
72:24, 73:20, 78:14,
79:19, 80:7, 81:19,
82:2, 83:2, 93:22
**crowd** [20] - 18:14,
20:5, 20:14, 20:15,
32:19, 38:3, 38:8,
40:2, 42:25, 66:7,
70:4, 73:1, 74:24,
75:3, 75:24, 76:8,
76:15, 76:19, 76:20
**crowded** [2] - 64:6,
64:8
**crowds** [2] - 39:25,
68:10
**curfew** [3] - 29:20,
29:25, 30:19
**curious** [1] - 29:4
**custody** [2] - 83:15,
87:22

**D**

**D.C** [20] - 17:2, 17:18,
39:14, 42:9, 42:18,
46:5, 46:22, 46:24,
47:6, 47:8, 47:20,
80:6, 85:17, 85:23,
86:10, 86:15, 89:23,
90:3, 90:20, 90:25
**dad** [2] - 47:16, 57:2
**daily** [1] - 35:17
**damages** [1] - 73:25
**dangerous** [4] - 11:16,
42:3, 75:23
**dark** [1] - 70:20
**DARNELL** [19] - 3:12,
6:20, 9:17, 9:20,
14:1, 33:14, 33:22,
34:1, 43:6, 57:10,
58:3, 58:16, 59:7,
61:18, 62:11, 62:18,
62:25, 87:10, 93:3
**Darnell** [10] - 3:13,
6:17, 9:14, 13:25,
33:24, 57:21, 62:24,
87:9, 93:6
**data** [4] - 36:3, 40:12,
41:22, 53:11
**date** [2] - 34:22, 64:19
**dating** [3] - 34:13,
35:8, 40:15
**daughter** [1] - 57:4
**days** [12] - 16:21,
53:1, 57:1, 66:20,
84:17, 85:24, 86:25,
87:1, 88:20, 90:4,
91:10, 91:11
**dazed** [1] - 52:19
**deal** [3] - 35:16, 51:14,
59:23
**dealing** [1] - 48:21
**death** [1] - 75:22
**decide** [1] - 24:10
**decided** [11] - 17:18,
18:6, 27:4, 28:2,
30:5, 30:23, 37:13,
46:21, 60:13, 65:19,
95:12
**deciding** [1] - 22:2
**decision** [11] - 18:7,
22:21, 34:22, 38:23,
38:24, 42:8, 45:9,
48:7, 48:11, 64:9,
64:24
**decisions** [1] - 40:7
**deems** [1] - 14:15
**deep** [1] - 69:15
**deeply** [1] - 66:24
**defect** [2] - 86:12,
90:22

**DEFENDANT** [15] -
8:9, 8:11, 9:5, 9:11,
9:25, 10:6, 49:6,
67:8, 69:14, 69:16,
70:7, 70:11, 70:21,
70:24, 94:16
**defendant** [14] - 4:6,
8:16, 10:10, 13:7,
27:13, 27:22, 59:8,
74:15, 80:22, 82:21,
86:14, 86:16, 90:24,
90:25
**defendant's** [4] -
11:21, 12:14, 86:7,
90:12
**defendants** [35] - 4:5,
5:11, 6:12, 6:15,
10:9, 14:6, 15:14,
27:11, 30:10, 59:2,
64:3, 66:3, 66:14,
73:11, 73:21, 73:23,
74:9, 79:9, 79:11,
80:1, 80:3, 80:7,
80:10, 80:12, 80:16,
80:20, 80:23, 81:1,
81:11, 81:17, 81:24,
82:18, 83:9, 94:18
**defendants'** [1] - 8:13
**defense** [4] - 6:9,
28:20, 29:8, 33:13
**definitely** [1] - 30:2,
53:6
**deflate** [1] - 52:1
**degrading** [1] - 23:20
**degree** [1] - 90:18
**deliberate** [1] - 17:14
**delivering** [1] - 46:12
**democracy** [2] -
71:20, 72:21
**democratic** [1] - 78:20
**demonstrated** [1] -
78:9
**department** [1] - 93:17
**Department** [3] - 17:9,
74:6, 75:14
**departure** [2] - 82:7,
82:13
**deploying** [1] - 19:19
**DEPUTY** [1] - 3:2
**derive** [1] - 68:12
**deserted** [1] - 59:21
**deserve** [1] - 80:20
**designate** [1] - 94:3
**designated** [1] - 93:20
**designation** [4] - 92:9,
92:19, 93:8, 93:19
**desk** [1] - 46:13
**desperately** [2] -
75:16, 76:18
**despite** [6] - 25:8,

25:21, 28:2, 38:1,
83:17, 83:21
**destroyed** [1] - 45:12
**detail** [1] - 54:13
**details** [2] - 74:19,
82:16
**detect** [1] - 35:10
**detention** [6] - 14:15,
64:21, 64:24, 65:8,
65:19, 92:5
**deter** [2] - 72:7, 78:14
**deteriorated** [1] -
52:22
**determination** [3] -
11:9, 13:16, 13:22
**determinations** [1] -
8:15
**determine** [2] - 7:9,
7:14, 89:8
**determined** [2] -
84:18, 88:22
**determines** [4] - 85:6,
85:10, 89:12, 89:16
**deterrence** [14] -
27:15, 27:16, 27:21,
30:22, 31:13, 31:14,
31:19, 72:7, 72:13,
72:16, 72:20, 78:15,
78:22, 78:23
**devastating** [1] -
36:20
**developed** [1] - 64:13
**devices** [1] - 37:9
**Dexcom** [10] - 37:8,
39:23, 53:3, 53:10,
53:11, 53:23, 53:24,
53:25, 54:2, 54:5
**diabetes** [25] - 34:19,
34:20, 34:21, 37:16,
37:17, 37:18, 38:6,
38:12, 38:20, 38:22,
41:16, 41:19, 41:24,
49:4, 49:10, 49:21,
51:8, 51:21, 52:11,
52:14, 57:14, 60:25,
61:1, 61:15, 77:14
**diabetic** [9] - 34:15,
34:16, 35:4, 35:6,
36:24, 37:20, 39:4,
48:12, 48:15
**diabetics** [1] - 49:20
**diagnosed** [3] - 35:7,
49:2, 50:23
**diet** [2] - 37:2, 39:10
**difference** [1] - 49:10
**different** [12] - 7:8,
19:19, 49:19, 49:21,
52:8, 53:21, 54:15,
62:12, 77:10, 79:9,
79:19, 93:7

**differently** [2] - 7:2,
42:12
**differing** [1] - 81:19
**difficult** [4] - 35:13,
51:10, 69:9, 70:13
**difficulties** [4] - 24:13,
78:8, 83:22, 83:23
**diligently** [2] - 33:11,
79:15
**direct** [1] - 16:10
**directed** [3] - 84:20,
88:23, 93:17
**direction** [1] - 4:19
**directly** [6] - 7:19,
7:25, 8:1, 22:15,
25:13, 67:7
**disagree** [1] - 62:11
**disappointed** [1] -
46:16
**disbursement** [2] -
85:15, 89:21
**discontent** [1] - 78:18
**discretion** [1] - 60:24
**discretionary** [2] -
84:5, 88:7
**discuss** [1] - 14:3
**discussed** [1] - 8:24
**disease** [2] - 39:6,
54:8
**diseases** [1] - 49:19
**dismiss** [5] - 41:25,
94:23, 94:25, 95:3,
95:5
**dismissal** [1] - 95:2
**dismissed** [1] - 94:19
**disobey** [1] - 78:20
**disorder** [2] - 61:10,
82:16
**disorderly** [1] - 4:11
**disoriented** [3] -
28:13, 28:18, 52:20
**disparities** [3] - 73:11,
79:2, 79:5
**disparity** [1] - 31:21
**dispositive** [1] - 79:18
**disregard** [1] - 27:21
**disrespectful** [1] -
71:24
**disruption** [1] - 71:23
**dissatisfaction** [1] -
78:17
**distance** [1] - 64:11
**distinguish** [1] - 63:19
**distinguishes** [1] -
64:2
**distracting** [7] - 58:14
**District** [7] - 29:15,
85:14, 85:22, 89:20,
90:2
**district** [2] - 86:4, 90:9

**divergent** [1] - 14:5
**DNA** [2] - 84:19, 88:23
**docket** [2] - 5:1, 5:10
**docketed** [10] - 5:7,
5:8, 5:18, 5:23, 5:25,
6:5, 6:6, 6:7, 6:9,
6:11
**doctor's** [1] - 36:25
**doctors** [1] - 51:5
**documents** [4] - 5:3,
6:14, 6:18, 6:22
**dollars** [2] - 13:10,
13:13
**done** [5] - 40:20,
44:22, 59:13, 66:20,
79:14
**door** [7] - 25:13,
26:20, 36:12, 57:25,
62:6, 62:7, 77:1
**doors** [11] - 25:3, 26:8,
27:7, 62:4, 62:5,
76:14, 76:18, 76:19,
76:24, 77:2
**Doors** [1] - 25:22
**doozy** [1] - 57:13
**double** [1] - 15:11
**double-check** [1] -
15:11
**Douglas** [7] - 3:3, 4:5,
4:6, 83:10, 83:14,
87:21
**down** [23] - 17:21,
17:25, 22:3, 22:11,
23:11, 40:15, 40:18,
47:7, 48:7, 51:2,
51:13, 52:16, 55:4,
55:7, 55:25, 60:15,
66:2, 68:17, 69:16,
75:3, 75:4, 76:19
**downward** [3] - 81:18,
82:6, 82:13
**dreams** [1] - 34:13
**drenched** [1] - 36:13
**driving** [1] - 23:5
**drop** [2] - 26:12, 51:25
**dropped** [1] - 18:6
**drowned** [1] - 36:20
**drug** [6] - 84:16,
84:18, 88:20, 88:21,
90:16, 91:23
**Duckett** [14] - 20:24,
21:24, 22:6, 22:7,
22:13, 22:15, 22:18,
24:1, 30:14, 43:18,
44:2, 44:21, 56:9,
95:11
**Duckett's** [2] - 22:13,
44:12
**due** [4] - 74:1, 81:18,
83:22, 95:13

**during** [6] - 7:4, 7:6,
61:2, 77:5, 90:14,
95:10
**dynamic** [2] - 32:6,
33:1

## E

**early** [6] - 12:21, 35:8,
51:13, 54:23, 55:4,
76:2
**earned** [1] - 66:23
**easel** [2] - 3:22, 3:24
**easels** [1] - 3:23
**easily** [1] - 35:19
**east** [3] - 25:10, 62:21,
92:24
**East** [3] - 26:25, 27:6,
32:21
**easy** [2] - 51:10
**eat** [2] - 48:12, 50:1
**ECF** [4] - 5:9, 5:18,
5:19, 6:8
**ECFs** [3] - 5:7, 5:23,
6:5
**edits** [1] - 14:23
**educated** [4] - 37:5,
42:13, 70:16, 77:13
**educating** [1] - 41:19
**education** [1] - 90:16
**educational** [1] -
90:17
**effect** [5] - 19:12,
19:21, 30:19, 61:20
**effects** [5] - 49:23,
49:24, 51:7, 52:14,
61:21
**efforts** [1] - 26:3
**eighth** [1] - 46:6
**either** [16] - 7:10, 8:16,
19:2, 27:1, 27:2,
28:5, 60:13, 70:9,
74:7, 80:9, 80:10,
80:19, 81:1, 81:11,
82:7, 82:12
**elder** [1] - 32:8
**election** [7] - 23:5,
24:20, 31:5, 41:10,
44:11, 63:9, 75:1
**elements** [1] - 32:24
**elevating** [1] - 51:23
**eligible** [1] - 37:24
**Ellipse** [5] - 17:3,
17:22, 42:19, 47:22,
54:17
**eloquent** [1] - 16:15
**email** [1] - 30:6
**embarrassing** [1] -
16:21
**embarrassment** [2] -

16:18, 78:13
**emphasize** [1] - 65:11
**emphatic** [1] - 38:8
**employees** [1] - 30:6
**encapsulated** [1] -
31:4
**end** [7] - 22:12, 31:11,
55:17, 80:2, 80:13,
80:24, 81:6
**endearance** [1] -
47:15
**ended** [2] - 36:21,
54:13
**enemy** [1] - 76:7
**energy** [1] - 50:5
**enforceable** [2] -
86:19, 91:4
**enforcement** [2] -
11:23, 12:16
**engage** [3] - 68:11,
73:1, 80:14
**engaged** [4] - 25:9,
80:3, 81:5, 81:11
**engaging** [2] - 65:18,
77:10
**enhanced** [1] - 94:9
**ensure** [1] - 71:9
**entail** [1] - 35:5
**enter** [4] - 19:5, 25:11,
80:25, 83:1
**entered** [6] - 10:25,
80:16, 86:17, 86:23,
91:2, 91:8
**entire** [5] - 14:23,
30:18, 32:19, 32:23,
72:4
**entry** [2] - 86:25,
91:10
**episode** [1] - 40:23
**equally** [1] - 47:10
**equate** [1] - 48:19
**escalating** [1] - 51:23
**especially** [1] - 34:21
**establish** [2] - 84:8,
88:10
**et** [1] - 76:9
**evacuation** [1] - 58:14
**evening** [1] - 48:13
**event** [5] - 65:12, 66:9,
67:16, 68:14, 96:4
**eventually** [4] - 23:6,
48:2, 52:1, 53:2
**everlasting** [1] - 63:10
**evidence** [8] - 10:12,
16:6, 17:15, 18:25,
63:20, 65:2, 65:5,
66:16
**evident** [1] - 18:3
**exact** [2] - 27:4, 30:3
**exactly** [1] - 50:18

**examine** [1] - 79:6
**examining** [1] - 65:5
**example** [2] - 36:9,
81:22
**except** [1] - 92:16
**exceptional** [1] - 39:3
**excited** [1] - 47:10
**exclaiming** [1] - 25:4
**excuse** [9] - 28:4,
31:7, 41:16, 41:18,
41:24, 43:21, 44:18,
48:22, 57:21
**excused** [2] - 77:12,
77:14, 96:7
**execute** [2] - 86:5,
90:10
**executes** [1] - 52:4
**exercising** [1] - 70:9
**exhaustive** [1] - 79:8
**Exhibit** [20] - 18:9,
18:10, 19:4, 20:8,
20:13, 20:21, 21:12,
21:18, 21:22, 22:6,
22:17, 22:23, 24:17,
24:24, 25:7, 25:12,
25:16, 25:22, 25:24,
26:4
**exhibited** [1] - 75:19
**Exhibits** [1] - 16:6
**exhibits** [7] - 5:9,
5:12, 6:13, 7:5, 16:4,
16:11, 19:1
**expand** [2] - 50:10,
50:11
**expanding** [1] - 51:24
**expectations** [2] -
84:8, 88:10
**experience** [1] - 73:6
**experienced** [1] -
23:15
**experiencing** [2] -
40:10, 42:2
**expert** [1] - 21:4
**explain** [6] - 8:3,
29:12, 30:10, 48:23,
70:25, 71:3
**explained** [1] - 93:5
**exposed** [1] - 32:24
**express** [1] - 78:18
**expressed** [1] - 57:15
**extent** [3] - 26:3,
86:24, 91:9
**extra** [1] - 31:24
**extreme** [3] - 35:17,
36:1, 40:10
**extremely** [3] - 32:12,
38:19, 41:23
**extremes** [1] - 35:17
**eye** [1] - 80:5
**eyes** [6] - 44:8, 68:15,

68:16, 69:1, 69:20

## F

**fabric** [1] - 16:20
**face** [6] - 20:1, 22:16,
22:17, 22:18, 32:24,
76:18
**faces** [2] - 23:9, 60:2
**facility** [1] - 93:21
**fact** [12] - 10:11,
14:23, 30:23, 31:10,
31:17, 31:24, 41:24,
41:25, 47:5, 74:14,
83:17, 83:22
**factor** [2] - 78:22, 79:4
**factors** [8] - 7:16,
14:4, 15:24, 16:13,
38:13, 71:9, 87:16,
93:8
**factual** [2] - 8:15, 10:9
**fail** [1] - 93:25
**failed** [8] - 22:25,
40:13, 40:25, 42:15,
42:16, 56:11, 57:2
**failure** [8] - 41:1, 41:7,
45:4, 45:8, 55:18,
55:19, 93:22, 94:2
**fairly** [1] - 83:3
**fairness** [1] - 74:10
**faith** [3] - 34:13,
70:15, 71:16
**fall** [1] - 26:14
**fallen** [1] - 36:16
**falling** [1] - 36:19
**falsehood** [1] - 74:25
**families** [1] - 60:3
**family** [31] - 17:19,
18:6, 28:3, 39:12,
41:2, 42:19, 42:22,
44:12, 45:3, 45:15,
56:12, 56:22, 56:24,
57:11, 59:16, 59:25,
60:2, 60:6, 67:14,
69:6, 69:10, 69:21,
70:13, 70:14, 70:15,
70:17, 70:20, 77:22,
78:7, 83:22
**far** [4] - 40:23, 67:11,
70:17, 75:22
**fashion** [1] - 63:25
**fashioning** [1] - 79:21
**fat** [2] - 48:17, 48:18
**father** [12] - 4:6, 17:19,
18:4, 18:11, 26:13,
32:19, 40:15, 40:19,
45:20, 55:18, 60:7,
70:9
**father/son** [2] - 32:5,
47:9

**fathers** [1] - 46:8
**fault** [3] - 45:16, 56:12
**FCI** [1] - 92:19
**fear** [1] - 64:9
**feared** [1] - 44:4
**feat** [1] - 66:25
**Federal** [1] - 90:15
**federal** [9] - 4:9, 4:14, 10:17, 11:11, 11:16, 12:7, 15:23, 84:11, 88:13
**federally** [1] - 88:17
**feet** [1] - 51:13
**fellow** [4] - 23:16, 24:18, 67:15, 68:16
**felony** [6] - 4:8, 4:13, 10:16, 11:1, 13:3, 73:18
**felt** [2] - 36:7, 40:23
**few** [4] - 16:4, 16:9, 34:10, 55:4
**fighting** [1] - 72:2
**figure** [1] - 94:3
**figured** [2] - 55:12, 55:14
**file** [3] - 87:3, 91:13, 95:14
**filed** [8] - 5:21, 5:25, 7:11, 9:9, 10:4, 15:25, 86:25, 91:10
**filibuster** [1] - 46:12
**filing** [3] - 5:12, 87:1, 91:11
**filings** [1] - 5:1
**fill** [1] - 33:18
**film** [3] - 24:11, 25:13, 25:22
**filmed** [2] - 17:22, 18:4
**filming** [4] - 18:10, 20:8, 24:17, 24:25
**films** [1] - 19:16
**finally** [5] - 26:24, 37:24, 61:25, 62:15, 67:18
**financial** [10] - 85:2, 85:3, 85:4, 85:21, 86:1, 89:5, 89:6, 89:7, 90:1, 90:6
**Financial** [2] - 85:16, 89:22
**findings** [1] - 10:11
**fine** [6] - 13:13, 33:21, 34:4, 85:5, 89:11, 94:1
**fines** [1] - 15:21
**finger** [4] - 28:25, 36:18, 53:4
**fire** [1] - 64:15
**fired** [1] - 47:17

**first** [21] - 7:9, 7:17, 15:12, 20:13, 21:21, 26:1, 28:23, 33:15, 33:16, 33:25, 34:3, 34:6, 34:12, 37:23, 43:17, 48:18, 50:24, 57:12, 72:11, 92:10
**fishing** [1] - 33:2
**fist** [1] - 82:1
**fit** [1] - 59:9
**fitting** [1] - 27:13
**five** [1] - 84:21
**fixing** [1] - 50:19
**flag** [2] - 60:15, 77:4
**flagpole** [3] - 81:1, 81:8, 81:9
**flank** [1] - 27:1
**flight** [1] - 17:13
**flips** [1] - 23:9
**flow** [1] - 19:18
**flowing** [1] - 53:20
**fluctuations** [1] - 35:11
**fluid** [1] - 53:17
**focus** [1] - 68:5
**fog** [1] - 65:17
**fold** [1] - 26:17
**folks** [2] - 51:12, 51:13
**follow** [5] - 17:23, 17:24, 70:3, 70:8, 74:24
**followed** [6] - 14:9, 14:11, 15:1, 15:4, 15:20, 75:3
**following** [8] - 13:8, 32:20, 84:4, 84:24, 85:15, 88:6, 89:3, 89:21
**food** [4] - 30:12, 47:4, 50:1, 51:11
**footage** [2] - 64:23, 76:21
**force** [1] - 19:24
**forces** [1] - 74:4
**forcing** [1] - 58:14
**Ford** [2] - 85:16, 89:22
**foremost** [1] - 57:12
**forever** [2] - 58:4, 82:5
**forge** [1] - 18:6
**forget** [1] - 16:24
**forgive** [1] - 44:20
**forgiveness** [1] - 60:7
**forgotten** [2] - 95:10
**former** [2] - 17:20, 55:23
**forth** [1] - 29:7
**fortunate** [1] - 77:21
**forty** [2] - 14:22, 14:25
**forward** [11] - 3:7,

32:23, 40:6, 43:12, 45:13, 45:23, 57:5, 57:6, 68:25, 71:5, 79:5
**foundation** [1] - 45:11
**foundations** [1] - 46:8
**founding** [1] - 46:8
**four** [5] - 7:8, 37:14, 71:2, 81:20, 84:19
**freely** [1] - 43:13
**friends** [1] - 77:23
**front** [17] - 20:9, 22:12, 24:2, 26:25, 27:8, 41:23, 43:23, 46:3, 56:13, 58:5, 58:25, 59:3, 61:23, 62:13, 70:19, 74:10, 80:16
**Front** [4] - 26:25, 27:6, 32:17, 32:21
**Fuck** [1] - 20:23
**full** [5] - 45:25, 65:2, 73:24, 86:1, 90:6
**fuller** [1] - 65:5
**fully** [3] - 9:3, 9:23, 31:16
**fun** [1] - 19:20
**fundamental** [2] - 86:12, 90:22
**future** [7] - 34:13, 40:7, 47:23, 65:17, 70:18, 72:22, 73:3

## G

**gain** [1] - 90:17
**gaining** [1] - 26:18
**gaiter** [4] - 20:1, 23:11, 32:21, 60:15
**gaps** [1] - 33:18
**gas** [2] - 25:6, 76:10
**gate** [3] - 28:10, 28:14, 58:20
**gear** [1] - 75:13
**general** [10] - 27:12, 27:15, 27:16, 31:13, 31:19, 72:13, 72:16, 72:20, 78:15, 78:22
**generally** [5] - 31:25, 49:2, 49:15, 86:19, 91:4
**gentle** [1] - 57:18
**George** [1] - 72:12
**girlfriend** [3] - 5:18, 69:11, 69:21
**given** [7] - 16:23, 31:24, 78:23, 79:17, 20:8, 23:9, 23:12, 23:19, 23:23, 24:11, 24:16, 24:21, 24:25, 25:5,
**glass** [2] - 74:3, 76:24
**gleefully** [1] - 27:8

**global** [1] - 16:17
**globe** [1] - 27:18
**gloves** [1] - 63:23
**glucose** [19] - 36:17, 37:8, 50:2, 50:3, 50:7, 51:21, 52:5, 52:6, 52:11, 52:12, 52:25, 53:7, 53:16, 53:17, 53:20, 53:21, 54:2
**goals** [1] - 68:15
**God** [2] - 53:3, 56:22
**good-enough** [1] - 74:13
**Google** [1] - 27:4
**government** [48] - 3:8, 3:10, 6:13, 6:14, 7:9, 7:17, 8:14, 10:4, 10:8, 11:19, 12:13, 13:17, 13:23, 14:7, 14:18, 14:20, 15:7, 15:17, 15:21, 15:25, 16:2, 17:15, 22:24, 27:10, 27:15, 28:22, 29:2, 29:4, 29:19, 32:2, 46:9, 46:23, 47:22, 48:1, 64:20, 65:4, 73:16, 74:11, 82:19, 82:24, 87:2, 87:7, 91:12, 91:18, 93:11, 95:8, 95:24
**government's** [4] - 5:8, 6:6, 29:9, 74:20
**grabbed** [1] - 60:14
**grabbing** [1] - 26:19
**grabs** [1] - 26:21
**grade** [1] - 46:6
**graduated** [4] - 34:14, 34:19, 37:12, 77:20
**GRADY** [11] - 8:11, 9:5, 9:11, 67:8, 69:14, 69:16, 70:7, 70:11, 70:21, 70:24, 94:16
**Grady** [92] - 3:3, 3:15, 4:6, 4:8, 4:17, 5:5, 5:16, 5:17, 6:22, 6:24, 7:22, 8:10, 8:19, 8:23, 9:1, 10:15, 10:21, 11:5, 11:10, 12:3, 12:9, 13:2, 13:9, 13:16, 14:18, 15:5, 15:19, 16:2, 16:25, 17:18, 18:3, 18:10, 19:7, 19:9, 19:20, 20:8, 20:23, 21:25, 22:10, 23:9, 23:12, 23:19, 23:23, 24:11, 24:16, 24:21, 24:25, 25:5,

25:13, 25:16, 25:17, 26:11, 26:12, 26:18, 26:22, 27:24, 28:12, 30:23, 32:5, 32:14, 32:18, 32:23, 33:5, 34:8, 39:14, 40:8, 40:22, 45:7, 46:23, 47:10, 47:13, 55:2, 63:7, 63:9, 63:21, 64:20, 67:6, 71:8, 72:23, 76:4, 77:4, 77:19, 77:25, 81:3, 81:14, 87:12, 87:17, 87:21, 90:14, 91:17, 94:14, 95:7
**Grady's** [2] - 26:3, 32:24
**grant** [1] - 95:5
**granted** [2] - 16:8, 34:2
**grasping** [1] - 26:19
**grateful** [1] - 63:3
**great** [4] - 28:3, 45:4, 69:18, 78:7
**greater** [2] - 15:22, 71:10
**greatest** [2] - 45:4, 68:18
**grid** [3] - 11:7, 11:9
**grinning** [1] - 27:8
**grocery** [1] - 30:12
**gross** [1] - 74:22
**Grounds** [4] - 17:5, 17:25, 58:13, 75:4
**grounds** [5] - 17:6, 23:6, 58:8, 58:14, 58:16
**group** [2] - 37:23, 76:17
**groups** [1] - 77:10
**grow** [4] - 50:9, 50:10, 52:13
**grown** [2] - 28:1, 77:13
**grown-up** [1] - 77:13
**growth** [1] - 63:17
**guarantee** [2] - 44:25, 47:12
**guess** [2] - 40:9, 43:1
**guideline** [25] - 11:10, 11:11, 11:15, 11:18, 12:2, 12:5, 12:8, 12:12, 12:20, 13:9, 13:12, 13:15, 13:22, 14:14, 15:5, 31:12, 59:9, 61:11, 79:3, 80:2, 80:14, 80:25, 81:20, 82:11, 83:19
**guidelines** [17] - 7:15, 10:14, 10:20, 11:2,

11:6, 12:24, 14:11, 15:3, 15:23, 61:4, 73:7, 81:7, 82:23, 83:13, 83:17, 87:20, 87:23
**Guidelines** [1] - 10:17
**guilt** [2] - 39:11, 39:12
**guilty** [9] - 4:8, 4:13, 11:1, 30:24, 59:12, 73:12, 81:23, 86:10, 90:20
**Gumiel** [1] - 49:7
**guy** [2] - 44:2, 60:11
**guys** [2] - 45:11, 64:11

**H**

**H2-205B** [2] - 85:17, 89:23
**half** [4] - 30:13, 63:16, 65:4, 68:14
**hand** [5] - 25:25, 26:1, 26:19, 81:5
**hand-to-hand** [1] - 81:5
**happy** [2] - 18:19, 62:22
**harass** [1] - 57:25
**hard** [5] - 22:18, 37:22, 76:5, 77:1, 78:2
**harm** [2] - 39:14, 64:1
**harsh** [1] - 55:20
**hauling** [1] - 19:9
**head** [3] - 22:11, 22:13, 22:19
**health** [10] - 36:23, 36:24, 37:3, 44:16, 61:11, 61:13, 61:17, 81:18, 82:15
**healthy** [2] - 36:2, 36:24
**hear** [11] - 7:17, 15:13, 20:10, 20:15, 20:17, 20:22, 23:10, 25:18, 26:2, 33:19, 40:1
**heard** [7] - 16:14, 19:24, 31:1, 48:5, 63:8, 71:25, 75:20
**hearing** [12] - 4:16, 4:23, 4:25, 7:1, 7:4, 7:6, 7:14, 10:8, 14:3, 65:8, 71:8, 95:11
**hearings** [2] - 7:3, 7:8
**heart** [1] - 37:3
**hearts** [1] - 44:19
**heavily** [2] - 72:8, 72:16
**hell** [2] - 31:7, 45:15
**hell-bent** [1] - 31:7

**helmet** [1] - 80:5
**help** [9] - 17:9, 19:19, 28:5, 31:20, 37:2, 39:19, 57:3, 58:9, 75:17
**hereby** [2] - 83:14, 87:21
**hide** [1] - 55:20
**high** [13] - 34:25, 35:9, 35:14, 35:16, 35:18, 41:23, 48:17, 50:12, 50:25, 51:12, 52:15, 61:22, 81:6
**higher** [1] - 80:2, 80:24
**highly** [1] - 36:5
**highs** [3] - 35:15, 35:17, 39:7
**hiked** [1] - 46:13
**Hill** [3] - 63:14, 64:1, 65:24
**himself** [8] - 5:17, 32:12, 32:13, 32:14, 39:3, 39:12, 40:17, 66:18
**histories** [1] - 80:7
**history** [23] - 7:16, 10:21, 10:22, 10:24, 11:3, 11:7, 12:4, 12:23, 16:20, 27:3, 27:22, 27:25, 28:3, 28:4, 29:11, 47:3, 69:18, 72:24, 73:9, 77:18, 82:2, 83:2
**History** [6] - 10:23, 11:3, 11:8, 80:11, 80:23, 82:22
**hit** [5] - 60:15, 76:4, 79:10, 81:8, 82:9
**hitting** [2] - 64:21
**hold** [5] - 19:17, 67:23, 73:23, 74:7, 74:8
**Hold** [1] - 19:22
**hole** [4] - 20:10, 20:18, 64:15
**home** [14] - 14:14, 16:19, 17:1, 17:12, 30:6, 34:17, 36:10, 37:14, 42:20, 53:2, 60:4, 60:5, 60:12, 60:23
**Honey** [1] - 36:14
**Honor** [67] - 3:4, 3:9, 3:12, 3:20, 4:2, 5:14, 6:2, 6:16, 6:20, 6:23, 8:9, 8:11, 8:17, 8:25, 9:5, 9:11, 9:17, 9:20, 9:25, 10:6, 13:18, 13:20, 13:24, 14:1,

14:22, 15:10, 15:15, 15:25, 16:10, 16:12, 16:14, 18:19, 18:24, 19:4, 27:10, 28:19, 29:6, 29:22, 30:9, 30:25, 33:9, 33:22, 34:1, 34:5, 34:7, 43:3, 43:9, 45:14, 55:6, 57:10, 59:13, 63:2, 63:3, 65:10, 66:19, 67:9, 70:21, 87:8, 87:10, 91:19, 93:3, 93:13, 94:13, 94:16, 95:4, 95:9, 95:19
**hope** [5] - 15:8, 31:17, 44:19, 70:19, 72:18
**hoping** [1] - 54:16
**hormone** [1] - 50:5
**horrible** [6] - 36:6, 55:19, 67:17, 68:24, 70:3
**horrific** [2] - 39:3, 42:6
**hot** [1] - 27:17
**hot-button** [1] - 27:17
**hotel** [4] - 17:3, 48:6, 54:15, 54:21
**hour** [1] - 30:13
**hours** [8] - 44:5, 57:21, 57:22, 58:4, 58:5, 58:15, 58:16
**house** [2] - 37:21, 50:20
**House** [3] - 47:22, 85:17, 89:22
**huge** [2] - 51:25, 55:19
**human** [1] - 77:13
**hundred** [1] - 67:1
**hundreds** [1] - 79:8
**hunt** [1] - 66:2
**hurt** [1] - 64:12
**husband** [7] - 34:8, 39:22, 40:21, 42:14, 42:15, 45:4
**husband's** [3] - 37:16, 38:2, 41:19
**hyperglycemia** [1] - 35:1
**hypoglycemia** [1] - 35:2

**I**

**idea** [1] - 59:10
**ignore** [1] - 51:10
**illness** [1] - 82:17
**imagine** [2] - 36:3, 36:7
**immediately** [2] -

85:21, 90:1
**immensely** [1] - 78:1
**immune** [1] - 49:11
**impact** [1] - 5:24
**imply** [1] - 64:17
**important** [6] - 17:16, 42:2, 50:14, 54:12, 72:13, 78:16
**impose** [8] - 8:4, 15:18, 71:1, 71:3, 71:10, 83:9
**imposed** [12] - 13:3, 13:5, 29:20, 71:18, 78:14, 84:8, 86:23, 87:6, 87:17, 88:9, 91:8, 91:16
**imposing** [1] - 74:12
**imprisonment** [5] - 12:5, 12:24, 13:8, 82:14, 93:23
**inauguration** [1] - 55:15
**incarceration** [12] - 14:8, 14:19, 14:25, 15:4, 77:17, 78:25, 80:2, 80:13, 80:21, 80:24, 82:23, 90:15
**incident** [1] - 70:3
**include** [3] - 22:25, 84:10, 88:12
**included** [1] - 22:24, 27:2
**includes** [3] - 86:4, 88:16, 90:8
**including** [4] - 20:13, 70:5, 81:16, 82:15
**increase** [1] - 83:18
**increased** [1] - 12:11
**incredibly** [1] - 40:24
**indicate** [1] - 27:25
**indicating** [2] - 24:19, 24:20
**indication** [2] - 19:6, 66:22
**indictment** [2] - 94:18, 95:6
**individual** [2] - 19:9, 74:9
**individuals** [1] - 81:13
**Industries** [1] - 90:16
**industry** [2] - 34:14, 37:6
**infamous** [1] - 16:22
**infamously** [1] - 65:24
**information** [11] - 5:4, 40:24, 42:2, 53:3, 53:10, 85:2, 85:3, 85:4, 89:5, 89:6, 89:7
**ingredients** [1] - 70:18

**initial** [2] - 25:2, 32:18
**injured** [2] - 63:4, 74:6
**injury** [7] - 11:22, 12:15, 61:3, 61:7, 61:16, 82:3, 82:5
**insert** [1] - 53:12
**inside** [8] - 25:25, 28:11, 28:12, 36:10, 53:13, 58:15, 62:10, 81:25
**inspired** [2] - 27:18, 74:24
**instead** [1] - 22:2
**instinct** [1] - 64:9
**insulin** [15] - 37:7, 48:19, 49:12, 49:14, 49:15, 49:17, 49:18, 49:25, 50:3, 50:5, 50:8, 50:14, 50:16, 51:11
**insurrection** [1] - 16:23
**intent** [2] - 44:10, 64:1
**intention** [1] - 15:11
**intentional** [2] - 66:13, 81:10
**intentions** [4] - 17:14, 21:16, 31:3, 31:5
**interest** [8] - 85:7, 85:11, 85:12, 89:13, 89:17, 89:18
**interested** [2] - 43:22, 46:22
**interesting** [1] - 7:5
**interstitial** [4] - 53:16, 53:17, 53:21, 54:2
**investigation** [13] - 5:6, 6:4, 7:11, 8:13, 8:21, 8:24, 9:8, 9:16, 9:19, 10:3, 10:10, 71:7, 86:3
**involuntary** [2] - 86:11, 90:21
**involved** [2] - 11:16, 60:10
**involves** [1] - 73:20
**involving** [1] - 43:25
**ironically** [2] - 23:13, 60:11
**irreversible** [1] - 39:13
**irritable** [2] - 61:22, 61:24
**ish** [1] - 46:10
**issue** [6] - 21:6, 27:17, 42:4, 42:5, 60:9, 62:2
**issued** [1] - 30:3
**issues** [1] - 51:2, 51:3, 60:1, 60:2, 61:11, 61:14, 61:17,

61:19, 74:14, 82:15
**IT** [3] - 18:16, 18:22, 21:4
**itself** [7] - 17:6, 18:25, 49:25, 86:18, 86:20, 91:3, 91:4

**J**

**Jackson** [1] - 82:6
**January** [37] - 16:16, 16:18, 16:23, 17:7, 17:16, 23:15, 23:16, 27:17, 27:19, 29:17, 29:20, 29:25, 30:2, 30:4, 30:8, 30:9, 30:20, 36:5, 37:19, 44:1, 44:4, 52:24, 60:12, 61:8, 61:20, 63:21, 66:10, 67:10, 69:24, 71:20, 72:18, 73:2, 73:19, 78:5, 78:11, 78:17, 79:10
**Jason** [76] - 3:3, 3:13, 4:5, 4:13, 4:17, 6:3, 6:9, 6:11, 6:19, 6:24, 7:24, 8:6, 8:8, 9:14, 9:22, 10:24, 12:6, 12:22, 13:2, 13:12, 13:22, 14:7, 14:17, 15:19, 16:2, 16:25, 19:25, 22:1, 22:12, 22:15, 22:17, 23:10, 25:12, 25:24, 26:1, 26:3, 26:17, 26:19, 26:21, 27:24, 28:9, 28:11, 28:12, 28:17, 28:25, 31:15, 31:23, 32:12, 32:21, 33:6, 33:16, 33:17, 33:25, 34:7, 34:10, 34:22, 40:9, 40:10, 43:6, 57:11, 59:15, 59:19, 60:20, 61:22, 71:7, 72:23, 77:1, 78:6, 81:5, 82:19, 82:25, 83:10, 83:14, 93:1, 94:12, 95:6
**JASON** [14] - 8:9, 9:25, 10:6, 43:9, 43:11, 43:17, 44:6, 49:6, 49:9, 55:24, 56:5, 56:20, 87:14, 94:13
**Jason's** [3] - 35:6, 40:16, 41:2
**Jeep** [1] - 3:13
**jeering** [1] - 20:15
**jelly** [5] - 29:18, 48:5, 48:10, 48:12, 48:15
**Jessica** [1] - 3:4

**Jim** [1] - 3:12
**job** [6] - 23:17, 45:24, 60:7, 75:20, 78:7
**Joe** [1] - 56:7
**join** [2] - 18:2, 28:2
**joined** [4] - 17:23, 17:24, 24:21
**joining** [1] - 24:16
**joins** [1] - 26:17
**jointly** [2] - 73:23, 74:7
**Judge** [1] - 82:6
**judge** [3] - 7:1, 82:5, 91:22
**judges** [2] - 72:17, 79:12
**judgment** [10] - 38:19, 38:20, 40:11, 70:10, 83:13, 87:1, 87:20, 91:11, 92:4, 95:23
**July** [1] - 46:10
**July-ish** [1] - 46:10
**June** [1] - 34:9
**juvenile** [2] - 34:15, 34:21

**K**

**keep** [15] - 19:19, 21:16, 28:13, 28:18, 44:2, 50:17, 58:9, 62:4, 62:5, 62:6, 75:12, 75:17, 76:19, 77:1, 94:2
**kick** [1] - 51:7
**kid** [3] - 46:16, 47:13, 56:11
**kids** [5] - 37:14, 46:21, 49:2, 51:19, 57:3
**kind** [15] - 27:22, 32:20, 34:11, 35:6, 35:10, 36:9, 47:8, 49:9, 49:20, 51:10, 52:1, 54:25, 57:18, 59:17, 62:1
**KN95** [1] - 38:6
**knife** [2] - 66:10, 82:10
**knowing** [3] - 11:23, 12:15, 68:23
**knowledge** [1] - 70:22
**known** [5] - 10:19, 11:14, 33:2, 52:11, 63:16
**knows** [3] - 59:16, 63:14, 75:25

**L**

**lacking** [1] - 78:11
**lacrosse** [4] - 60:11, 60:14, 60:16, 82:10

**lacrosse-stick** [1] - 60:11
**language** [1] - 31:7
**lapel** [2] - 49:5, 49:7
**large** [1] - 44:13
**last** [5] - 8:3, 36:8, 43:23, 43:24, 53:9
**lasted** [1] - 58:6
**lastly** [1] - 7:18
**late** [2] - 5:1, 40:23
**latter** [1] - 40:9
**law** [11] - 11:23, 12:16, 27:21, 68:15, 69:1, 69:20, 71:23, 72:3, 78:20, 88:17
**law-abiding** [1] - 69:1
**lawful** [1] - 17:21
**Lawn** [3] - 25:6, 54:14, 55:14
**lawyer** [1] - 59:21
**lay** [3] - 7:3, 17:11, 18:2
**laying** [1] - 18:12
**leaders** [4] - 48:2, 56:5, 56:6, 78:19
**leading** [2] - 29:16, 66:7
**leads** [1] - 70:9
**learn** [2] - 46:23, 78:2
**learned** [4] - 38:21, 38:22, 70:2, 73:5
**least** [4] - 32:17, 47:13, 84:17, 88:21
**leave** [3] - 25:10, 55:3, 95:23
**led** [1] - 25:2
**LEDERER** [50] - 3:9, 5:14, 6:2, 6:16, 8:17, 13:18, 13:24, 14:22, 15:10, 15:15, 15:17, 16:9, 18:19, 18:24, 21:9, 21:12, 21:14, 21:20, 21:24, 22:5, 22:9, 23:3, 23:25, 24:4, 24:16, 24:24, 25:16, 25:24, 26:7, 26:17, 28:19, 28:22, 29:6, 29:22, 29:24, 30:9, 30:22, 32:4, 33:9, 87:8, 91:19, 93:13, 94:20, 94:23, 95:1, 95:3, 95:9, 95:19, 96:2, 96:6
**Lederer** [1] - 3:10
**Leffingwell** [7] - 60:9, 60:21, 61:1, 61:4, 81:16, 81:22, 83:4
**left** [9] - 25:19, 26:15, 48:9, 54:21, 60:23, 75:5, 75:7, 95:19

**legitimate** [1] - 78:18
**legitimately** [1] - 58:15
**legs** [1] - 77:6
**less** [8] - 3:24, 57:19, 58:6, 75:18, 81:12, 81:15, 85:19, 89:25
**lesser** [3] - 80:8, 80:20, 81:20
**lesson** [1] - 78:2
**letter** [5] - 5:17, 7:23, 7:25, 30:25, 34:4, 78:3
**letters** [5] - 5:20, 6:10, 57:17, 59:15, 78:3
**level** [12] - 11:6, 11:12, 11:25, 12:3, 12:10, 12:18, 12:22, 14:14, 50:12, 74:22, 79:23
**levels** [5] - 11:13, 11:18, 12:1, 12:11, 12:19
**liable** [2] - 73:23, 74:8
**license** [2] - 78:19, 78:20
**life** [27] - 32:7, 44:4, 44:24, 45:10, 45:11, 45:23, 48:18, 49:3, 49:16, 56:22, 56:23, 57:3, 57:6, 57:16, 66:18, 67:11, 68:4, 68:23, 69:2, 69:19, 70:16, 75:23, 76:15, 78:6
**life-threatening** [2] - 75:23, 76:15
**lightly** [1] - 27:20
**likely** [2] - 53:24, 54:1
**limited** [1] - 79:16
**line** [7] - 20:4, 20:9, 21:2, 23:22, 24:6, 66:12, 76:22
**link** [1] - 27:2
**list** [1] - 34:25
**listen** [2] - 4:20, 22:2
**listened** [2] - 55:2, 63:7
**listening** [1] - 63:15
**literally** [1] - 35:15
**literature** [1] - 37:17
**live** [8] - 23:12, 23:14, 38:23, 40:3, 42:7, 42:8, 45:22, 68:22
**lived** [2] - 39:11, 39:12
**lives** [1] - 37:25
**local** [3] - 84:12, 88:14, 88:16
**location** [3] - 25:14, 27:4, 92:23
**long-term** [3] - 35:3,

49:24, 51:7
**longevity** [1] - 37:4
**look** [9] - 5:22, 35:2, 35:5, 38:10, 44:7, 58:12, 70:14, 79:24, 93:7
**looked** [6] - 35:1, 36:11, 43:12, 63:8, 74:20, 79:24
**looking** [8] - 22:1, 24:6, 27:13, 32:8, 57:5, 62:9, 64:23, 79:7
**looks** [1] - 3:24
**losing** [1] - 45:24
**loss** [3] - 39:24, 85:18, 89:24
**lost** [2] - 35:13, 45:24
**love** [9] - 34:12, 44:7, 45:7, 46:5, 47:3, 47:4
**loved** [2] - 46:20, 47:1
**loving** [1] - 78:7
**low** [16] - 35:2, 35:9, 35:14, 35:16, 35:23, 36:8, 36:18, 40:11, 40:20, 51:1, 51:14, 51:15, 52:15, 58:21, 62:1, 80:13
**lower** [5] - 31:11, 61:5, 61:12, 82:7, 82:11
**lowest** [2] - 68:4, 69:17
**lows** [1] - 35:15, 35:18, 35:25, 39:7, 51:16
**lyrics** [1] - 24:20

**M**

**ma'am** [4] - 42:20, 56:20, 70:7, 70:21
**macing** [2] - 25:20, 26:11
**macro** [2] - 74:22, 79:23
**magic** [1] - 21:8
**Magistrate** [1] - 58:19
**maintain** [1] - 69:1
**mall** [1] - 55:7
**man** [9] - 32:11, 34:18, 57:11, 57:17, 57:18, 61:1, 61:9, 61:24, 62:13
**manage** [1] - 54:8
**managed** [1] - 76:23
**managing** [1] - 49:4
**mandated** [1] - 71:23
**mandatory** [6] - 13:10, 13:13, 84:5, 84:10,

88:7, 88:12
**Manual** [1] - 10:17
**marijuana** [1] - 88:16
**Marines** [2] - 61:2, 82:4
**Mark** [1] - 83:4
**married** [1] - 34:8
**marry** [1] - 34:18
**masculinity** [1] - 24:8
**mask** [2] - 26:12, 38:6
**massive** [2] - 18:12, 52:2
**material** [1] - 18:12
**materials** [1] - 4:24
**matter** [5] - 21:16, 56:7, 64:13, 88:16, 95:22
**Mattice** [4] - 66:4, 66:9, 79:25, 80:9
**mature** [1] - 31:24
**matured** [1] - 78:17
**Mault** [3] - 66:9, 79:25, 80:9
**maximum** [2] - 13:3, 13:5
**mayor** [3] - 29:15, 30:4, 30:14
**meal** [2] - 48:16, 48:17
**mean** [7] - 33:1, 41:16, 58:1, 64:17, 66:17, 70:12, 74:2
**meaning** [1] - 93:21
**means** [2] - 16:16, 72:10
**meant** [1] - 47:8
**mechanism** [2] - 49:25, 50:5
**media** [1] - 66:16
**medical** [9] - 29:10, 29:19, 38:2, 40:11, 41:22, 41:25, 60:9, 61:11, 61:19
**medications** [1] - 37:1
**Medtronic** [1] - 37:7
**meet** [1] - 42:24
**meeting** [1] - 34:17
**member** [3] - 24:17, 24:18, 78:10
**members** [5] - 17:19, 18:6, 42:22, 70:15, 74:4
**memo** [10] - 5:8, 6:8, 19:3, 22:25, 28:9, 28:20, 28:25, 29:15, 66:3, 66:10
**memoranda** [1] - 71:6
**memorandum** [3] - 5:16, 6:6, 14:24
**memorandums** [1] - 16:1

**Memorial** [1] - 25:22
**memory** [1] - 35:25
**mental** [6] - 61:11, 61:13, 61:17, 81:18, 82:15, 82:17
**mention** [1] - 95:10
**mentioned** [3] - 32:2, 81:22, 82:2
**met** [3] - 34:10, 34:12, 51:19
**methods** [1] - 89:10
**Metropolitan** [3] - 17:8, 74:5, 75:14
**mic** [2] - 49:5, 49:8
**microphone** [3] - 9:2, 9:22, 43:14
**middle** [1] - 37:19
**midlife** [1] - 35:5
**midpoint** [2] - 14:8, 15:1
**midrange** [1] - 31:12
**might** [12] - 7:6, 17:12, 21:6, 27:25, 43:22, 55:11, 63:4, 64:25, 65:18, 92:17, 94:20, 95:16
**mightily** [1] - 62:5
**Miller** [1] - 82:20
**million** [3] - 16:14, 73:25
**mind** [2] - 31:4, 83:6
**minimize** [1] - 54:10
**minimum** [1] - 92:23
**minute** [2] - 58:6, 66:18
**minutes** [1] - 55:4
**mirror** [1] - 27:18
**miscommunication** [2] - 29:7, 29:13
**misdemeanor** [3] - 4:10, 10:18, 13:4
**missed** [3] - 4:25, 5:2, 23:23
**missing** [2] - 51:13, 60:13
**mistake** [1] - 57:13
**mistaken** [1] - 66:8
**mistakes** [2] - 57:12, 67:12
**mitigate** [3] - 28:6, 31:20, 37:3
**mitigation** [1] - 29:10
**mob** [4] - 24:18, 62:6, 74:1, 75:17
**model** [1] - 32:9
**mom** [3] - 34:17, 34:19, 40:15
**moment** [9] - 16:5, 16:19, 18:7, 18:9, 26:14, 64:25, 68:13,

76:2, 76:6
**monitor** [1] - 36:17
**monitoring** [2] - 37:8, 41:2
**month** [2] - 85:20, 89:25
**months** [23] - 13:5, 14:9, 14:11, 14:22, 15:1, 15:4, 15:19, 37:1, 44:15, 53:3, 61:5, 61:6, 61:12, 61:13, 82:8, 82:11, 83:15, 83:25, 87:22, 87:23, 87:25
**months'** [12] - 12:5, 12:24, 14:8, 14:19, 14:25, 15:4, 80:1, 80:13, 80:21, 80:24, 82:14, 82:23
**Monument** [1] - 55:1
**morning** [13] - 3:9, 3:11, 3:12, 3:14, 3:16, 3:17, 4:5, 10:5, 43:9, 43:10, 48:14, 74:17, 74:21
**most** [9] - 5:12, 48:8, 53:24, 54:1, 55:10, 60:3, 66:14, 68:4, 71:24
**mother** [5] - 5:18, 37:10, 38:13, 40:13, 71:8
**motion** [4] - 6:7, 16:8, 34:2, 95:5
**motivated** [2] - 11:20, 12:13
**Mount** [1] - 47:1
**mouth** [1] - 32:22
**move** [10] - 18:14, 20:17, 20:18, 40:6, 43:14, 45:12, 48:22, 50:18, 94:25, 95:3
**moves** [1] - 43:15
**moving** [3] - 45:23, 49:22, 57:6
**MPD** [4] - 20:3, 20:7, 21:20, 58:9
**multiple** [5] - 57:24, 73:6, 73:21, 77:9, 77:10
**Museum** [2] - 47:1, 47:18
**museums** [4] - 46:20, 47:4, 47:11, 47:18
**must** [23] - 79:16, 84:11, 84:13, 84:15, 84:16, 84:19, 84:21, 85:1, 85:18, 86:25, 88:13, 88:15, 88:19, 88:20, 88:23, 88:25,

89:3, 89:4, 89:8, 89:9, 89:24, 91:10, 93:21

## N

**name** [1] - 34:7
**names** [4] - 3:7, 16:22, 16:24, 46:13
**nation** [2] - 16:17, 47:5
**nation's** [1] - 16:20
**natural** [1] - 55:10
**nature** [5] - 16:12, 27:11, 35:20, 73:8, 74:16
**near** [2] - 54:25, 55:3
**necessarily** [1] - 79:3
**necessary** [3] - 15:22, 69:19, 71:11
**necessity** [1] - 28:4
**need** [12] - 44:16, 45:2, 53:22, 55:21, 60:3, 71:18, 73:2, 73:10, 73:12, 78:14, 79:1, 94:18
**needed** [1] - 59:25
**needle** [3] - 53:12, 53:13
**needs** [4] - 27:19, 40:17, 60:3, 69:3
**nervous** [3] - 34:6, 34:24, 52:21
**network** [1] - 77:22
**never** [26] - 29:9, 29:11, 32:6, 38:8, 40:19, 42:6, 42:24, 43:2, 43:19, 44:9, 44:10, 44:18, 44:22, 44:23, 45:17, 47:7, 50:19, 50:20, 54:18, 55:9, 56:16, 67:24, 68:7, 68:8
**new** [3] - 72:25, 94:7, 94:10
**next** [7] - 7:1, 8:8, 21:9, 47:7, 48:14, 49:13, 51:15
**night** [1] - 48:13
**Noah** [2] - 20:24, 24:1
**nobody** [2] - 45:16, 45:24
**nondiabetic's** [1] - 50:15
**none** [2] - 45:8, 48:6
**nonetheless** [1] - 75:2
**nonsense** [1] - 63:13
**noon** [1] - 54:22
**normal** [6] - 35:20, 36:1, 51:5, 51:15,

51:20, 52:23
**north** [1] - 62:20
**northwest** [4] - 19:8, 19:16, 19:18, 24:25
**Northwest** [2] - 85:23, 90:3
**nose** [1] - 32:22
**notable** [1] - 37:15
**noted** [3] - 87:7, 91:17, 92:12
**notes** [1] - 19:3
**nothing** [5] - 36:12, 38:7, 55:9, 56:18, 75:18
**notice** [5] - 23:1, 86:25, 87:1, 91:10, 91:11
**noticed** [1] - 5:9
**notify** [2] - 85:25, 90:5
**nowhere** [2] - 54:25, 55:3
**number** [7] - 37:12, 56:22, 56:23, 59:14, 75:21, 79:5, 93:7
**numbers** [1] - 32:1
**numerous** [2] - 24:5, 24:9
**nurse** [4] - 37:10, 37:11, 37:12, 38:13
**nursing** [2] - 34:20, 37:13
**nut** [1] - 48:5

## O

**o'clock** [2] - 54:21, 76:3
**obeyed** [1] - 66:21
**objection** [3] - 10:8, 92:11, 93:11
**objections** [10] - 7:10, 7:12, 7:13, 8:14, 8:20, 9:15, 13:15, 13:21, 87:6, 91:16
**obligation** [2] - 86:1, 90:6
**obligations** [2] - 85:21, 90:1
**obstruct** [1] - 89:10
**obviously** [3] - 18:24, 19:1, 67:23
**OC** [2] - 26:9, 32:25
**occur** [1] - 50:10
**occurred** [5] - 11:22, 11:24, 12:17, 67:17, 74:4
**offense** [47] - 4:8, 4:10, 4:13, 10:19, 11:6, 11:9, 11:12, 11:13, 11:14, 11:18,

11:20, 11:24, 11:25, 12:1, 12:3, 12:9, 12:11, 12:13, 12:17, 12:18, 12:19, 12:22, 16:12, 43:25, 58:11, 59:5, 59:12, 71:17, 71:19, 72:7, 72:18, 73:1, 73:9, 73:13, 73:18, 74:17, 74:18, 75:9, 77:9, 77:12, 77:16, 78:4, 78:24, 79:9, 93:22, 94:8, 94:10

**offered** [1] - 48:22

**office** [13] - 14:10, 15:2, 84:6, 84:18, 85:3, 86:2, 86:7, 88:8, 88:22, 89:6, 90:7, 90:12, 93:19

**Office** [8] - 85:4, 85:16, 85:17, 86:4, 89:7, 89:22, 89:23, 90:9

**office's** [4] - 5:6, 6:4, 9:7, 10:2

**Officer** [21] - 22:10, 22:11, 22:13, 22:15, 22:18, 43:18, 44:2, 44:12, 44:21, 56:9, 63:4, 64:6, 64:7, 67:14, 69:6, 85:16, 89:22, 95:11, 95:13, 95:21

**officer** [38] - 4:9, 4:14, 11:11, 11:16, 11:20, 11:23, 12:7, 12:13, 12:16, 20:13, 20:21, 22:5, 22:6, 62:8, 62:17, 62:19, 64:22, 65:12, 65:15, 65:16, 65:24, 66:2, 67:14, 68:19, 69:5, 76:5, 80:17, 81:2, 81:4, 81:9, 81:10, 81:25, 82:9, 84:20, 85:1, 88:24, 89:4

**officer's** [1] - 26:21

**officers** [45] - 17:8, 19:17, 19:22, 20:4, 20:16, 20:17, 20:22, 21:1, 21:20, 22:1, 22:3, 22:23, 23:5, 23:9, 23:11, 23:12, 23:13, 23:19, 23:21, 23:24, 24:5, 24:6, 24:7, 26:18, 26:23, 45:21, 60:16, 64:2, 64:10, 64:16, 65:20, 68:21, 75:14, 75:19, 75:21, 76:4, 76:11,

76:16, 76:17, 76:23, 77:11, 80:15, 83:1

**Officers** [4] - 20:24, 21:24, 22:7, 30:14

**officers'** [2] - 23:8, 25:6

**often** [2] - 46:18, 51:14

**old** [3] - 34:10, 40:14, 46:23

**older** [1] - 52:13

**once** [2] - 26:14, 81:4

**one** [46] - 3:25, 7:6, 11:7, 16:21, 16:24, 26:12, 27:6, 37:12, 44:19, 46:2, 46:14, 47:24, 49:1, 49:13, 51:21, 52:5, 52:10, 56:22, 56:23, 57:25, 58:17, 60:17, 60:18, 61:3, 65:6, 69:17, 70:2, 76:24, 77:3, 77:19, 79:24, 80:10, 80:19, 81:7, 81:11, 81:15, 82:8, 82:12, 82:14, 82:18, 83:4, 84:11, 84:16, 88:13, 88:20

**open** [14] - 22:14, 25:11, 26:21, 30:13, 32:16, 48:7, 50:6, 62:4, 77:2, 77:3, 94:17, 95:6, 95:20, 95:23

**open-source** [1] - 22:14

**opens** [1] - 62:7

**opportunity** [6] - 7:20, 7:25, 8:1, 33:20, 66:23, 67:6

**opposite** [1] - 51:24

**Options** [2] - 84:7, 88:9

**order** [7] - 30:3, 30:4, 66:21, 69:3, 86:5, 90:10, 95:24

**ordered** [6] - 84:2, 85:5, 85:9, 88:2, 89:11, 89:15

**orders** [2] - 17:23, 17:24

**original** [1] - 23:1

**otherwise** [1] - 10:18

**ourselves** [2] - 71:13, 72:9

**out-of-character** [1] - 48:24

**outlined** [1] - 16:2

**outnumbered** [2] - 75:23, 76:17

**outset** [1] - 79:7

**outside** [2] - 36:10, 76:24

**overall** [1] - 58:13

**overdeflate** [1] - 52:1

**overreactions** [1] - 48:23

**overrun** [1] - 17:10

**overwhelmed** [2] - 35:23, 36:7

**owe** [2] - 45:10, 74:15

**owed** [3] - 73:24, 85:19, 89:25

**Owens** [136] - 3:3, 3:13, 3:15, 4:6, 4:7, 4:8, 4:13, 4:17, 5:5, 5:16, 5:17, 6:3, 6:7, 6:11, 6:19, 6:22, 6:25, 7:22, 7:24, 8:6, 8:8, 8:10, 8:19, 8:23, 9:1, 9:22, 10:16, 10:21, 10:25, 11:5, 11:10, 12:3, 12:6, 12:9, 12:22, 13:2, 13:9, 13:12, 13:16, 13:22, 14:7, 14:13, 14:17, 14:18, 15:5, 15:19, 16:2, 16:25, 17:18, 19:7, 19:9, 19:20, 19:25, 20:8, 22:10, 22:12, 22:15, 22:17, 23:9, 23:10, 23:12, 23:19, 23:23, 24:11, 24:16, 24:21, 25:5, 25:12, 25:17, 26:17, 26:19, 26:21, 30:23, 31:15, 31:23, 32:5, 32:14, 32:18, 32:21, 33:5, 33:6, 33:25, 34:2, 34:7, 41:17, 43:8, 47:13, 57:9, 57:11, 57:23, 59:15, 61:5, 61:12, 62:7, 63:7, 63:21, 67:6, 71:7, 71:8, 72:23, 76:4, 77:1, 77:4, 77:19, 77:25, 78:6, 81:3, 81:5, 81:14, 82:8, 82:12, 82:19, 82:25, 83:10, 83:14, 87:12, 87:17, 87:21, 90:14, 91:17, 93:1, 94:12, 94:15, 95:6, 95:7

**OWENS** [39] - 8:9, 8:11, 9:5, 9:11, 9:25, 10:6, 34:5, 37:11, 38:4, 38:15, 39:20, 41:4, 41:6, 41:8, 41:11, 41:15, 41:21,

42:20, 42:24, 43:5, 43:9, 43:11, 43:17, 44:6, 49:6, 49:9, 55:24, 56:5, 56:20, 67:8, 69:14, 69:16, 70:7, 70:11, 70:21, 70:24, 87:14, 94:13, 94:16

**Owens's** [12] - 6:9, 9:14, 18:3, 18:10, 24:25, 25:16, 25:24, 26:1, 26:10, 28:9, 28:25, 64:20

**Owenses** [16] - 17:12, 17:16, 19:5, 19:23, 20:7, 20:18, 20:20, 20:22, 20:25, 21:2, 21:21, 21:25, 23:4, 24:10, 25:9, 27:7

**own** [10] - 10:11, 14:13, 18:3, 23:15, 26:10, 32:1, 47:6, 49:3, 49:11, 50:24

## P

**p.m** [8] - 25:3, 26:8, 30:1, 30:2, 30:4, 30:7, 30:19, 96:8

**page** [1] - 28:10

**paid** [2] - 86:1, 90:6

**pancreas** [1] - 49:12

**pandemic** [1] - 37:20

**papers** [3] - 9:9, 10:4, 83:24

**parent** [1] - 32:8

**parents** [7] - 32:7, 42:25, 46:6, 46:11, 46:16, 54:14, 54:20

**Part** [2] - 84:6, 88:8

**part** [17] - 4:17, 39:16, 40:9, 42:15, 44:8, 44:17, 45:8, 48:11, 55:20, 58:8, 65:1, 66:11, 69:17, 76:14, 76:20, 86:16, 91:1

**participate** [1] - 90:15

**participated** [2] - 17:6, 17:25

**particular** [4] - 36:13, 46:11, 47:18, 78:11

**particularly** [4] - 37:18, 81:21, 83:6

**parties** [4] - 5:3, 14:3, 79:5, 79:23

**partook** [1] - 67:20

**parts** [5] - 4:18, 7:10, 9:16, 51:21, 58:12

**pass** [1] - 32:7

**past** [2] - 36:9, 68:13

**Pat** [1] - 3:15

**path** [2] - 51:9, 51:10

**pay** [11] - 73:15, 84:2, 85:5, 85:7, 85:11, 85:18, 88:2, 89:11, 89:12, 89:17, 89:24

**payable** [2] - 85:21, 90:1

**payment** [1] - 74:13

**payments** [2] - 85:13, 89:19

**peace** [2] - 27:6, 64:16

**peaceful** [2] - 72:11, 78:18

**peacefully** [2] - 55:25, 56:2

**peanut** [5] - 29:17, 48:5, 48:10, 48:12, 48:15

**penalties** [5] - 12:25, 85:7, 85:12, 89:13, 89:18

**pending** [2] - 93:12, 94:10

**people** [40] - 18:16, 20:10, 27:20, 28:11, 32:1, 37:17, 37:20, 37:21, 38:3, 38:8, 39:25, 41:13, 41:14, 46:17, 47:5, 48:5, 54:23, 55:13, 58:10, 59:3, 59:15, 63:11, 70:18, 72:1, 72:14, 72:17, 72:20, 72:25, 74:4, 74:7, 74:24, 75:2, 75:3, 75:4, 75:6, 75:11, 75:13, 75:15, 75:24, 83:19

**pepper** [3] - 26:10, 66:11, 80:5

**per** [2] - 63:24, 73:16

**percent** [2] - 49:19, 67:1

**perfect** [2] - 39:16, 39:22

**perhaps** [1] - 70:8

**perimeter** [1] - 17:5

**period** [7] - 14:15, 15:20, 44:14, 60:22, 77:16, 78:24, 90:15

**periodic** [2] - 84:17, 88:21

**permission** [4] - 33:15, 43:6, 87:3, 91:13

**permitted** [2] - 86:24, 91:9

**perpetration** [1] - 74:25

**person** [15] - 11:23,

12:16, 18:22, 25:17, 46:14, 59:6, 59:24, 59:25, 63:15, 67:25, 68:1, 71:14, 72:14, 78:4

**personal** [2] - 77:18, 79:20

**personally** [1] - 38:18

**persons** [1] - 76:1

**petty** [2] - 4:10, 10:19

**pharmaceutical** [2] - 34:14, 37:6

**phenomenon** [1] - 54:7

**phone** [9] - 18:10, 24:25, 25:17, 36:16, 36:21, 53:15, 54:17, 67:19

**phonebook** [1] - 46:14

**photo** [2] - 10:12, 22:14

**photograph** [2] - 26:25, 27:5

**photographs** [1] - 31:4

**physical** [1] - 44:16

**physiologic** [2] - 51:3, 52:3

**physiology** [1] - 48:20

**pick** [1] - 45:12

**picture** [3] - 41:20, 65:6, 65:9

**piece** [1] - 38:7

**pieces** [1] - 45:12

**place** [6] - 4:21, 29:1, 39:4, 75:11, 76:1, 76:12

**placement** [2] - 84:17, 88:21

**places** [2] - 57:24, 77:10

**plan** [4] - 39:16, 39:21, 68:25, 69:18

**planning** [1] - 96:4

**plans** [1] - 63:21

**platform** [1] - 55:15

**play** [3] - 18:9, 59:8, 79:20

**played** [14] - 21:13, 21:19, 21:23, 22:4, 22:8, 23:2, 24:15, 24:23, 24:24, 25:15, 25:23, 26:6, 26:16, 74:20

**playing** [2] - 16:9, 38:2

**plea** [16] - 10:25, 58:23, 73:15, 74:11, 86:11, 86:13, 86:16, 86:17, 86:24, 90:21,

90:23, 91:1, 91:2, 91:9, 94:21, 95:20

**plead** [1] - 81:23

**pleaded** [2] - 4:8, 4:13

**pleading** [1] - 30:24

**pled** [1] - 59:12

**plenty** [2] - 54:22, 96:1

**plotted** [1] - 17:13

**plowing** [1] - 72:1

**plummet** [1] - 39:8

**pocket** [1] - 36:16

**poetically** [1] - 27:7

**point** [18] - 16:14, 19:25, 23:13, 25:9, 26:12, 30:5, 31:9, 35:6, 49:3, 49:11, 52:1, 55:10, 59:19, 65:11, 68:4, 73:25, 76:3, 79:11

**pointed** [3] - 79:24, 80:22, 82:19

**pointers** [1] - 38:11

**pointing** [3] - 19:16, 25:12, 25:25

**points** [4] - 28:15, 63:18, 69:17, 81:14

**poke** [1] - 53:4

**Police** [14] - 17:9, 17:10, 19:9, 19:17, 19:19, 20:4, 20:9, 20:17, 62:8, 74:5, 74:6, 75:14, 75:16, 80:17

**police** [38] - 20:19, 20:20, 21:2, 31:3, 57:25, 58:1, 58:9, 58:14, 60:16, 62:5, 62:16, 62:18, 63:22, 64:22, 65:20, 72:2, 74:4, 75:12, 75:19, 75:21, 76:4, 76:9, 76:10, 76:11, 76:15, 76:17, 76:22, 76:23, 77:2, 77:11, 80:4, 80:15, 81:2, 81:4, 81:9, 81:10, 82:25

**policies** [1] - 78:19

**political** [5] - 47:13, 56:17, 56:19, 71:16, 78:19

**politicians** [1] - 41:13

**pool** [3] - 36:10, 36:17, 36:19

**poor** [3] - 38:19, 38:23, 48:11

**portion** [2] - 40:8, 74:8

**portions** [1] - 10:9

**pose** [1] - 72:24

**poses** [1] - 79:13

**position** [2] - 29:9,

64:5

**positions** [1] - 16:3

**positive** [1] - 68:12

**possess** [2] - 84:13, 88:15

**possible** [3] - 51:5, 51:20, 79:13

**possibly** [2] - 13:6, 35:5

**power** [1] - 72:11

**PowerPoint** [1] - 24:12

**pray** [11] - 47:21, 47:25, 56:1, 56:3, 56:6, 56:7, 56:8, 56:9, 59:4

**prayed** [4] - 47:22, 47:23, 47:24, 48:3

**prayer** [1] - 71:15

**prepared** [2] - 66:10, 69:23

**preplanning** [1] - 80:6

**prescribed** [1] - 37:1

**present** [3] - 3:5, 86:20, 91:5

**presentation** [1] - 29:10

**presented** [2] - 50:3, 53:11

**presentence** [20] - 5:6, 6:4, 7:11, 8:12, 8:14, 8:20, 8:24, 9:8, 9:15, 9:16, 9:19, 10:2, 10:10, 71:7, 84:7, 86:2, 86:6, 88:9, 90:7, 90:11

**President** [10] - 17:20, 47:15, 47:23, 55:12, 55:22, 55:23, 63:8, 70:5, 72:12

**presidential** [2] - 41:10, 75:1

**presumably** [1] - 31:5

**Pretrial** [1] - 3:5

**pretrial** [5] - 64:21, 64:24, 65:19, 67:1, 92:5

**pretty** [2] - 62:9, 65:9, 80:15

**previous** [1] - 53:1

**previously** [3] - 15:25, 16:5, 92:2

**prided** [4] - 68:1, 68:2, 69:8, 72:8

**Prisons** [7] - 83:15, 87:22, 90:16, 93:7, 93:18, 94:3, 94:9

**Probation** [3] - 3:4, 86:4, 90:9

**probation** [23] - 5:6,

6:4, 9:7, 10:2, 13:6, 14:10, 15:2, 84:6, 84:18, 84:20, 85:1, 85:3, 86:2, 86:7, 88:8, 88:22, 88:24, 89:4, 89:6, 90:7, 90:12, 93:17, 93:19

**problem** [2] - 49:16

**procedures** [1] - 73:21

**proceed** [2] - 7:8, 18:21

**proceeding** [2] - 5:21, 18:17

**proceedings** [2] - 86:12, 90:22

**Proceedings** [1] - 96:8

**process** [3] - 49:22, 71:24, 78:21

**processes** [2] - 47:2, 48:17

**produce** [1] - 49:13

**produces** [4] - 12:4, 12:23, 37:7, 49:15

**prognosis** [1] - 35:3

**program** [4] - 90:16, 90:17, 91:22

**prohibited** [1] - 89:9

**prolonged** [2] - 40:22, 44:14

**prominence** [1] - 38:1

**promise** [1] - 56:17

**promote** [1] - 71:22

**promotion** [1] - 73:4

**prompted** [1] - 24:3

**promptly** [1] - 36:14

**properly** [2] - 52:6, 52:7

**prosecution** [2] - 94:2, 94:7

**prosecutor** [1] - 58:18

**protect** [2] - 72:22, 78:15

**protected** [1] - 73:2

**protection** [2] - 48:1, 80:5

**protest** [1] - 55:25, 56:2

**prove** [1] - 40:12

**proves** [1] - 41:22

**provide** [8] - 3:25, 23:22, 27:14, 31:18, 72:6, 73:13, 85:1, 89:4

**provided** [1] - 36:3

**provides** [2] - 11:12, 12:9

**provisions** [2] - 83:12, 87:19

**provoked** [1] - 35:19

**PSR** [1] - 8:16

**psychiatric** [2] - 51:3, 61:10

**psychological** [2] - 44:16, 61:9

**puberty** [1] - 49:11

**public** [4] - 72:3, 72:22, 73:2, 78:15

**published** [1] - 18:15

**pull** [1] - 16:11

**pulled** [3] - 40:8, 77:3, 77:5

**pulling** [2] - 40:9, 43:22

**pulls** [1] - 62:15

**pump** [2] - 37:7, 50:16

**punching** [1] - 81:24

**punishment** [1] - 72:6

**purpose** [1] - 71:13

**purposes** [4] - 15:23, 16:6, 71:11, 71:22

**pursuant** [5] - 73:15, 83:11, 86:22, 87:18, 91:7

**pursue** [1] - 34:22, 37:13

**pursuing** [1] - 34:13

**Push** [1] - 26:3

**push** [2] - 20:5, 20:20

**pushed** [1] - 43:20

**pushes** [1] - 50:6

**pushing** [4] - 20:22, 22:18, 76:20, 82:25

**puts** [3] - 10:23, 11:3, 50:2

**putting** [1] - 39:12

**Q**

**questions** [4] - 8:7, 33:10, 45:20, 62:22

**quick** [5] - 39:8, 54:13, 64:18, 65:12, 91:21

**quickly** [1] - 67:16

**quite** [10] - 14:16, 34:5, 34:21, 34:23, 35:15, 35:19, 36:11, 36:24, 59:4, 78:11

**quoting** [1] - 24:19

**R**

**race** [1] - 24:8

**raised** [1] - 68:1

**raising** [1] - 22:10

**rallies** [1] - 56:19

**rally** [7] - 17:21, 43:1, 47:12, 54:17, 56:17, 57:15, 74:25

**ramifications** [1] -

69:23
**range** [28] - 12:5, 12:24, 13:7, 13:10, 13:13, 14:8, 14:9, 14:16, 15:1, 15:6, 36:1, 42:1, 51:1, 51:4, 52:23, 61:4, 61:12, 76:3, 79:3, 80:2, 80:14, 80:25, 82:7, 82:11, 82:24, 83:17, 83:19, 83:21
**ranges** [1] - 81:20
**ranging** [1] - 57:22
**rapidly** [2] - 51:24, 52:1
**rare** [1] - 35:18
**rate** [2] - 85:19, 89:25
**rather** [2] - 33:18, 71:2
**rational** [1] - 77:13
**RDAP** [2] - 91:22, 91:24
**reach** [1] - 52:16
**reached** [1] - 35:6
**react** [2] - 20:21, 35:20
**reacted** [1] - 20:6
**reacting** [2] - 20:15
**reaction** [1] - 65:1
**read** [8] - 4:24, 9:19, 15:18, 16:1, 34:4, 57:17, 78:4, 83:23
**reading** [2] - 28:10, 46:13
**ready** [3] - 18:2, 63:22
**real** [1] - 54:13
**reality** [1] - 55:20
**realize** [6] - 38:14, 40:10, 40:22, 56:19, 70:19, 72:19
**realized** [2] - 30:15, 67:16
**really** [18] - 20:3, 23:10, 39:8, 47:1, 47:17, 48:5, 48:16, 50:25, 51:2, 51:5, 51:21, 53:22, 54:8, 59:17, 59:24, 64:12, 72:20, 76:1
**reason** [5] - 37:2, 45:24, 47:20, 58:9, 60:4
**reasons** [4] - 38:17, 47:24, 50:19, 56:14
**Rebekah** [1] - 3:9
**receive** [1] - 59:11
**received** [7] - 7:22, 7:24, 14:6, 60:17, 60:22, 81:15, 82:22
**recently** [1] - 5:12
**Recess** [1] - 33:23
**recidivating** [1] -

72:25
**recidivism** [1] - 28:1
**recognize** [5] - 34:25, 52:17, 56:21, 63:15, 79:2
**recollection** [4] - 35:25, 58:22, 62:19, 62:21
**recommend** [4] - 90:14, 91:22, 91:24
**recommendation** [8] - 5:7, 6:5, 9:9, 10:3, 91:25, 92:9, 93:2, 93:4
**recommendations** [3] - 14:5, 14:16, 93:6
**recommended** [4] - 14:7, 14:18, 84:6, 88:8
**recommending** [1] - 82:24
**recommends** [2] - 14:10, 15:3
**record** [13] - 3:4, 3:8, 4:3, 13:15, 13:21, 16:1, 21:7, 63:21, 74:10, 82:17, 87:7, 91:17, 92:12
**recording** [13] - 21:13, 21:19, 21:23, 22:4, 22:8, 23:2, 24:15, 24:23, 25:15, 25:23, 26:6, 26:16, 32:14
**records** [1] - 73:12
**reduced** [2] - 11:25, 12:19
**reference** [1] - 16:4
**referencing** [1] - 19:13
**referred** [1] - 60:10
**reflect** [5] - 27:20, 68:3, 69:8, 71:14, 71:18
**Reform** [2] - 83:11, 87:18
**refrain** [1] - 84:15, 88:19
**regarding** [3] - 8:15, 74:16, 79:1
**regardless** [1] - 57:13
**registered** [1] - 21:2
**regret** [5] - 22:22, 40:3, 57:15, 67:23, 68:4
**regularly** [2] - 36:25, 59:4
**rehabilitation** [1] - 73:5
**Reichler** [1] - 3:5
**rekindling** [1] - 47:9
**related** [1] - 73:20

**relationship** [1] - 35:4
**release** [20] - 5:21, 13:7, 14:10, 14:12, 15:2, 15:20, 65:19, 66:19, 67:1, 84:1, 85:2, 86:2, 88:1, 89:5, 90:7, 93:12, 94:5, 94:6, 94:8, 94:10
**released** [2] - 64:24, 93:24
**religious** [3] - 38:16, 38:17, 77:23
**remain** [1] - 23:6
**remained** [1] - 26:13
**remaining** [1] - 95:3
**remember** [7] - 21:9, 36:19, 46:16, 58:25, 59:1, 64:19, 64:22
**remembers** [1] - 62:19
**reminded** [1] - 67:20
**reminding** [1] - 71:12
**remorseful** [1] - 78:3
**repairing** [1] - 57:5
**repay** [1] - 69:2
**repeated** [2] - 31:2, 63:13
**repeatedly** [2] - 25:25, 81:8
**repetition** [1] - 33:17
**replaced** [1] - 36:21
**report** [16] - 5:6, 6:5, 8:21, 8:24, 9:8, 9:15, 9:16, 9:19, 10:3, 84:7, 86:3, 86:6, 88:9, 90:8, 90:12, 93:21
**reporter** [1] - 33:11
**reports** [5] - 7:11, 8:13, 8:14, 10:10, 71:7
**represent** [1] - 47:6
**republic** [1] - 72:9
**request** [3] - 87:3, 91:13, 92:8
**requested** [4] - 27:11, 27:16, 85:2, 89:5
**requests** [1] - 92:17
**required** [4] - 84:24, 93:16, 93:22, 94:1
**residence** [2] - 86:5, 90:9
**residential** [1] - 91:23
**resistance** [1] - 49:18
**resolve** [1] - 7:13
**respect** [12] - 5:5, 6:3, 6:12, 6:15, 10:21, 11:5, 11:10, 13:16, 23:21, 53:25, 71:22, 82:19

**respectful** [1] - 72:3
**response** [1] - 29:19
**responsibility** [9] - 12:2, 12:21, 30:24, 31:9, 31:12, 31:16, 31:24, 45:25, 46:3
**responsible** [1] - 74:9
**rest** [8] - 44:23, 45:10, 57:3, 57:16, 65:3, 68:22, 69:2, 69:18
**restaurants** [5] - 29:16, 30:11, 30:12, 48:4, 48:7
**restitution** [22] - 15:20, 73:13, 73:14, 73:16, 73:21, 73:22, 73:24, 74:8, 84:21, 84:23, 85:9, 85:13, 85:19, 88:25, 89:2, 89:15, 89:19, 89:25, 95:17, 95:20, 95:25
**restricted** [3] - 23:6, 58:8, 58:13
**result** [3] - 12:1, 12:15, 12:19
**resulted** [1] - 81:19
**results** [3] - 10:22, 11:25, 12:18
**return** [2] - 86:6, 90:11
**reverse** [1] - 32:20
**review** [2] - 10:12, 14:5
**reviewed** [11] - 5:5, 5:8, 5:15, 5:20, 5:22, 5:24, 6:4, 6:7, 6:12, 8:23, 9:19
**reviewing** [1] - 4:23
**revocation** [1] - 94:6
**revolution** [1] - 24:19
**Richardson** [2] - 80:22, 81:6
**rights** [2] - 86:18, 91:3
**riot** [6] - 24:18, 30:18, 32:2, 58:9, 75:13, 77:7
**rioters** [4] - 17:10, 19:18, 19:20, 76:25
**ripped** [1] - 26:20
**risk** [7] - 11:21, 12:14, 21:17, 35:3, 65:17, 66:22, 72:24
**Robert** [2] - 46:11, 46:12
**rode** [1] - 55:6
**role** [2] - 32:8, 67:17
**roles** [1] - 32:20
**Room** [2] - 85:17, 89:23
**room** [2] - 17:3, 75:15
**Rotunda** [5] - 62:4,

74:3, 76:14, 76:18, 76:24
**Rozzoni** [1] - 58:19
**Rubenacker** [3] - 65:23, 66:6, 80:11
**ruckus** [1] - 77:7
**run** [3] - 50:25, 51:4, 87:24
**running** [2] - 51:11, 51:20

## S

**safe** [1] - 23:18
**Safeway** [1] - 30:5
**sat** [3] - 17:12, 40:15, 46:10
**satisfied** [2] - 9:3, 9:23
**save** [1] - 37:25
**saw** [10] - 20:19, 23:15, 57:21, 64:10, 75:9, 75:11, 75:12, 75:13, 76:10
**scale** [1] - 16:17
**scared** [1] - 75:22
**scene** [2] - 17:22, 19:7
**scheduling** [1] - 95:13
**school** [3] - 34:20, 37:12, 45:19
**school-age** [1] - 45:19
**schoolmates** [1] - 45:20
**Schuck** [1] - 3:5
**scientific** [1] - 37:17
**scooter** [1] - 55:7
**scootered** [1] - 55:10
**score** [2] - 10:23, 11:3
**scream** [1] - 23:11
**screaming** [2] - 20:10, 23:8
**screen** [1] - 21:12, 54:24
**screwed** [1] - 50:21
**scrutinize** [1] - 64:23
**scuffle** [5] - 76:23, 77:3, 77:5, 81:4, 81:5
**se** [1] - 63:24
**seated** [6] - 9:13, 9:21, 10:7, 87:12, 92:16, 93:10
**second** [5] - 4:6, 7:14, 64:5, 64:8, 68:25
**secondary** [1] - 56:24
**seconds** [5] - 26:20, 57:18, 57:19, 64:13, 72:4
**Section** [5] - 11:12, 11:19, 12:2, 12:8,

12:10
**section** [2] - 14:4, 81:24
**Sections** [1] - 12:20
**security** [1] - 92:23
**see** [36] - 19:5, 19:10, 20:14, 20:21, 21:5, 21:25, 22:9, 22:12, 22:13, 24:7, 25:24, 26:8, 26:11, 28:17, 38:1, 46:19, 48:24, 49:17, 51:15, 54:11, 55:5, 57:19, 61:23, 62:3, 62:4, 62:8, 62:9, 62:12, 63:20, 67:18, 67:21, 70:14, 74:23, 77:5
**seeing** [2] - 62:12, 72:1
**seek** [1] - 60:6
**seeking** [2] - 14:21, 95:17
**sees** [1] - 59:9
**self** [6] - 68:9, 93:12, 93:15, 93:21, 94:1, 94:11
**self-aware** [1] - 68:9
**self-surrender** [5] - 93:12, 93:15, 93:21, 94:1, 94:11
**Senate** [1] - 25:2, 46:10, 46:15
**Senator** [1] - 46:12
**send** [2] - 30:6, 63:5
**sends** [1] - 53:14
**senior** [1] - 79:12
**sense** [1] - 26:9
**sensitive** [1] - 35:11
**sensitivity** [1] - 35:14
**sensor** [2] - 53:10, 53:11
**sent** [1] - 30:6
**sentence** [51] - 7:19, 8:3, 8:5, 13:3, 13:5, 14:10, 14:14, 14:19, 15:3, 15:6, 27:10, 27:14, 27:19, 31:10, 31:18, 59:9, 59:11, 60:17, 61:6, 70:25, 71:1, 71:3, 71:10, 71:18, 78:14, 79:1, 79:2, 79:4, 79:17, 79:18, 79:22, 80:8, 80:20, 81:12, 82:23, 83:9, 83:18, 84:23, 86:5, 86:14, 86:18, 86:23, 87:6, 87:16, 89:2, 90:10, 90:25, 91:3, 91:8, 91:16, 94:10

**sentenced** [12] - 59:5, 61:4, 61:13, 79:12, 80:1, 80:13, 80:24, 81:7, 83:25, 87:21, 87:25, 93:23
**sentences** [9] - 15:18, 15:21, 27:15, 31:20, 60:21, 73:10, 81:14, 81:15, 93:17
**Sentencing** [4] - 83:11, 84:7, 87:18, 88:8
**sentencing** [48] - 4:5, 4:16, 4:23, 4:24, 5:7, 5:8, 5:16, 6:5, 6:6, 6:8, 7:1, 7:2, 7:3, 7:8, 9:8, 9:10, 10:3, 10:5, 10:11, 14:3, 14:5, 14:16, 14:23, 15:23, 16:1, 16:6, 28:9, 28:20, 28:25, 29:15, 31:21, 38:2, 59:3, 59:18, 71:6, 71:11, 71:12, 71:14, 71:22, 72:17, 73:7, 73:11, 74:21, 82:13, 83:13, 87:20, 92:11, 94:22
**sentencings** [1] - 7:12
**separate** [3] - 33:6, 93:22, 94:6
**separately** [2] - 4:18, 8:4
**serious** [12] - 11:22, 12:15, 38:11, 42:4, 42:5, 49:21, 71:21, 77:9, 77:16, 82:3, 82:17
**seriously** [4] - 38:10, 52:12, 56:15, 63:4
**seriousness** [2] - 71:19, 78:23
**serve** [3] - 83:25, 87:25, 92:2
**service** [4] - 61:2, 61:6, 82:4, 93:16
**serving** [1] - 82:3
**session** [1] - 46:10
**set** [5] - 5:3, 8:15, 8:20, 14:4, 71:9
**settled** [1] - 3:18
**seventh** [1] - 46:6
**seventh-and-eighth-grade** [1] - 46:6
**several** [1] - 24:7
**severally** [2] - 73:23, 74:8
**severe** [6] - 35:21, 61:13, 66:1, 80:19, 81:12, 82:15

**severely** [1] - 68:17
**shadow** [1] - 54:25
**shadows** [1] - 25:12
**shall** [10] - 84:4, 85:13, 85:24, 86:2, 86:6, 88:6, 89:19, 90:4, 90:7, 90:11
**shame** [1] - 63:10
**SHANNON** [14] - 34:5, 37:11, 38:4, 38:15, 39:20, 41:4, 41:6, 41:8, 41:11, 41:15, 41:21, 42:20, 42:24, 43:5
**Shannon** [8] - 6:7, 34:2, 34:7, 45:3, 46:21, 46:24, 47:10, 51:19
**share** [4] - 48:20, 53:9, 85:3, 89:6
**Sherrill** [1] - 81:17
**shift** [1] - 68:5
**shit** [1] - 25:7
**shocked** [1] - 53:5
**shooting** [1] - 75:25
**short** [2] - 58:2, 58:3
**shorthand** [1] - 11:14
**shortly** [1] - 25:4
**shove** [1] - 26:23
**shoved** [1] - 44:23
**shoving** [1] - 22:15
**show** [5] - 46:7, 50:19, 63:23, 74:2
**showed** [2] - 23:17, 47:2
**showing** [2] - 23:20, 25:12
**shown** [3] - 7:6, 17:15, 28:8
**shut** [1] - 26:20
**sic** [5] - 42:14, 45:21, 48:18, 61:5, 67:8
**sic]** [3] - 37:12, 37:19, 48:18
**sick** [1] - 59:17
**side** [24] - 11:9, 19:5, 19:14, 19:16, 24:7, 25:10, 25:19, 27:1, 27:6, 41:23, 49:23, 49:24, 51:25, 57:24, 58:20, 58:25, 59:1, 61:25, 62:14, 62:20, 62:21, 76:14
**sides** [1] - 7:7
**siege** [2] - 17:11, 18:2
**sifting** [1] - 79:13
**sight** [1] - 34:12
**signal** [2] - 39:24, 53:14
**signaling** [3] - 39:25,

49:25, 50:5
**significant** [8] - 61:3, 61:7, 78:3, 81:18, 82:3, 82:6, 82:13
**signs** [4] - 19:6, 25:8, 40:16, 40:18
**similar** [6] - 52:9, 60:19, 61:1, 73:12, 80:11
**similarly** [1] - 12:9
**simply** [2] - 23:21, 58:21
**simultaneous** [1] - 26:1
**sincerely** [1] - 59:24
**single** [1] - 55:8
**sit** [2] - 40:18, 47:7
**sitting** [3] - 4:21, 46:13, 60:12
**situation** [12] - 30:15, 36:5, 39:13, 39:15, 39:19, 39:21, 48:4, 64:10, 64:17, 68:8, 69:10
**situations** [2] - 48:23, 52:16
**skateboard** [9] - 11:17, 22:10, 55:7, 63:24, 64:12, 64:22, 65:16, 76:5, 81:4
**skin** [1] - 53:18
**skirmish** [3] - 62:7, 62:16, 62:18
**skull** [1] - 60:15
**slower** [1] - 49:22
**slower-moving** [1] - 49:22
**slowly** [1] - 26:18
**small** [3] - 25:5, 66:25, 76:17
**Smithsonian** [2] - 46:20, 46:25
**smoke** [1] - 26:8
**smoother** [1] - 24:13
**snap** [1] - 22:13
**snaps** [1] - 22:19
**snapshot** [1] - 65:6
**snuck** [1] - 52:10
**so-called** [1] - 72:9
**soaking** [1] - 36:13
**SOC** [1] - 11:14
**social** [1] - 66:16
**sold** [1] - 48:9
**soldier** [2] - 61:7, 61:16
**solid** [1] - 45:11
**someone** [2] - 20:22, 25:18
**sometimes** [8] - 35:17, 35:21, 35:24,

39:7, 39:8, 39:24
**somewhat** [2] - 60:19, 80:19
**somewhere** [1] - 18:8
**son** [18] - 28:12, 31:25, 33:3, 34:8, 38:24, 39:12, 40:13, 40:18, 41:19, 42:13, 42:16, 45:21, 57:5, 57:15, 57:23, 61:25, 62:15, 77:15
**song** [1] - 24:19
**soon** [1] - 67:16
**sooner** [1] - 49:24
**sorry** [10] - 18:17, 28:22, 34:5, 41:17, 44:8, 45:3, 45:5, 45:7, 69:7, 69:14
**sort** [3] - 33:18, 62:14, 74:22
**sought** [1] - 64:20
**sound** [1] - 40:11
**sounded** [1] - 25:18
**sounds** [4] - 20:23, 25:17, 41:17, 76:8
**source** [3] - 22:14, 25:11, 32:16
**sources** [1] - 5:4
**space** [3] - 36:12, 55:4, 64:6
**Space** [2] - 47:1, 47:18
**SPEAKER** [3] - 3:19, 3:22, 4:1
**speaking** [1] - 24:8
**speaks** [1] - 18:25
**special** [7] - 13:11, 13:14, 37:2, 84:2, 84:25, 88:2, 89:3
**specific** [8] - 11:14, 16:10, 27:14, 27:21, 30:22, 31:13, 31:19, 78:23
**specifically** [2] - 24:5, 95:21
**speech** [2] - 54:22, 55:2
**speeches** [1] - 18:2
**spend** [3] - 17:18, 44:23, 57:2
**spent** [1] - 74:17
**split** [1] - 64:8
**spoken** [1] - 60:1
**spot** [1] - 57:25
**spray** [8] - 26:9, 26:10, 32:25, 66:11, 66:13, 75:12, 75:25, 80:5
**spur** [1] - 64:25
**spur-of-the-moment** [1] - 64:25

**squarely** [1] - 56:12
**SR** [19] - 3:12, 6:20, 9:17, 9:20, 14:1, 33:14, 33:22, 34:1, 43:6, 57:10, 58:3, 58:16, 59:7, 61:18, 62:11, 62:18, 62:25, 87:10, 93:3
**stage** [6] - 4:19, 7:4, 54:25, 55:3, 55:6, 55:11
**stairs** [4] - 19:17, 19:18, 25:1, 66:6
**stand** [8] - 9:2, 22:3, 44:3, 55:13, 71:2, 82:12, 87:12, 87:14
**standard** [2] - 73:17, 74:11
**standing** [7] - 27:8, 32:23, 36:12, 58:6, 59:11, 62:15, 80:10
**staring** [1] - 36:12
**start** [7] - 4:23, 10:15, 15:7, 16:12, 71:4, 71:12, 73:14
**started** [5] - 18:4, 18:17, 34:23, 40:14, 51:19
**starting** [7] - 3:8, 8:6, 8:18, 30:1, 57:22, 72:11, 83:10
**state** [9] - 3:7, 28:12, 52:19, 53:8, 83:8, 84:11, 87:16, 88:13, 88:17
**statement** [5] - 5:24, 19:1, 23:23, 29:14, 95:14
**statements** [4] - 19:15, 31:2, 31:3, 32:13
**States** [5] - 3:2, 55:12, 70:6, 85:14, 89:20
**statue** [6] - 27:1, 27:3, 27:5, 27:6, 27:7, 27:8
**statues** [1] - 27:1
**status** [2] - 11:20, 12:14
**statute** [4] - 84:22, 86:24, 89:1, 91:9
**statutory** [1] - 12:25
**stay** [9] - 22:23, 24:10, 36:23, 37:14, 37:21, 42:14, 76:13, 93:18
**stayed** [2] - 42:20, 76:12
**staying** [4] - 17:4, 37:21, 48:6, 54:15
**stays** [2] - 50:9, 53:13

**Steal** [1] - 54:17
**Step** [3] - 8:12, 10:14, 14:2
**step** [5] - 7:9, 7:14, 7:17, 8:3, 71:5
**steps** [4] - 7:8, 19:8, 19:13, 68:7
**stick** [6] - 36:18, 53:14, 60:11, 60:14, 60:16, 82:10
**sticks** [1] - 53:4
**still** [12] - 25:21, 26:13, 27:17, 30:12, 31:15, 41:14, 44:3, 46:15, 63:11, 72:1, 77:6, 77:7
**stolen** [4] - 24:20, 31:6, 41:10, 41:12, 63:9, 75:1
**Stop** [1] - 54:16
**stop** [3] - 32:15, 56:4, 78:20
**stopped** [2] - 26:15, 55:16
**stopping** [1] - 44:10
**stores** [2] - 29:16, 30:12
**storm** [3] - 39:17, 39:22, 72:15
**stressful** [1] - 36:5
**strikes** [1] - 61:24
**struggling** [2] - 53:6, 62:5
**student** [1] - 77:19
**stuff** [3] - 48:9, 51:3, 56:25
**stumble** [1] - 35:24
**subcutis** [1] - 53:12
**subject** [9] - 10:17, 10:19, 11:1, 12:8, 13:7, 13:9, 13:12, 94:1, 94:6
**subjected** [1] - 94:9
**submit** [6] - 57:6, 66:21, 84:16, 88:20, 89:8, 95:25
**submitted** [10] - 5:9, 5:16, 6:9, 6:10, 6:13, 6:18, 6:22, 16:5, 17:15, 20:11
**subsequent** [1] - 44:15
**substance** [7] - 84:14, 84:16, 88:16, 88:17, 88:20, 89:8, 89:9
**substantial** [2] - 11:21, 12:14
**succeed** [1] - 70:18
**suffered** [4] - 61:2, 78:17, 82:2, 82:5

**sufficient** [1] - 71:10
**sufficiently** [1] - 15:22
**sugar** [16] - 36:8, 36:18, 40:11, 41:3, 48:17, 48:18, 50:9, 50:12, 51:4, 51:25, 52:5, 52:14, 53:5, 53:6, 53:23, 58:21
**sugars** [21] - 35:1, 35:2, 35:9, 35:16, 35:18, 35:23, 36:2, 36:4, 37:3, 39:23, 40:20, 50:25, 51:2, 51:12, 51:14, 51:20, 51:23, 52:22
**suggest** [1] - 60:20
**suit** [1] - 32:20
**summarize** [2] - 16:3, 18:25
**summer** [1] - 36:9
**sunglasses** [2] - 20:2, 22:22
**super** [2] - 21:10, 50:13
**supervised** [7] - 13:7, 14:10, 14:12, 15:2, 15:20, 84:1, 88:1
**supervision** [7] - 15:4, 84:4, 84:9, 84:17, 88:6, 88:11, 88:21
**supplemented** [1] - 10:11
**supplements** [1] - 6:8
**support** [8] - 5:20, 17:20, 20:4, 23:22, 60:6, 70:14, 77:22
**supports** [1] - 80:8
**supposed** [11] - 18:8, 18:13, 21:15, 29:25, 38:12, 72:6, 73:4, 75:5, 75:7, 75:11, 76:12
**Supreme** [2] - 48:3
**surprise** [2] - 20:3, 20:6
**surrender** [8] - 93:12, 93:15, 93:16, 93:21, 94:1, 94:8, 94:11
**survivors** [2] - 23:14
**sustained** [2] - 61:7, 61:16
**symptoms** [1] - 52:8
**system** [8] - 37:9, 39:23, 49:11, 50:11, 52:21, 53:19, 53:23, 54:5

## T

**table** [1] - 4:22

**tall** [1] - 43:16
**tamper** [1] - 89:10
**target** [1] - 64:6
**targeting** [4] - 65:12, 65:14, 65:16, 65:20
**task** [4] - 79:7, 79:14, 79:15, 79:16
**taunt** [1] - 22:23
**taunted** [2] - 23:19, 80:15
**taunting** [1] - 76:8
**Tear** [1] - 25:6
**tear** [1] - 76:10
**technical** [1] - 24:13
**technology** [2] - 53:16, 54:6
**teenager** [1] - 35:7
**television** [1] - 17:1
**ten** [1] - 51:7
**Teresa** [1] - 69:12
**term** [8] - 13:5, 35:3, 49:24, 51:7, 52:12, 83:15, 83:25, 87:25
**termination** [2] - 86:7, 90:13
**terms** [4] - 7:25, 11:5, 65:15, 65:17
**test** [3] - 18:18, 84:16, 88:20
**testified** [2] - 24:1, 43:23
**testify** [1] - 75:20
**testimony** [1] - 43:23
**testing** [2] - 89:8, 89:10
**tests** [2] - 84:18, 88:21
**Texas** [1] - 17:17
**themselves** [4] - 23:12, 23:14, 39:21, 75:25
**theory** [2] - 86:20, 91:5
**thereafter** [2] - 84:18, 88:22
**therefore** [5] - 80:18, 85:7, 85:11, 89:13, 89:17
**thick** [2] - 50:10, 50:13
**thickness** [1] - 50:10
**thinking** [1] - 54:21
**third** [1] - 7:17
**thoughtful** [1] - 7:23
**thousand** [1] - 79:11
**threat** [1] - 51:1
**threatening** [2] - 75:23, 76:15
**three** [5] - 36:25, 46:8, 46:25, 47:21, 84:15
**threshold** [2] - 26:7, 31:7

**tiered** [1] - 11:7
**time-consuming** [1] - 79:14
**tissue** [4] - 50:4, 50:7, 54:5, 69:12
**today** [7] - 16:4, 16:16, 23:3, 31:16, 45:16, 80:10, 95:8
**today's** [1] - 95:11
**toes** [1] - 51:13
**together** [6] - 3:19, 4:17, 33:5, 33:6, 95:24, 96:3
**tomorrow** [1] - 23:3
**took** [8] - 17:22, 28:5, 33:6, 36:17, 45:7, 47:9, 67:19, 77:4
**top** [5] - 14:11, 19:13, 34:19, 36:23, 36:24
**total** [3] - 12:3, 12:22, 88:4
**totality** [1] - 79:21
**totally** [1] - 62:12
**touch** [4] - 21:8, 59:19, 93:18, 94:3
**touching** [1] - 22:1
**toward** [1] - 80:4
**towards** [6] - 22:12, 31:3, 68:7, 75:19, 76:4, 90:18
**tragic** [1] - 42:8
**traitors** [3] - 19:23, 32:15, 76:9
**transcribed** [1] - 19:2
**transition** [1] - 72:11
**transmitter** [1] - 53:14
**trauma** [1] - 44:14
**traumatic** [1] - 35:22
**traumatized** [1] - 44:3
**travel** [1] - 17:17
**treasonists** [1] - 76:9
**treat** [1] - 40:19
**treated** [1] - 36:21
**treatment** [4] - 86:6, 86:8, 90:11, 90:13
**trial** [1] - 43:24
**trials** [2] - 43:25, 75:22
**tried** [9] - 57:24, 59:10, 59:23, 66:17, 68:5, 68:7, 68:12, 69:9
**tries** [2] - 36:23, 53:19
**trip** [3] - 33:2, 47:8, 47:9
**truck** [1] - 60:14
**truly** [1] - 20:5
**Trump** [1] - 47:12
**trust** [1] - 66:23
**try** [6] - 24:12, 37:2,

40:6, 45:23, 50:17, 64:7
**trying** [12] - 21:3, 23:22, 26:19, 37:22, 44:24, 59:19, 62:4, 64:16, 66:2, 75:12, 75:20, 76:18
**turn** [3] - 9:22, 14:3, 33:13
**turned** [1] - 75:6
**turning** [1] - 22:10
**turns** [1] - 50:2
**TV** [1] - 60:13
**tweeted** [1] - 30:4
**twice** [1] - 33:19
**two** [30] - 4:5, 11:7, 15:21, 18:5, 21:1, 22:20, 27:1, 39:11, 43:11, 43:12, 45:10, 46:3, 53:21, 54:19, 63:16, 64:8, 65:3, 66:3, 68:13, 74:23, 78:1, 80:16, 81:1, 81:12, 81:24, 84:13, 84:17, 88:15, 88:21
**two-tiered** [1] - 11:7
**type** [2] - 26:9, 31:20
**Type** [19] - 34:15, 34:19, 37:18, 49:2, 49:10, 49:15, 49:20, 49:21, 49:22, 49:24, 50:8, 51:8, 52:10, 52:13, 60:25, 61:15
**types** [1] - 73:10
**typically** [2] - 35:18, 39:23

## U

**U.S** [15] - 71:24, 74:1, 74:5, 75:16, 82:20, 85:4, 85:22, 86:4, 86:9, 89:7, 90:2, 90:9, 90:19
**U.S.C** [14] - 4:10, 4:12, 4:15, 12:7, 71:9, 83:12, 84:3, 84:22, 86:22, 87:19, 88:4, 88:5, 89:1, 91:7
**ugly** [1] - 75:18
**unable** [4] - 28:13, 28:18, 87:2, 91:12
**unacceptable** [1] - 43:21
**unaware** [1] - 52:25
**unawareness** [3] - 52:11, 52:12, 53:7
**unbelievable** [1] - 42:7
**unbelievably** [1] -

42:8
**under** [12] - 11:13, 11:18, 12:2, 12:7, 12:10, 12:11, 53:18, 73:22, 81:23, 86:13, 90:24
**understood** [2] - 29:9, 96:6
**undetermined** [1] - 24:11
**undoing** [1] - 57:3
**unfortunate** [1] - 41:21
**unfortunately** [3] - 32:7, 38:24, 63:25
**unhappy** [1] - 23:4
**UNIDENTIFIED** [3] - 3:19, 3:22, 4:1
**uniformed** [4] - 17:8, 19:22, 23:9, 23:21
**unique** [2] - 46:17, 46:18
**United** [5] - 3:2, 55:12, 70:6, 85:14, 89:20
**unlawful** [4] - 84:15, 86:11, 88:19, 90:21
**unlawfully** [2] - 84:13, 88:15
**unless** [1] - 19:13
**unlike** [2] - 74:23, 81:3
**unpredictable** [1] - 39:6
**unsaid** [1] - 54:9
**unwarranted** [3] - 73:11, 79:1, 79:4
**up** [44] - 5:11, 8:4, 13:6, 16:11, 18:4, 19:13, 19:18, 22:3, 23:17, 25:25, 26:1, 26:22, 29:17, 33:25, 36:11, 36:21, 42:24, 43:22, 44:24, 45:12, 46:13, 47:17, 50:17, 50:22, 50:25, 52:10, 52:17, 54:13, 55:10, 63:8, 63:14, 63:23, 64:7, 66:6, 66:20, 71:2, 73:1, 75:14, 75:20, 76:6, 77:13, 93:24, 95:23
**upholding** [1] - 68:2
**upload** [1] - 23:1
**upper** [1] - 26:18
**upstairs** [1] - 80:18
**urgent** [2] - 35:25, 40:10
**useful** [1] - 40:24
**uses** [1] - 19:19
**utility** [1] - 79:17

## V

**vaccinated** [3] - 37:22, 38:9, 38:14
**vaccination** [1] - 38:16
**vaccinations** [1] - 37:24
**vaccine** [2] - 37:19, 38:17
**valid** [2] - 86:20, 91:5
**valves** [1] - 50:6
**variability** [1] - 51:22
**variance** [2] - 14:14, 15:5
**variances** [1] - 81:18
**various** [5] - 6:8, 61:10, 73:22, 74:4, 82:16
**vary** [1] - 59:9
**vehicle** [1] - 18:12
**veins** [7] - 50:1, 50:3, 50:6, 50:11, 51:24, 53:20, 54:4
**Vernon** [1] - 47:1
**victim** [5] - 5:24, 11:19, 12:12, 85:15, 89:21
**victims** [1] - 73:13
**video** [14] - 10:12, 18:3, 18:23, 24:23, 26:6, 26:10, 26:16, 57:19, 57:22, 58:2, 58:3, 65:20, 66:15, 77:6
**videos** [12] - 28:9, 28:14, 28:17, 32:16, 48:25, 58:4, 58:5, 63:15, 67:18, 74:2, 74:20, 76:20
**videotapes** [2] - 72:1, 74:18
**viewed** [1] - 79:21
**violate** [1] - 94:5
**violation** [4] - 4:9, 4:11, 4:14, 81:23
**violence** [2] - 17:7, 23:16
**violent** [6] - 28:2, 60:20, 64:21, 77:11, 80:14, 81:10
**visible** [1] - 28:14
**visibly** [1] - 35:8
**visits** [1] - 36:25
**visual** [9] - 21:13, 21:19, 21:23, 22:4, 22:8, 23:2, 24:15, 25:15, 25:23
**vocal** [1] - 32:12
**voice** [2] - 25:18, 26:2

**voluntarily** [1] - 93:15
**voluntary** [1] - 93:12
**voted** [1] - 72:14
**vs** [1] - 3:2
**vulnerable** [2] - 37:18, 37:22

## W

**wait** [1] - 18:20
**waiting** [2] - 18:1, 31:16
**waive** [2] - 86:16, 91:1
**waived** [2] - 86:12, 90:22
**waiver** [2] - 86:20, 91:4
**waivers** [2] - 86:19, 91:3
**waives** [6] - 85:7, 85:12, 86:18, 89:13, 89:17, 91:2
**Walgreens** [1] - 48:8
**walk** [2] - 56:24, 70:4
**walked** [1] - 55:9
**walking** [3] - 18:4, 75:14, 75:20
**wallet** [1] - 36:16
**wandered** [1] - 62:1
**wandering** [1] - 62:8
**war** [3] - 27:7, 27:8, 65:17
**warning** [4] - 25:8, 39:7, 40:16, 40:18
**warranted** [2] - 65:18, 79:18
**warrants** [2] - 77:16, 78:24
**Washington** [11] - 17:2, 17:13, 17:18, 42:18, 46:24, 55:1, 72:12, 85:17, 85:23, 89:23, 90:3
**watch** [3] - 17:3, 17:4, 17:6
**watched** [2] - 19:2, 67:19
**watching** [3] - 17:1, 55:10, 60:12
**ways** [3] - 42:16, 73:6, 77:11
**weapon** [4] - 11:17, 63:24, 82:1, 83:2
**weapons** [1] - 80:4
**wear** [2] - 37:9, 50:16
**wearing** [3] - 19:25, 38:6, 38:7
**weaving** [1] - 77:6
**week** [3] - 43:24, 43:25

**weeks** [1] - 34:10
**weighs** [2] - 72:7, 72:16
**weight** [1] - 67:16
**weighted** [1] - 16:23
**welcome** [1] - 21:11
**well-contributing** [1] - 78:10
**west** [3] - 19:5, 19:14, 19:16
**West** [4] - 25:6, 32:17, 54:14, 55:14
**wet** [1] - 36:13
**whereas** [2] - 10:17, 80:7
**White** [1] - 47:22
**whoa** [2] - 75:5, 75:7
**whole** [7] - 42:5, 48:12, 49:15, 50:11, 55:11, 66:5, 77:5
**wielding** [1] - 77:4
**wife** [3] - 45:2, 71:8
**willing** [1] - 69:4
**win** [1] - 72:15
**wing** [1] - 25:2
**winter** [2] - 17:19, 33:3
**wire** [2] - 53:13
**wish** [11] - 7:19, 7:21, 8:2, 40:5, 42:11, 42:12, 42:13, 44:7, 67:7, 87:13
**wishes** [1] - 63:6
**witness** [2] - 44:3, 46:19
**witnessed** [1] - 78:16
**woken** [1] - 66:20
**wonderful** [4] - 4:1, 45:2, 54:6, 69:11
**WOODWARD** [22] - 3:15, 6:23, 8:22, 8:25, 13:20, 63:2, 63:12, 64:5, 65:7, 65:10, 65:22, 66:7, 91:21, 92:1, 92:7, 92:13, 92:15, 92:18, 92:21, 93:9, 95:16, 96:5
**Woodward** [11] - 3:15, 6:21, 8:19, 9:4, 9:7, 13:19, 63:1, 67:10, 91:20, 92:17, 93:6
**words** [4] - 67:12, 67:13, 67:22
**works** [3] - 46:7, 47:2, 53:10
**world** [2] - 47:6, 68:10
**worn** [5] - 20:11, 21:22, 22:24, 32:16, 64:15

**worrying** [1] - 44:14
**worst** [4] - 55:18,
  66:17, 67:11, 67:12
**worth** [2] - 18:7, 66:22
**woven** [1] - 16:20
**writing** [1] - 30:24
**written** [1] - 60:2

## Y

**yards** [1] - 54:24
**year** [4] - 15:6, 36:8,
  46:6, 81:15
**years** [29] - 13:4, 13:6,
  13:8, 14:9, 14:11,
  15:2, 34:9, 34:10,
  34:22, 34:23, 35:7,
  35:8, 36:25, 37:6,
  39:2, 39:11, 40:14,
  43:12, 46:3, 46:23,
  51:7, 54:19, 63:16,
  65:4, 68:13, 78:1,
  83:16, 88:1
**yelled** [1] - 80:15
**yelling** [3] - 20:17,
  32:15, 32:19
**yesterday** [1] - 5:25
**you-all** [8] - 3:18,
  70:19, 71:5, 72:18,
  73:5, 76:3, 76:10,
  93:10
**younger** [2] - 83:19,
  83:23
**yourself** [3] - 41:18,
  51:17, 52:18
**youth** [1] - 77:12

## Z

**zero** [2] - 27:25, 54:18
**zooms** [2] - 19:8,
  19:10

## §

**§** [14] - 4:10, 4:12,
  4:15, 12:7, 71:9,
  83:12, 84:3, 84:22,
  86:22, 87:19, 88:4,
  88:5, 89:1, 91:7